THE UNITED STATES DISTRICT COURT RECEIVED
MIDDLE DISTRICT OF ALABAMA

2006 NOV 17 P 3:53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

ROBERT D. BELUE, et al., )
)
      Plaintiffs, )
)
vs. )
)   **CIVIL ACTION NO.**
A. O. SMITH ELECTRICAL )
PRODUCTS COMPANY, a division ) 2:06-CV-1034-WKW
of A.O. SMITH CORPORATION, et )
al,, )
)   **JURY DEMAND**
      Defendants. )
)

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the Complaint and Amended Complaint to the following

Asbestos Defendants: **A.O. SMITH ELECTRICAL PRODUCTS**

**COMPANY, a division of A.O. SMITH CORPORATION; A.O. SMITH**

**CORPORATION; ALBANY INTERNATIONAL; ALLIS-CHALMERS**

**CORPORATION; AMERICAN STANDARD, INC.; ARVINMERITOR,**

**INC.; ASTEN JOHNSON, INC.**, individually and as successor-in-interest to

**ASTEN, INC.**, successor-in-interest by way of name change to **ASTEN**

**GROUP, INC.**, formerly trading as **ASTEN-HILLS MANUFACTURING**

**CO.; BAYER CROPSCIENCE, INC.**, individual and as successor to

**AVENTIS CROPSCIENCE USA, INC.** f/k/a **RHONE-POULENCE AG CO.**, f/k/a **AMCHEM, PRODUCTS, INC., BENJAMIN FOSTER CO.;**

**BELL & GOSSETT**, a subsidiary of **ITT INDUSTRIES; BECHTEL CONSTRUCTION COMPANY; BONDEX INTERNATIONAL INC.; BORG WARNER CORPORATION** by its successor in interest, **BORGWARNER MORSE TEC INC.; BP AMERICA**, as successor in interest to **AMOCO CHEMICAL COMPANY, AMOCO CHEMICALS COMPANY, PLASKON ELECTRONIC MINERALS, AVISUNCORP., CARBORUNDUM, ATLANTIC RICHFIELD COMPANY/ARCO METALS,** as successor in interest to **ANACONDA AMERICAN BRASS COMPANY, AMERICAN BRASS COMPANY,** and **ANACONDA COMPANY; BP AMOCO CHEMICAL COMPANY; BUFFALO PUMP INC.; CLARK-RELIANCE CORPORATION; CLEAVER BROOKS,** a division of **AQUA CHEM; CONWED CORPORATION; COOPER INDUSTRIES, LLC,** f/n/a **COOPER INDUSTRIES, INC.,** individually and as successor-in-interest to **CROUSE-HINDS; CRANE CO.,** individually and as successor in interest to **DEMING PUMP, CYCLOTHERM,  HYDRO-AIRE,  LEAR ROMEC, RESISTOFLEX, SWARTWOUT CO., STOCKHAM VALVE COMPANY, WEINMAN PUMP COMPANY,**

**CHEMPUMP,** and **BURKS PUMPS; CRANE PUMPS SYSTEMS,**
individually and as successor to all pump companies acquired by **CRANE;**
**CUTLER HAMMER,** currently referred to as **EATON ELECTRICAL,**
**INC.; EATON CORPORATION; EMERSON ELECTRIC CO.;**

**EXTECO, INC.,** f/k/a **THERMO ELECTRIC CO., INC.;**
**FMC CORPORATION,** individually and on behalf of its former
**CONTRUCTION EQUIPMENT GROUP,** and former **PEERLESS PUMP**
**DIVISION, COFFIN TURBO PUMPS,** and **CHICAGO PUMP,** business;
**FLAME REFRACTORIES, INC.; FOSECO, INC.;  FOSTER-**
**WHEELER CORPORATION; GARLOCK SEALING**
**TECHNOLOGIES L.L.C.; GENERAL ELECTRIC CO.; GOODYEAR**
**TIRE AND RUBBER CO.; GOULDS PUMPS INC.; HARNISCHFEGER**
**CORPORATION; HOBART BROTHERS COMPANY; HONEYWELL,**
**INC.,** specifically excluding liability for **NARCO,** individually and as
successor to **ALLIED SIGNAL, BENDIX, WHEELABRATOR, RUST**
**ENGINEERING, AND ALLIED CHEMICAL; IMO INDUSTRIES,**
**INC.,** formerly **IMO DE LAVAL,** formerly **TRANSAMERICA DE**
**LAVAL TURBINE; INDUSTRIAL HOLDINGS CORPORATION,** f/k/a
**THE CARBORUNDUM COMPANY; INGERSOLL-RAND COMPANY;**

3

ITT INDUSTRIES INC.; JOHN CRANE, INC., f/k/a JOHN CRANE PACKING COMPANY; KAISER GYPSUM COMPANY, INC.; KELLY-MOORE PAINT COMPANY, INC.; THE LINCOLN ELECTRIC COMPANY; MAREMONT CORPORATION; METROPOLITAN LIFE INSURANCE COMPANY; NIKKO MATERIALS USA, INC., d/b/a GOULD ELECTRONICS, INC., individually and as successor in interest to GOULDS, INC., IMPERAL CORPORATION, EASTMAN CORPORATION, IMPERIAL EASTMAN CORPORATION, ITE CIRCUIT BREAKER COMPANY, and CENTURY ELECTRIC; OAKFABCO INC., successor-in-interest to KEWANEE BOILER; OGLEBAY NORTON COMPANY; OWENS-ILLINOIS, INC.; P&H CRANES; PNEUMO ABEX LLC, successor in interest to ABEX CORPORATION; RAPID AMERICAN CORPORATION; ROCKWELL AUTOMATION, successor by merger to ALLEN-BRADLEY CO., LLC; SQUARE D COMPANY; STANDARD EQUIPMENT COMPANY, INC.; SUNBEAM PRODUCTS INCORPORATED, f/k/a SUNBEAM CORPORATION; SURFACE COMBUSTION; TH AGRICULTURE & NUTRITION, LLC; THE MARLEY-WYLAIN COMPANY, /b/a WELL-MCLAIN COMPANY, INC.; UNION CARBIDE CORPORATION;

4

**UNIROYAL FIBER AND TEXTILE & DIVISION OF UNIROYAL, INC.; VIACOM INC.,** successor by merger to **CBS CORPORATION** f/k/a **WESTINGHOUSE ELECTRIC CORPORATION,** by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

Respectfully submitted,

G. PATTERSON KEAHEY
ASB-6357-A64G
G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
205-871-0707 (telephone)
205-871-0801 (fax)
info@mesohelp.com (e-mail)