THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                  )
                                              )
        Plaintiffs,                 )
                                              )
vs.                                           )          **CIVIL ACTION NO.**
                                              )
**A. O. SMITH ELECTRICAL PRODUCTS**           )          _2:06 CV 1034 - WKW_
**COMPANY, a division of A.O. SMITH**         )
**CORPORATION; et al.,**                      )          **JURY DEMAND**
                                              )
        Defendant.                  )

## SUMMONS

TO DEFENDANT:

    **GOODYEAR TIRE AND RUBBER CO.,** c/o Its Registered Agent: C.T.

Corporation Systems, 621 Lakeland Drive East, Flowood, MS  39208.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___11/22/06___

                                Debra P. Hackett, Acting Clerk

                              By :

                              Deputy Clerk

            Clerk, U.S. District Court
            Middle District of Alabama
            One Church Street
            Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**       )
        Plaintiffs,       )
vs.       )
    )
**A. O. SMITH ELECTRICAL PRODUCTS**       )       **CIVIL ACTION NO.**
**COMPANY, a division of A.O. SMITH**       )
**CORPORATION, et al,,**       )       *2:06CV1034-WKW*
    )
    Defendants.       )       **JURY DEMAND**
    )

## SUMMONS

TO DEFENDANT:

    **A.O. SMITH ELECTRIC PRODUCTS COMPANY,** a division of **A.O. SMITH**

**CORPORATION,** 531 North Fourth Street, Tipp City, OH 45371

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of **Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: ___11/22/06___

              Debra P. Hackett, Acting Clerk

              By :

              Deputy Clerk

        Clerk, U.S. District Court
        Middle District of Alabama
        One Church Street
        Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                )
                                            )
               Plaintiffs,                  )
                                            )
vs.                                         )
                                            )        **CIVIL ACTION NO.**
                                            )
**A. O. SMITH ELECTRICAL PRODUCTS**         )        *2:06CV 1034-WKW*
**COMPANY, a division of A.O. SMITH**       )
**CORPORATION, et al,,**                    )
                                            )        **JURY DEMAND**
               Defendants.                  )
                                            )

## SUMMONS

TO DEFENDANT:

**ALBANY INTERNATIONAL,** c/o Its Registered Agent: CT Corporation System

8550 Untied Plaza Blvd., Baton Rouge, LA  70809.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., **One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: *11/22/06*

                                    Debra P. Hackett, Acting Clerk

                                    By:

                                         Deputy Clerk

                                    Clerk, U.S. District Court
                                    Middle District of Alabama
                                    One Church Street
                                    Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                  )
                                              )
             Plaintiffs,                      )
vs.                                           )
                                              )          CIVIL ACTION NO.
                                              )
**A. O. SMITH ELECTRICAL PRODUCTS**           )      *2:06CU 1034-WKW*
**COMPANY, a division of A.O. SMITH**         )
**CORPORATION, et al,,**                      )          **JURY DEMAND**
                                              )
             Defendants.                      )
                                              )

## SUMMONS

TO DEFENDANT:

**ALLIS-CHALMERS CORPORATION,** 1126 South 70th Street, West Allis,

Wisconsin, 53214.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: *11/22/04*

                                        Debra P. Hackett, Acting Clerk

                                        By *X fe K feuh*
                                            Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                          )
                                                     )
                    Plaintiffs,                      )
vs.                                                  )          **CIVIL ACTION NO.**
                                                     )
**A. O. SMITH ELECTRICAL PRODUCTS**                  )          2:06cv1034-WKW
**COMPANY, a division of A.O. SMITH**                )
**CORPORATION; et al.,**                             )          **JURY DEMAND**
                                                     )
                    Defendant.                       )

## SUMMONS

TO DEFENDANT:

**AMERICAN STANDARD, INC.,** c/o C.T. Corporation System, 1201 Peachtree

Street NE, Atlanta, GA 30361.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of **G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_

                                        Debra P. Hackett, Acting Clerk

                                        By _____

                                                Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                )
                                            )
            Plaintiffs,                     )
vs.                                         )
                                            )          **CIVIL ACTION NO.**
                                            )
**A. O. SMITH ELECTRICAL PRODUCTS**         )          $2{:}06CV\ 1034\text{-}WKW$
**COMPANY, a division of A.O. SMITH**       )
**CORPORATION, et al,,**                    )          **JURY DEMAND**
                                            )
            Defendants.                     )
                                            )

## SUMMONS

TO DEFENDANT:

   **ARVINMERITOR, INC.** , C/O Its Registered Agent: CT Corporation System

631 Lakeland East Drive, Flowood, MS 39232.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _11/20/06_

                              Debra P. Hackett, Acting Clerk

                              By : _X Glk Lent_
                                   Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                    )
                                                )
            Plaintiffs,                         )
                                                )          **CIVIL ACTION NO.**
vs.                                             )
                                                )          2:06cv 1034-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**             )
**COMPANY, a division of A.O. SMITH**           )
**CORPORATION; et al.,**                        )          **JURY DEMAND**
                                                )
            Defendant.                          )

## SUMMONS

TO DEFENDANT:

   **ASTEN JOHNSON, INC.,** individually and as successor-in-interest to **ASTEN, INC.,**
   successor-in-interest by way of name change to **ASTEN GROUP, INC.,** formerly trading
   as **ASTEN-HILLS MANUFACTURING CO.,** 4399 Corporate Road, Charleston, SC
   29405.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/22/06

Debra P. Hackett, Acting Clerk

By:

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                )
                                            )
                    Plaintiffs,             )
                                            )            **CIVIL ACTION NO.**
vs.                                         )
                                            )            $2:06CV1034-WKW$
**A. O. SMITH ELECTRICAL PRODUCTS**         )
**COMPANY, a division of A.O. SMITH**       )
**CORPORATION, et al,,**                    )            **JURY DEMAND**
                                            )
                    Defendants.             )
                                            )

### SUMMONS

TO DEFENDANT:

     **BAYER CROPSCIENCE, INC.**, individual and as successor to **AVENTIS CROPSCIENCE USA, INC.** f/k/a **RHONE-POULENCE AG CO.**, f/k/a **AMCHEM, PRODUCTS, INC.**, **BENJAMIN FOSTER CO.**, CT Corporation System, 1201 Peachtree Street, Atlanta, Georgia, 30361.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_

                          Debra P. Hackett, Acting Clerk

                          By : _____

                                Deputy Clerk

                          Clerk, U.S. District Court
                          Middle District of Alabama
                          One Church Street
                          Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**            )
                                        )
              Plaintiffs,               )
vs.                                     )        **CIVIL ACTION NO.**
                                        )
**A. O. SMITH ELECTRICAL PRODUCTS**     )        *2:06CV 1034-WKW*
**COMPANY, a division of A.O. SMITH**   )
**CORPORATION, et al,,**                )        **JURY DEMAND**
                                        )
              Defendants.               )
                                        )

## SUMMONS

TO DEFENDANT:

**BECHTEL CONSTRUCTION COMPANY,** c/o Its Registered Agent:  CT

Corporation System, 631 Lakeland E. Drive, Flowood, Mississippi 39232.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_

                                        Debra P. Hackett, Acting Clerk

                                        By :

                                            Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                    )
                                                )
                        Plaintiffs,             )
                                                )            **CIVIL ACTION NO.**
vs.                                             )
                                                )            _2:06 CV1034 - WKW_
**A. O. SMITH ELECTRICAL PRODUCTS**             )
**COMPANY, a division of A.O. SMITH**           )
**CORPORATION; et al.,**                        )            **JURY DEMAND**
                                                )
                        Defendant.              )
                                                )

## SUMMONS

TO DEFENDANT:

   **BELL & GOSSETT,** a subsidiary of **ITT INDUSTRIES, INC.,** c/o Robert L.

Ayers, 8200 N. Austin Avenue, Morton Grove, Illinois 60053.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_

                              Debra P. Hackett, Acting Clerk

                              By _____

                                   Deputy Clerk

                              Clerk, U.S. District Court
                              Middle District of Alabama
                              One Church Street
                              Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                )
                                            )
                Plaintiffs,       .         )
                                            )        **CIVIL ACTION NO.**
vs.                                         )
                                            )        2:06CV1034- WKW
**A. O. SMITH ELECTRICAL PRODUCTS**         )
**COMPANY, a division of A.O. SMITH**       )
**CORPORATION; et al.,**                    )        **JURY DEMAND**
                                            )
                Defendant.                  )
                                            )

## SUMMONS

TO DEFENDANT:

**BONDEX INTERNATIONAL INC.,** c/o Its Registered Agent:  Prentice-Hall

Corporation System, Inc., 50 W. Broad Street, Columbus, Ohio  43215.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_                        Debra P. Hackett, Acting Clerk

                                        By :  _____
                                                   Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ROBERT D. BELUE, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | $2:06CV1034-WKW$ |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | |
| **CORPORATION; et al.,** | ) | |
| | ) | **JURY DEMAND** |
| Defendant. | ) | |

## SUMMONS

TO DEFENDANT:

  **BORG-WARNER CORPORATION**, by its successor in interest,

**BORGWARNER MORSE TEC INC.,** 3850 Hamlin Road, Auburn Hills, MI 48326.

  You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_

Debra P. Hackett, Acting Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                )
                                            )
            Plaintiffs,                     )
                                            )          **CIVIL ACTION NO.**
vs.                                         )
                                            )          $2:06\ CV\ 1034$-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**         )
**COMPANY, a division of A.O. SMITH**       )          **JURY DEMAND**
**CORPORATION, et al,,**                    )
                                            )
            Defendants.                     )

## SUMMONS

TO DEFENDANT:

**BP AMERICA**, as successor in interest to **AMOCO CHEMICAL COMPANY, AMOCO CHEMICALS COMPANY, PLASKON ELECTRONIC MINERALS, AVISUN CORP., CARBORUNDUM, ATLANTIC RICHFIELD COMPANY/ARCO METALS**, as successor in interest to **ANACONDA AMERICAN BRASS COMPANY, AMERICAN BRASS COMPANY, AND ANACONDA COMPANY**, c/o ATTN: Legal Department, 200 East Randolph Drive, Chicago, IL 60601.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/22/06

Debra P. Hackett, Acting Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**            )
                                       )
             Plaintiffs,               )
                                       )        **CIVIL ACTION NO.**
vs.                                    )        2:06CU1034 WKW
                                       )
**A. O. SMITH ELECTRICAL PRODUCTS**    )
**COMPANY, a division of A.O. SMITH**  )
**CORPORATION, et al,,**               )        **JURY DEMAND**
                                       )
             Defendants.               )
                                       )

## SUMMONS

TO DEFENDANT:

   **BP AMOCO CHEMICAL COMPANY,** c/o It's President ML Noetzel, 200 E.

Randolph Drive, Chicago, IL 60601.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _11/22/04_

                                       Debra P. Hackett, Acting Clerk

                                       By :  _X̶Z̶c̶ K̶ d̶e̶n̶t̶_

                                             Deputy Clerk

                                       Clerk, U.S. District Court
                                       Middle District of Alabama
                                       One Church Street
                                       Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**          )
                                      )
              Plaintiffs,             )
                                      )        **CIVIL ACTION NO.**
vs.                                   )
                                      )        $2:06CV1034-WKW$
**A. O. SMITH ELECTRICAL PRODUCTS**   )
**COMPANY, a division of A.O. SMITH** )
**CORPORATION; et al.,**              )        **JURY DEMAND**
                                      )
              Defendant.              )

## SUMMONS

TO DEFENDANT:

   **BUFFALO PUMP, INC.,** 874 Oliver Street, North Tonawanda, New York 14120,

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_

                                      Debra P. Hackett, Acting Clerk

                                      By: _____
                                           Deputy Clerk

                                      Clerk, U.S. District Court
                                      Middle District of Alabama
                                      One Church Street
                                      Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**          )
                                      )
      Plaintiffs,                     )
                                      )          **CIVIL ACTION NO.**
vs.                                   )
                                      )          2:06CV1034-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**   )
**COMPANY, a division of A.O. SMITH** )
**CORPORATION; et al.,**              )
                                      )          **JURY DEMAND**
      Defendant.                      )
                                      )

## SUMMONS

TO DEFENDANT:

    **CLARK-RELIANCE CORPORATION,** c/o Mr. Dennis L. Pesek, 16633 Foltz,

Industrial Parkway, Strongsville, OH  44136.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_

                                  Debra P. Hackett, Acting Clerk

                                  By :

                                     Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT D. BELUE, et al.,        )
        )
        Plaintiffs,        )      **CIVIL ACTION NO.**
        )
vs.        )      _2:06CV1034-WKW_
        )
**A. O. SMITH ELECTRICAL PRODUCTS**        )
**COMPANY, a division of A.O. SMITH**        )      **JURY DEMAND**
**CORPORATION; et al.,**        )
        )
        Defendant.        )

## SUMMONS

TO DEFENDANT:

    **CLEAVER BROOKS,** a division of **AQUA-CHEM,** 11950 West Lake Park Drive

Milwaukee, WI 53224.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_

                        Debra P. Hackett, Acting Clerk

                        By

                            Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**               )
                                          )
            Plaintiffs,                    )
                                          )          **CIVIL ACTION NO.**
vs.                                        )
                                          )          2:06CV1034-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**        )
**COMPANY, a division of A.O. SMITH**      )
**CORPORATION, et al,,**                   )          **JURY DEMAND**
                                          )
            Defendants.                    )
                                          )

## SUMMONS

TO DEFENDANT:

    **CONWED CORPORATION**, 315 Park Avenue South, 20th Floor, New York, NY

10010.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_

                                   Debra P. Hackett, Acting Clerk

                                   By

                                   Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**  )
  )
        Plaintiffs,  )
  )
vs.  )        **CIVIL ACTION NO.**
  )
**A. O. SMITH ELECTRICAL PRODUCTS**  )        *2:06cv1034-WKW*
**COMPANY, a division of A.O. SMITH**  )
**CORPORATION; et al.,**  )        **JURY DEMAND**
  )
        Defendant.  )

## SUMMONS

TO DEFENDANT:

    **COOPER INDUSTRIES, LLC, f/n/a COOPER INDUSTRIES, INC. ,**

individually and as successor-in-interest to **CROUSE-HINDS,** c/o Its President, 600 Travis,

Suite 5800, Houston, TX 77002-1001.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: *11/22/06*

                                 Debra P. Hackett, Acting Clerk

                                 By:

                                 Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**

       Plaintiffs,

vs.

**A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION; et al.,**

       Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO.**

*2:06CV1034-WKW*

**JURY DEMAND**

## SUMMONS

TO DEFENDANT:

    **CRANE CO.,** individually and as successor in interest to **DEMING PUMP,
CYCLOTHERM, HYDRO-AIRE, LEAR ROMEC, RESISTOFLEX, SWARTWOUT
CO., STOCKHAM VALVE COMPANY, WEINMAN PUMP COMPANY, HEMPUMP,**
and **BURKS PUMPS,** c/o its CEO, Robert S. Evans, CT Corporation, 1201 Peachtree St.,
N.E., Atlanta, GA 30361.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_

Debra P. Hackett, Acting Clerk

By : _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**     )
                          )
        Plaintiffs,     )
vs.                        )      **CIVIL ACTION NO.**
                          )
**A. O. SMITH ELECTRICAL PRODUCTS**     )     2:06CV1034-WKW
**COMPANY, a division of A.O. SMITH**     )
**CORPORATION, et al,,**     )     **JURY DEMAND**
                          )
        Defendants.     )
                          )

## SUMMONS

TO DEFENDANT:

     **CRANE PUMPS SYSTEMS**, individually and as successor to all pump companies

acquired by **CRANE**, 420 Third Street, Piqua, Ohio, 45356.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_

                    Debra P. Hackett, Acting Clerk

                    By:

                        Deputy Clerk

                Clerk, U.S. District Court
                Middle District of Alabama
                One Church Street
                Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**     )
           )
       Plaintiffs,    )      **CIVIL ACTION NO.**
           )
vs.            )    2:06CV 1034-WKW
           )
**A. O. SMITH ELECTRICAL PRODUCTS**  )
**COMPANY, a division of A.O. SMITH**   )    **JURY DEMAND**
**CORPORATION; et al.,**       )
           )
       Defendant.   )
           )

## SUMMONS

TO DEFENDANT:

    **CUTLER HAMMER,** currently referred to as **EATON ELECTRICAL, INC.,** c/o

The Corporation Company. 2000 Interstate Park Drive, Suite 204, Montgomery, AL 36109.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/22/06

                Debra P. Hackett, Acting Clerk

                By

                  Deputy Clerk

                Clerk, U.S. District Court
                Middle District of Alabama
                One Church Street
                Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                )
                                             )
          Plaintiffs,                        )
                                             )      **CIVIL ACTION NO.**
vs.                                          )
                                             )      2:06CV1034-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**          )
**COMPANY, a division of A.O. SMITH**        )
**CORPORATION; et al.,**                     )      **JURY DEMAND**
                                             )
          Defendant.                         )

### SUMMONS

TO DEFENDANT:

 **EATON CORP.,** c/o The Corporation Company, 2000 Interstate Park Drive, Suite

204, Montgomery, AL 36109.

 You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_

        Debra P. Hackett, Acting Clerk

        By _____

           Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE,**                               )
                                                   )
                  Plaintiffs,                      )
                                                   )
vs.                                                )        **CIVIL ACTION NO.**
                                                   )
**A. O. SMITH ELECTRICAL PRODUCTS**                )        2:06CV1034-WKW
**COMPANY, a division of A.O. SMITH**              )
**CORPORATION, et al,,**                           )        **JURY DEMAND**
                                                   )
                  Defendants.                      )
                                                   )

### SUMMONS

TO DEFENDANT:

     **EMERSON ELECTRIC CO.** 180 Cherokee Street NE, Marietta, GA  30060.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 11/22/06

                              Debra P. Hackett, Acting Clerk

                              By:

                                Deputy Clerk

                      Clerk, U.S. District Court
                      Middle District of Alabama
                      One Church Street
                      Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                )
                                            )
              Plaintiffs,                   )
                                            )        **CIVIL ACTION NO.**
vs.                                         )
                                            )        2:06 CV 1034-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**         )
**COMPANY, a division of A.O. SMITH**       )        **JURY DEMAND**
**CORPORATION; et al.,**                    )
                                            )
              Defendant.                    )

## SUMMONS

TO DEFENDANT:

     **EXTECO, INC., f/k/a THERMO ELECTRIC CO., INC.,** 109 North Fifth Street,

Saddle Brook, NJ 07663.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: __11/22/06__

                              Debra P. Hackett, Acting Clerk

                              By

                                    Deputy Clerk

                              Clerk, U.S. District Court
                              Middle District of Alabama
                              One Church Street
                              Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                    )
                                               )
                       Plaintiffs,             )
                                               )          **CIVIL ACTION NO.**
vs.                                            )
                                               )          2:06cv1034-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**            )
**COMPANY, a division of A.O. SMITH**          )
**CORPORATION, et al,,**                       )          **JURY DEMAND**
                                               )
                       Defendants.             )
                                               )

## SUMMONS

TO DEFENDANT:

   **FLAME REFRACTORIES, INC.,** c/o The Corporation Company, 2000 Interstate

Park Drive, Suite 204, Montgomery, AL 36109.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/22/06

                                        Debra P. Hackett, Acting Clerk

                                        By :

                                             Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**       )
                                    )
        Plaintiffs,        )       **CIVIL ACTION NO.**

vs.                          )

**A. O. SMITH ELECTRICAL PRODUCTS**  )   2:06CV1034-WKW
**COMPANY, a division of A.O. SMITH**  )
**CORPORATION; et al.,**           )       **JURY DEMAND**
                                      )
        Defendant.      )

## SUMMONS

TO DEFENDANT:

    **FOSECO, INC.,** c/o The Corporation Trust Company, 1209 N. Orange Street,

Wilmington, DE 19801.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_

                          Debra P. Hackett, Acting Clerk

                          By
                             Deputy Clerk

                          Clerk, U.S. District Court
                          Middle District of Alabama
                          One Church Street
                          Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                )
                                            )
      Plaintiffs,              )
                                            )     **CIVIL ACTION NO.**
vs.                                         )
                                            )     2:06cv1034-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**         )
**COMPANY, a division of A.O. SMITH**       )
**CORPORATION; et al.,**                    )
                                            )     **JURY DEMAND**
      Defendant.              )
                                            )

## SUMMONS

TO DEFENDANT:

    **FOSTER-WHEELER CORPORATION,** c/o Corporation Service Company, 830

Bear Tavern Road, Trenton, NJ  08628.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 11/22/06

                                   Debra P. Hackett, Acting Clerk

                                   By :

                                      Deputy Clerk

                                   Clerk, U.S. District Court
                                   Middle District of Alabama
                                   One Church Street
                                   Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                    )
                                                )
          Plaintiffs,               )
                                                )       **CIVIL ACTION NO.**
vs.                                             )
                                                )       $2:06CV1034-WKW$
**A. O. SMITH ELECTRICAL PRODUCTS**             )
**COMPANY, a division of A.O. SMITH**           )
**CORPORATION; et al.,**                        )       **JURY DEMAND**
                                                )
          Defendant.                )

## SUMMONS

TO DEFENDANT:

      **GARLOCK SEALING TECHNOLOGIES, L.L.C.,** c/o C T Corporation System,

225 Hillsborough Street, Raleigh, NC 27603.

      You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: ___11/22/06___

                               Debra P. Hackett, Acting Clerk

                               By : _____

                                        Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                                 )
                                                            )
                          Plaintiffs,                        )
                                                            )          **CIVIL ACTION NO.**
vs.                                                          )
                                                            )          2:0c CV 1034-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**                          )
**COMPANY, a division of A.O. SMITH**                        )
**CORPORATION; et al.,**                                     )          **JURY DEMAND**
                                                            )
                          Defendant.                         )
                                                            )

### SUMMONS

TO DEFENDANT:

      **GENERAL ELECTRIC COMPANY,** c/o Its Registered Agent:  C T Corporation

System, One Commercial Plaza, Hartford, CT  06103.

      You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT,  A signed copy of your response MUST also be filed with the court.

DATE: 11/22/06

                                    Debra P. Hackett, Acting Clerk

                                    By :

                                        Deputy Clerk

                                    Clerk, U.S. District Court
                                    Middle District of Alabama
                                      One Church Street
                                      Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**          )
                                     )
         Plaintiffs,                 )
vs.                                  )          **CIVIL ACTION NO.**
                                     )
**A. O. SMITH ELECTRICAL PRODUCTS**  )          $2:06CV1034-WKW$
**COMPANY, a division of A.O. SMITH**)
**CORPORATION; et al.,**             )          **JURY DEMAND**
                                     )
         Defendant.                  )

## SUMMONS

TO DEFENDANT:

   **GOULDS PUMPS, INC.,** C/O Its Registered Agent: The Corporation Trust,

Company, 1209 Orange Street, Wilmington, DE 19801.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE:  _11/22/06_

                                 Debra P. Hackett, Acting Clerk

                                 By : _____
                                          Deputy Clerk

                                 Clerk, U.S. District Court
                                 Middle District of Alabama
                                 One Church Street
                                 Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**              )
                                          )
              Plaintiffs,                 )
vs.                                       )          **CIVIL ACTION NO.**
                                          )
**A. O. SMITH ELECTRICAL PRODUCTS**       )          $\underline{2:06CU1034-WKW}$
**COMPANY, a division of A.O. SMITH**     )
**CORPORATION, et al,,**                  )          **JURY DEMAND**
                                          )
              Defendants.                 )
                                          )

## SUMMONS

TO DEFENDANT:

      **HARNISCHFEGER CORPORATION**, P. O. Box 554, Milwaukee, Wisconsin
53201.

      You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: $\underline{11/22/06}$

                                    Debra P. Hackett, Acting Clerk

                                    By : _____
                                               Deputy Clerk

                                    Clerk, U.S. District Court
                                    Middle District of Alabama
                                    One Church Street
                                    Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ROBERT D. BELUE, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | 2:06CV1034-WKW |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | |
| **CORPORATION; et al.,** | ) | **JURY DEMAND** |
| | ) | |
| Defendant. | ) | |

## SUMMONS

TO DEFENDANT:

**HOBART BROTHERS COMPANY,** c/o Its President, 600 W. Main Street, Troy, OH
45373.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_

Debra P. Hackett, Acting Clerk

By : _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                )
                                            )
                    Plaintiffs,             )
                                            )          **CIVIL ACTION NO.**
vs.                                         )
                                            )          2:06cv1034-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**         )
**COMPANY, a division of A.O. SMITH**       )
**CORPORATION; et al.,**                    )          **JURY DEMAND**
                                            )
                    Defendant.              )
                                            )

### SUMMONS

TO DEFENDANT:

**HONEYWELL, INC.,** specifically excluding liability for NARCO, individually and as successor to **ALLIED SIGNAL, BENDIX, WHEELABRATOR, RUST ENGINEERING,** and **ALLIED CHEMICAL,** 101 Columbia Road, Morristown, NJ 07962.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/22/06

Debra P. Hackett, Acting Clerk

By

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                    )
                                               )
              Plaintiffs,                      )
                                               )          **CIVIL ACTION NO.**
vs.                                            )
                                               )          2:06CV1034-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**            )
**COMPANY, a division of A.O. SMITH**          )
**CORPORATION, et al,,**                       )          **JURY DEMAND**
                                               )
              Defendants.                      )

## SUMMONS

TO DEFENDANT:

   **IMO INDUSTRIES, INC.,** formerly **IMO DE LAVAL,** formerly

**TRANSAMERICA DE LAVAL TURBINE,** C/O Its Registered Agent: The Corporation

Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/22/06

                                 Debra P. Hackett, Acting Clerk

                                 By :

                                         Deputy Clerk

                                 Clerk, U.S. District Court
                                 Middle District of Alabama
                                 One Church Street
                                 Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                      )
                                                  )
       Plaintiffs,                             )
                                                  )       **CIVIL ACTION NO.**
vs.                                               )
                                                  )       2:06 CV1034-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**               )
**COMPANY, a division of A.O. SMITH**             )
**CORPORATION; et al.,**                          )
                                                  )       **JURY DEMAND**
       Defendant.                              )
                                                  )

## SUMMONS

TO DEFENDANT:

     **INDUSTRIAL HOLDINGS, CORPORATION** f/k/a **THE CARBORUNDUM COMPANY**, a New York Corporation, c/o Its Registered Agent:  Prentice-Hall Corporation Systems, Inc., 80 State Street, Albany, NY  12207.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 11/22/06

Debra P. Hackett, Acting Clerk

By:

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**          )
                                      )
           Plaintiffs,                )
                                      )          **CIVIL ACTION NO.**
vs.                                   )
                                      )          2:06 CV 1034-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**   )
**COMPANY, a division of A.O. SMITH** )          **JURY DEMAND**
**CORPORATION; et al.,**              )
                                      )
           Defendant.                 )
                                      )

## SUMMONS

TO DEFENDANT:

**INGERSOLL-RAND COMPANY,** 180 Cherokee Street NE,  Marietta, GA 30060.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 11/22/06

                                        Debra P. Hackett, Acting Clerk

                                        By _____
                                               Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ROBERT D. BELUE, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | $2:06CV1034-WKW$ |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | |
| **CORPORATION; et al.,** | ) | **JURY DEMAND** |
| | ) | |
| Defendant. | ) | |

## SUMMONS

TO DEFENDANT:

**ITT INDUSTRIES, INC.,** c/o Its Registered Agent C T Corporation System, 111

Eighth Avenue, New York, NY 10011.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_

Debra P. Hackett, Acting Clerk

By : _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT D. BELUE, et al.,                    )
                                            )
            Plaintiffs,                     )          CIVIL ACTION NO.
                                            )
vs.                                         )          2:06CV1034-WKW
                                            )
A. O. SMITH ELECTRICAL PRODUCTS             )
COMPANY, a division of A.O. SMITH           )          JURY DEMAND
CORPORATION; et al.,                        )
                                            )
            Defendant.                      )

## SUMMONS

TO DEFENDANT:

   **JOHN CRANE f/k/a JOHN CRANE PACKING COMPANY**, a Delaware

Corporation, c/o Its Registered Agent: The Corporation Trust Center, 1201 Orange Street,

Wilmington, DE  19801.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: __11/22/06__

                              Debra P. Hackett, Acting Clerk

                              By : _____

                                   Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**                )
                                            )
       Plaintiffs,                      )
                                            )     **CIVIL ACTION NO.**
vs.                                         )
                                            )     _2:06CV1034-WKW_
**A. O. SMITH ELECTRICAL PRODUCTS**         )
**COMPANY, a division of A.O. SMITH**       )     **JURY DEMAND**
**CORPORATION; et al.,**                    )
                                            )
       Defendant.                       )

## SUMMONS

TO DEFENDANT:

    **KAISER GYPSUM COMPANY, INC.,** CT Corporation System, 818 West 7th Street,

Los Angeles, CA 90017.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _11/22/06_                          Debra P. Hackett, Acting Clerk

                                By :
                                 Deputy Clerk

                                 Clerk, U.S. District Court
                                 Middle District of Alabama
                                 One Church Street
                                 Montgomery, Alabama 36104