THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** ) | 2:06cv1034-WKW |
| **COMPANY, a division of A.O. SMITH** ) | |
| **CORPORATION; et al.,** ) | **JURY DEMAND** |
| ) | |
| Defendant. ) | |

## SUMMONS

TO DEFENDANT:

**VIACOM INC.**, successor by merger to **CBS Corporation** f/k/a **Westinghouse Electric Corporation**, Westinghouse Building, Gateway Center, 11 Stanwix Street, Pittsburgh, PA 15222.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., **One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:06cv1034-WKW |
| **A. O. SMITH ELECTRICAL PRODUCTS** ) | |
| **COMPANY, a division of A.O. SMITH** ) | |
| **CORPORATION, et al.,** ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

## SUMMONS

TO DEFENDANT:

**UNIROYAL FIBER & TEXTILE DIVISION OF UNIROYAL, INC.**, c/o Its Registered Agent: Prentice-Hall Corporation System, Inc., 830 Bear Tavern Road, West Trenton, NJ 08608.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,**<br><br>Plaintiffs,<br>vs.<br><br>**A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION; et al.,**<br><br>Defendant. | CIVIL ACTION NO.<br><br>2:06CV1034-WKW<br><br>**JURY DEMAND** |

## SUMMONS

TO DEFENDANT:

**UNION CARBIDE CORPORATION,** c/o The Corporation Company, 30600 Telegraph Road, Bingham Farms, MI 48025.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One **Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:06CV1034-WKW |
| **A. O. SMITH ELECTRICAL PRODUCTS** ) | |
| **COMPANY, a division of A.O. SMITH** ) | |
| **CORPORATION; et al.,** ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## SUMMONS

TO DEFENDANT:

**THE MARLEY-WYLAIN COMPANY, D/B/A WEIL-MCLAIN,** 500 Blaine Street, Michigan City, IN 46360-2388.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One **Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** ) | 2:06CV1034-WKW |
| **COMPANY, a division of A.O. SMITH** ) | |
| **CORPORATION; et al.,** ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## SUMMONS

TO DEFENDANT:

**TH AGRICULTURE & NUTRITION, LLC,** c/o CSC Lawyers Incorporation Service Co., 800 Brazos, Austin, TX 78701.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One **Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,**<br><br>    Plaintiffs,<br><br>vs.<br><br>**A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION, et al,,**<br><br>    Defendants. | CIVIL ACTION NO.<br><br>2:06cv1034-WKW<br><br>**JURY DEMAND** |

## SUMMONS

TO DEFENDANT:

    **SURFACE COMBUSTION,** 1700 Indian Wood Circle, Maumee, Ohio 43537.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:06cv1034-WKW |
| **A. O. SMITH ELECTRICAL PRODUCTS** ) | |
| **COMPANY, a division of A.O. SMITH** ) | |
| **CORPORATION, et al,,** ) | **JURY DEMAND** |
| ) | |
| Defendants. ) | |

### SUMMONS

TO DEFENDANT:

**SUNBEAM PRODUCTS INCORPORATED,** f/k/a **SUNBEAM CORPORATION,** c/o Its Registered Agent: CT Corporation, 631 Lakeland East Dr. Flowood, MS 39232-8815.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> **A. O. SMITH ELECTRICAL PRODUCTS** ) <br> **COMPANY, a division of A.O. SMITH** ) <br> **CORPORATION; et al.,** ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br><br> 2:06cv1034-WKW <br><br> **JURY DEMAND** |

## SUMMONS

TO DEFENDANT:

**STANDARD EQUIPMENT COMPANY, INC.**, an Alabama Corporation, c/o Its Registered Agent: E. Burnley Davis, 75 Beauregard Street, Mobile, AL 36601.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>**A. O. SMITH ELECTRICAL PRODUCTS** )<br>**COMPANY, a division of A.O. SMITH** )<br>**CORPORATION; et al.,** )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>2:06CV1034-WKW<br><br>JURY DEMAND |

## SUMMONS

TO DEFENDANT:

**SQUARED D COMPANY,** c/o Its Registered Agent, CT Corporation Systems, 208 South LaSalle Street, Suite 814, Chicago, IL 60067.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _[signature]_

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:06CV1034-WKW |
| **A. O. SMITH ELECTRICAL PRODUCTS** ) | |
| **COMPANY, a division of A.O. SMITH** ) | |
| **CORPORATION; et al.,** ) | **JURY DEMAND** |
| ) | |
| Defendant. ) | |
| ) | |

## SUMMONS

TO DEFENDANT:

**ROCKWELL AUTOMATION**, successor by merger to **ALLEN-BRADLEY CO., LLC**, c/o Its President, 1201 S. 2nd Street, Milwaukee, Wisconsin 53204.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>**A. O. SMITH ELECTRICAL PRODUCTS** )<br>**COMPANY,** a division of **A.O. SMITH** )<br>**CORPORATION, et al,,** )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br><br>2:06cv1034-WKW<br><br>**JURY DEMAND** |

## SUMMONS

TO DEFENDANT:

**PNEUMO ABEX LLC,** successor in interest to **ABEX CORPORATION, ,** successor in interest to **ABEX CORPORATION,** c/o Its President, One Liberty Lane East, Hampton, NH 03842.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., **One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> **A. O. SMITH ELECTRICAL PRODUCTS** ) <br> **COMPANY, a division of A.O. SMITH** ) <br> **CORPORATION, et al.,** ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. <br> 2:06CV1034-WKW <br><br> **JURY DEMAND** |

## SUMMONS

TO DEFENDANT:

**P&H CRANES**, 4400 W. National Avenue, Milwaukee, Wisconsin 53201.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,** )
)
Plaintiffs, )
vs. ) CIVIL ACTION NO.
)
**A. O. SMITH ELECTRICAL PRODUCTS** ) 2:06CV1034-WKW
**COMPANY, a division of A.O. SMITH** )
**CORPORATION, et al,,** ) **JURY DEMAND**
)
Defendants. )
)

### SUMMONS

TO DEFENDANT:

**OGLEBAY NORTON COMPANY,** North Point Tower, 1001 Lakeside Avenue, 15th Floor, Cleveland, Ohio, 44114.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,**       )<br>                                                        )<br>          Plaintiffs,                        )<br>vs.                                                 )<br>                                                        )<br>**A. O. SMITH ELECTRICAL PRODUCTS** )<br>**COMPANY, a division of A.O. SMITH** )<br>**CORPORATION; et al.,**               )<br>                                                        )<br>          Defendant.                        ) | CIVIL ACTION NO.<br><br>2:06CV1034-WKW<br><br>JURY DEMAND |

## SUMMONS

TO DEFENDANT:

**OWENS-ILLINOIS, INC.**, an Ohio Corporation, c/o its registered agent: The Corporation Trust Co., Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., **One Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** ) | 2:06cv1034-WKW |
| **COMPANY, a division of A.O. SMITH** ) | |
| **CORPORATION; et al.,** ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## SUMMONS

TO DEFENDANT:

**OAKFABCO INC.**, successor-in-interest to **KEWANNEE BOILER,** c/o Its Registered Agent: John T. Huntington, One Mid America Plaza, Suite 1000, Oakbrook Terrace, IL 60181.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** ) | 2:06CV1034-WKW |
| **COMPANY, a division of A.O. SMITH** ) | |
| **CORPORATION, et al,,** ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

## SUMMONS

TO DEFENDANT:

**NIKKO MATERIALS USA, INC.**, d/b/a **GOULD ELECTRONICS INC.**, individually and as successor in interest to **GOULDS, INC., IMPERIAL CORPORATION, EASTMAN CORPORATION, IMPERIAL EASTMAN CORPORATION, ITE CIRCUIT BREAKER COMPANY, AND CENTURY ELECTRIC**, 34929 Curtis Boulevard, Eastlake, Ohio, 449095.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., **One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,**   )<br>                                                    )<br>           Plaintiffs,              )<br>vs.                                                 )<br>                                                    )<br>**A.O. SMITH ELECTRICAL PRODUCTS** )<br>**COMPANY, a division of A.O. SMITH** )<br>**CORPORATION, et al,,**         )<br>                                                    )<br>           Defendants.            )<br>                                                    ) | CIVIL ACTION NO.<br><br>2:06cv1034-WKW<br><br>JURY DEMAND |

## SUMMONS

TO DEFENDANT:

**METROPOLITAN LIFE INSURANCE COMPANY**, One MetLife Plaza, 27-01 Queens Plaza North, Long Island City, New York 11101.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., **One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**              )
                                          )
         Plaintiffs,                      )
vs.                                       )         CIVIL ACTION NO.
                                          )
**A. O. SMITH ELECTRICAL PRODUCTS**       )         2:06CV1034-WKW
**COMPANY, a division of A.O. SMITH**     )
**CORPORATION; et al.,**                  )         **JURY DEMAND**
                                          )
         Defendant.                       )

## SUMMONS

TO DEFENDANT:

   **MAREMOUNT CORPORATION,** c/o Its Registered Agent: The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06                              Debra P. Hackett, Acting Clerk

                                            By: _____
                                                Deputy Clerk

                                            Clerk, U.S. District Court
                                            Middle District of Alabama
                                            One Church Street
                                            Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | **CIVIL ACTION NO.** |
| vs. ) | |
| ) | 2:06cv1034-WKW |
| **A. O. SMITH ELECTRICAL PRODUCTS** ) | |
| **COMPANY, a division of A.O. SMITH** ) | **JURY DEMAND** |
| **CORPORATION; et al.,** ) | |
| ) | |
| Defendant. ) | |

### SUMMONS

TO DEFENDANT:

**KELLY-MOORE PAINT COMPANY, INC.**, c/o Its President, 987 Commercial St., San Carlos, CA 94070.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:06CV 1034-WKW |
| **A. O. SMITH ELECTRICAL PRODUCTS** ) | |
| **COMPANY, a division of A.O. SMITH** ) | |
| **CORPORATION; et al.,** ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## SUMMONS

TO DEFENDANT:

**THE LINCOLN ELECTRIC COMPANY,** c/o H. Jay Elliot or Ellis F. Smolik, 22801 St. Clair Avenue, Cleveland, Ohio 44117.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104