THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. BELUE, et al., )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>A. O. SMITH ELECTRICAL PRODUCTS )<br>COMPANY, a division of A.O. SMITH )<br>CORPORATION, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>2:06CV1034-WKW<br><br>JURY DEMAND |

## SUMMONS

TO DEFENDANT:

**A.O. SMITH CORPORATION**, Prentice Hall Corporation Systems, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808-1645.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Robert D. Beleu et al
Plaintiff
V.

A. O. Smith Electrical Products Co. Et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv1034-WKW

TO: (Name and address of Defendant)

FMC Corporation
c/o C. T. Corporation Systems
1201 Peachtree Street, NE
Atlanta, GA 30301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_[signature]_
(By) DEPUTY CLERK

DATE  11/27/06

THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROBERT D. BELEU et al

        Plaintiffs,  )
vs.  )
  )
  )  CIVIL ACTION NO.
A. O. SMITH ELECTRICAL PRODUCTS  )
COMPANY, a division of A.O. SMITH  )  2:06cv1034-WKW
CORPORATION; et al.,  )
  )  JURY DEMAND
        Defendant.  )
  )

## SUMMONS

TO DEFENDANT:

**Rapid American Corporation,**
c/o The McCrory Corporation, 1700 Broadway, New York, New York 10019.

You are hereby summoned and required to serve upon plaintiff's attorney(s): G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/27/06

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104