**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**GOODYEAR TIRE AND RUBBER CO.**
c/o Its Registered Agent:
CSC Lawyers Incorporating Service Inc.
150 South Perry Street
Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
J-S. Bellamy   11-27-06

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

2:06cv1034
&c

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 3110 0004 0799 1966

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540