**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Flame Ref. Inc
   200 Interstate Park Dr
   a Suite 204
   Montg, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Shanon Kolen_   ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 11/27/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:06cv1034-WKW
   J+C                                    (20)

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7003 3110 0004 0799 3731

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540