| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Hanson_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 11/27/06 |
| 1. Article Addressed to:<br><br>**CUTLER HAMMER**<br>c/o The Corporation Company<br>2000 Interstate Park Drive, Suite 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☑ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>2:06cv1034<br>Stc              20<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service) | 7003 3110 0004 0799 2017 |

PS Form 3811, August 2001          Domestic Return Receipt                 102595-02-M-1540