**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Robert_
☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery
11/27/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

2:06CV1034
SLc
(20)

1. Article Addressed to:

**EATON CORP.**
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7003 3110 0004 0799 2024

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540