| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**

X  W. Fee    ☐ Agent  ☐ Addressee

**B. Received by ( Printed Name)**  M. Feltrov

**C. Date of Delivery**  11/27/06

1. Article Addressed to:

**COOPER INDUSTRIES, LLC**, f/n/a
**COOPER INDUSTRIES, INC.** ,
c/o Its President
600 Travis, Suite 5800
Houston, TX 77002-1001

**D. Is delivery address different from item 1?** ☐ Yes    ☐ No
If YES, enter delivery address below:

2:06cv 1034
2 of c
(2a)

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7003 3110 0004 0799 2048

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540