**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   EMERSON ELECTRIC CO.
   180 Cherokee Street NE
   Marietta, GA  30060

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  B Hallob                   ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery
   B Hallober                        11-27-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:06cv1034
   S+C

3. Service Type
   ☒ Certified Mail        ☐ Express Mail
   ☐ Registered            ☒ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service)    7003 3110 0004 0799 2000

PS Form 3811, August 2001       Domestic Return Receipt        102595-02-M-1540