| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _B. Hallal_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name ) _B. Hallal_  C. Date of Delivery 11-27-06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>2:06cv1034<br>Ste  (20) |
| 1. Article Addressed to:<br><br>**INGERSOLL-RAND COMPANY**<br>180 Cherokee Street NE<br>Marietta, GA 30060 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0799 2178 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540