**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   A.O. SMITH ELECTRIC PRODUCTS COMPANY a division of A.O. SMITH CORPORATION
   531 North Fourth Street
   Tipp City, OH 45371

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Carl S Baker_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Julie L Baker
C. Date of Delivery: 11-27-06

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2:06CV1034
5d a                                    20

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 0799 2840

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540