| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Wagner* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>NOV 27 2006 |
| 1. Article Addressed to:<br><br>**CRANE PUMPS SYSTEMS**, all pump companies acquired by **CRANE**<br>420 Third Street<br>Piqua, Ohio, 45356 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>2:06CV1034<br>S+C<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0799 3748 |

PS Form 3811, August 2001         Domestic Return Receipt         102595-02-M-1540