| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Christina R Haler* ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>*Christina R Haber* |
| 1. Article Addressed to:<br><br>**HOBART BROTHERS COMPANY**<br>c/o Its President<br>600 W. Main Street<br>Troy, OH 45373 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>2:06CV1034-<br>J+C  ㉚<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0799 2154 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540