**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BAYER CROPSCIENCE, INC.,
   c/o Its Registered Agent:
   C.T. Corporation System
   1201 Peachtree St
   Atlanta, GA 30361

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 11/27
D. Is delivery address different from item 1? ☐ Yes  ☐ No

   2:06cv1034
   S&C

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from serv.)
   7003 3110 0004 0799 3632

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540