| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Carmen McG____ ☐ Agent ☒ Addressee<br>B. Received by (Printed Name): NOV 2 7 2006    C. Date of Delivery |
| 1. Article Addressed to:<br><br>**CLEAVER BROOKS,** a division of<br>**AQUA-CHEM**<br>11950 West Lake Park Drive<br>Milwaukee, WI 53224 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>2:06CV1034-WKW<br>S+C    20 |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service la_ | 7003 3110 0004 0799 2895 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540