| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  _Cindy Zidal_  C. Date of Delivery  _11-29-06_<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br>   2:06CV1034<br>   SVC |
| 1. Article Addressed to:<br><br>**CRANE CO.**, c/o its CEO, Robert S. Evans<br>CT Corporation<br>1201 Peachtree St., N.E.<br>Atlanta, GA  30361 | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0799 2031 |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540