**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ASTEN JOHNSON, INC.,**
individually and as successor-in-interest to
**ASTEN, INC.,**
4399 Corporate Road
Charleston, SC  29405

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Robert Wll_
☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
ROBERT WILLIAMS    11/28/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

2:06CV1034 —
JVC

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)
7003 3110 0004 0799 2901

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540