**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ITT INDUSTRIES, INC.**
c/o Its Registered Agent C T Corporation System
111 Eighth Avenue
New York, NY 10011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X CHRI[...]TON     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                    NOV 27 2006

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

2:06CV1034
3&C

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☒ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 0799 1843

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540