| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Irvin Krasner* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Tina Krasner*    C. Date of Delivery *11-27-06* |
| 1. Article Addressed to:<br><br>EXTECO, INC., f/k/a THERMO ELECTRIC CO., INC.<br>109 North Fifth Street<br>Saddle Brook, NJ 07663 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>*2:06CV1034*<br>*See*    *20* |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service)    7003 3110 0004 0799 3540 | |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540