**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BORG-WARNER CORPORATION,
   by its successor in interest,
   BORGWARNER MORSE TEC INC.
   3850 Hamlin Road
   Auburn Hills, MI 48326

2. Article Number
   (Transfer from service label)
   7003 3110 0004 0799 2086

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Tony Hentroy*          ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Tony Hentroy                     11-27-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:06cv1034
   S+C

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes