**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **CONWED CORPORATION**
   315 Park Avenue South, 20th Floor
   New York, New York 10010

2. Article Number (Transfer from se___): 7003 3110 0004 0799 3656

   3811, August 2001        Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Vito Maneo
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Vito Maneo

C. Date of Delivery: 11/27/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:06CV 1034-WKW
   JKC                                    (20)

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes