| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☒ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery 27 NOV 2006 |
| 1. Article Addressed to:<br><br>FOSECO, INC.<br>c/o The Corporation Trust Company<br>1209 N. Orange Street<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:06cv1034<br>S+C         (20) |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7003 3110 0004 0799 1980 |
| PS Form 3811, August 2001 | Domestic Return Receipt  102595-02-M-1540 |