**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    SUNBEAM PRODUCTS INCORPORATED, f/k/a SUNBEAM CORPORATION
    c/o Its Registered Agent: CT Corporation
    631 Lakeland East Dr.
    Flowood, MS 39232-8815

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   S. Jones

C. Date of Delivery
   11/29

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:06CV1034
   SVC

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from sen...)
   7003 3110 0004 0799

PS Form 3811, August 2001       Domestic Return Receipt