**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CLARK-RELIANCE
   CORPORATION
   c/o Mr. Dennis L. Pesek
   16633 Foltz Industrial Parkway
   Strongsville, OH  44136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   x Becky Jurkovich          ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:06CV1034
   SCC

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110 0004 0799 2055

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540