**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    UNION CARBIDE CORPORATION
    c/o The Corporation Company
    30600 Telegraph Road
    Bingham Farms, MI 48025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X The Corporation Company
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   DEC 01 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06cv1034
   S&C

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110 0004 0799 3564

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540