**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    NIKKO MATERIALS USA, INC.,
    d/b/a GOULD ELECTRONICS INC.,
    individually and as successor in interest to
    GOULDS, INC., IMPERIAL CORP.
    34929 Curtis Boulevard
    Eastlake, Ohio, 449095

2. Article Number
   (Transfer from service label)
   7003 3110 0004 0799 3717

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)  J. Koka
C. Date of Delivery  12/1/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:06CV1034-SLC
   (20)

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes