**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **GARLOCK SEALING TECHNOLOGIES, L.L.C.**
   c/o C T Corporation System
   225 Hillsborough Street
   Raleigh, NC 27603

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Holly Frost*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:06CV1034
   S + ox

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7003 3110 0004 0799 1959

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540