| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☒ Agent  ☐ Addressee<br>B. Received by ( Printed Name ) L. Canoni   C. Date of Delivery 12/1/06 |
| 1. Article Addressed to:<br><br>ROCKWELL AUTOMATION,<br>successor by merger to<br>ALLEN-BRADLEY COMPANY<br>c/o Its President<br>1201 S. 2nd Street<br>Milwaukee, WI 53204 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>2:06cv1034<br>SLC |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0004 0799 2871 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540