**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **A.O. SMITH CORPORATION**
   Prentice Hall Corporation Systems, Inc.
   2711 Centerville Road, Suite 400
   Wilmington, DE 19808-1645

2. Article Number (Transfer from service label)  7003 3110

PS Form 3811, August 2001    Domestic Return

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature: Laura Cooper]
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06CV1034
   S&C

   [stamp: WILMINGTON DE NOV 3 0 2006]

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes