**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**P&H CRANES**
4400 W. National Avenue
Milwaukee, Wisconsin 53201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Paul Warwelet_    ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

PAUL WARWELET    NOV 3 0 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   2:06CV 1034
   S + C                    20

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from ser    7003 3110 0004 0799 3670

                                                    102595-02-M-1540

PS Form 3811, August 2001    Domestic Return Receipt