**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    **VIACOM INC.**,
    Westinghouse Building, Gateway Center
    11 Stanwix Street
    Pittsburgh, PA 15222

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:06cv1034
   S.d.c.

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7003 3110 0004 0799 3625

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540