**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   THE MARLEY-WYLAIN
   COMPANY, D/B/A WEIL-MCLAIN
   500 Blaine Street
   Michigan City, IN 46360-2388

2. Article Number (Transfer from _____): 7003 3110 0004 07

PS Form 3811, August 2001    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  James Vega          ☐ Agent  ☐ Addressee

B. Received by (Printed Name): James Vega
C. Date of Delivery: 11/30/9

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:04cv1034
   S&C

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes