**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]* ☒ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 11/30/06

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2:06CV1034-SRW

(20)

1. Article Addressed to:

**SURFACE COMBUSTION**
1700 Indian Wood Circle
Maumee, Ohio 43537

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 0799 3700

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540