**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   THE LINCOLN ELECTRIC COMPANY
   c/o H. Jay Elliot or Ellis F. Smolik
   22801 St. Clair Avenue
   Cleveland, Ohio 44117

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  A. Smole      ☒ Agent
                ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   A. SMOLE                         11-30-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:06cv1034
   S&c

   [NOV 30 2006 USPS stamp]

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service lab.)
   7003 3110 0004 0799 3526

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540