**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**OGLEBAY NORTON COMPANY**
North Point Tower
1001 Lakeside Avenue, 15th Floor
Cleveland, Ohio, 44114.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Whittaker*      □ Agent
               □ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
*E Whittaker*      11-30

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

2:06CV1034
5 &C

3. Service Type
☒ Certified Mail      □ Express Mail
□ Registered          ☒ Return Receipt for Merchandise
□ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
(Transfer from service la              7003 3110 0004 0799 3694

PS Form 3811, August 2001        Domestic Return Receipt      102595-02-M-1540