**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **FOSTER-WHEELER CORPORATION**
   c/o Corporation Service Company
   830 Bear Tavern Road
   Trenton, NJ 08628

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  [signature]     ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
   ECANON                       9/27/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   2:06cv1034
   Sfc                                          20

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110 0004 0799 1973

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540