**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BONDEX INTERNATIONAL INC.
   c/o Its Registered Agent:
   Prentice-Hall Corporation System, Inc.
   50 W. Broad Street
   Columbus, Ohio 43215

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  RECEIVED      ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   NOV 27 2006                  NOV 27 2006

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

   Deanne Kessler
   2:06CV1034
   J+C

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110 0004 0799 2925

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540