**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **KAISER GYPSUM COMPANY, INC.**
   CT Corporation System
   818 West 7th Street
   Los Angeles, CA 90017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Fedy Rea_    ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 12/1/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   2:06CV1034
   Ste

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110

PS Form 3811, August 2001    Domestic Return Receipt