| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  F. Green    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  F. Green  C. Date of Delivery 12-1-06  ☐ Yes |
| 1. Article Addressed to:<br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY<br>One MetLife Plaza<br>27-01 Queens Plaza North<br>Long Island City, New York 11101 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:06CV1034<br>SLC<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0004 079? |

PS Form 3811, August 2001    Domestic Return Receipt