**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery 12/4/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:06CV 1034
Stc

1. Article Addressed to:

ΓμΡΑ

**GENERAL ELECTRIC COMPANY**
c/o Its Registered Agent:
C T Corporation System
One Commercial Plaza
Hartford, CT  06103

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7003 3110 0004 0799 1942

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540