**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **STANDARD EQUIPMENT COMPANY, INC.**, an Alabama Corporation
   c/o Its Registered Agent: E. Burnley Davis
   75 Beauregard Street
   Mobile, AL 36601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): E. Burnley Davis

C. Date of Delivery: 12-5-6

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:04CV1034
S d c

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service): 7003 3110 0004 07— —

PS Form 3811, August 2001   Domestic Return Receipt