# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **Civil Action No.:** |
| ) | **2-06-CV-1034-WKW** |
| **A.O. SMITH ELECTRICAL** ) | |
| **PRODUCTS COMPANY, a division** ) | |
| **of A.O. SMITH CORPORATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## CORPORATE DISCLOSURE STATEMENT OF
## A. O. SMITH ELECTRICAL PRODUCTS COMPANY AND A. O. SMITH CORPORATION

COMES NOW the defendants, A.O. Smith Electrical Products Company and A.O. Smith Corporation, and file their Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1. A. O. Smith Electrical Products Company is not a corporation. It is a division of A. O. Smith Corporation.

2. A.O. Smith Corporation is a Delaware corporation, and is publicly traded on the New York Stock Exchange. No other entity owns 10% or more of its stock.

Respectfully submitted,

s/ James L. Pattillo
JAMES L. PATTILLO
ASB-2746-A49-P
E-mail:  jpattillo@NWKT.com
NORMAN, WOOD, KENDRICK
   & TURNER
Financial Center - Suite 1600
505 Twentieth Street North
Birmingham, AL  35203
Telephone: (205) 328-6643
Fax:  (205) 251-5479

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ROBERT D. BELUE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **Civil Action No.:** |
| | ) | **2-06-CV-1034-WKW** |
| **A.O. SMITH ELECTRICAL** | ) | |
| **PRODUCTS COMPANY, a division** | ) | |
| **of A.O. SMITH CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record:

    Respectfully submitted,

    s/ James L. Pattillo
    JAMES L. PATTILLO
    ASB-2746-A49-P
    E-mail:  jpattillo@NWKT.com
    NORMAN, WOOD, KENDRICK
      & TURNER
    Financial Center - Suite 1600
    505 Twentieth Street North
    Birmingham, AL  35203
    Telephone: (205) 328-6643
    Fax:  (205) 251-5479