| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery 6 DEC 2006 |
| 1. Article Addressed to:<br><br>**MAREMOUNT CORPORATION**<br>c/o Its Registered Agent:<br>The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE  19801 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>2:06CV1034<br>S+C                                   (20)<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0004 0799 3533 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540