**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **UNIROYAL FIBER & TEXTILE DIVISION OF UNIROYAL, INC.**
   c/o Its Registered Agent:
   Prentice-Hall Corporation System, Inc.
   830 Bear Tavern Road
   West Trenton, NJ 08608

2. Article Number (Transfer from service label): 7003 3110 0004 0799 3809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): E. Cacoon

C. Date of Delivery: 11/30

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:
2:06cv1034
sdc
20

3. Service Type
☒ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☒ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Domestic Return Receipt    102595-02-M-1540