IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No.: CV-06-1034 |
| | ) |
| **A. O. SMITH ELECTRICAL** | ) |
| **PRODUCTS COMPANY, a division** | ) |
| **of A. O. SMITH CORPORATION;** | ) |
| **et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
ON BEHALF OF DEFENDANT JOHN CRANE, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant John Crane, Inc. states that it is wholly owned by its parent corporation, Smiths Group, PLC and that Smiths Group, PLC owns all of the stock in John Crane, Inc.

                                                              s/Frank E. Lankford, Jr.
                                                              Frank E. Lankford, Jr., Esquire
                                                              LAN037
                                                              ASB: 8409-K71F
                                                              Attorney for Defendant,
                                                              John Crane, Inc.

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

## CERTIFICATE OF SERVICE

  I hereby certify that on 13 of December, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below

**Stephen Christopher Collier**
ccollier@hplegal.com vberrong@hplegal.com

**Laura DeVaughn Goodson**
goodsonld@fpwk.com aleservice@fpwk.com

**G. Patterson Keahey, Jr**
info@mesohelp.com

**James Laurens Pattillo**
jpattillo@nwkt.com

              s/Frank E. Lankford, Jr.
              Frank E. Lankford, Jr., Esquire