IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT D. BELUE, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

    Defendants.

CIVIL ACTION NO.
2:06CV1034-WKW

## DEFENDANT COOPER INDUSTRIES, LLC, FORMERLY KNOWN AS COOPER INDUSTRIES, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO CROUSE-HINDS COMPANY'S DISCLOSURE STATEMENT

NOW COMES Defendant Cooper Industries, LLC, Formerly Known as Cooper Industries, Inc., Individually and as Successor in Interest to Crouse-Hinds Company, by and through its attorneys of record, and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

1. Cooper Industries, LLC, formerly known as Cooper Industries, Inc., Individually and as successor-in-interest to Crouse-Hinds Company, does not have a parent corporation; and

2. No publicly-held corporation owns more than ten percent (10%) of Cooper Industries, LLC's stock.

Defendant Cooper Industries, LLC, Formerly Known as Cooper Industries, Inc., Individually and as Successor in Interest to Crouse-Hinds Company will supplement this disclosure should this information change at a later date.

10281490 v1

Respectfully submitted this 13th day of December, 2006.

                                                  **HAWKINS & PARNELL, LLP**

/s/ S. Christopher Collier
S. Christopher Collier
Alabama Bar No. ASB-2343-C56S
Counsel for Cooper Industries, LLC,
formerly known as Cooper Industries,
Inc., Individually and as Successor In
Interest to Crouse-Hinds Company

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

10281490v1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT D. BELUE, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

    Defendants.
_____/

CIVIL ACTION NO.
2:06CV1034-WKW

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this date served Defendant Cooper Industries, LLC, Formerly Known as Cooper Industries, Inc., Individually and as Successor in Interest to Crouse-Hinds Company's Disclosure Statement with the CM/ECF system. I also certify that a copy of the foregoing has been furnished to Plaintiff's counsel, G. Patterson Keahey, Jr., Esq., by U.S. Mail, at his respective address, with proper postage affixed.

This 13th day of December, 2006.

    Respectfully submitted,

    **HAWKINS & PARNELL, LLP**

    /s/ S. Christopher Collier
    S. Christopher Collier
    Alabama Bar No. ASB-2343-C56S
    Counsel for Cooper Industries, LLC,
    formerly known as Cooper Industries,

10281490v1

                                                                                               Inc., Individually and as Successor In
                                                                                               Interest to Crouse-Hinds Company

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400

10281490v1