THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT D. BELUE, et al., )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>A. O. SMITH ELECTRICAL )<br>PRODUCTS COMPANY, a division )<br>of A.O. SMITH CORPORATION, et )<br>al,, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br><br>2:06-cv-1034-WKW<br><br>JURY DEMAND |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff requests a 30 day extension of time regarding the Order Setting Motion Deadline, dated December 12, 2006, due on January 2, 2007, in opposition to the following motion:

(56) Motion to Dismiss filed by Defendants, A.O. Smith Corporation and A.O. Smith Electrical Products Company.

Defendants, A.O. Smith Corporation and A.O. Smith Electrical Products Company do not oppose motion for extension of time.

Requested this the 13th day of December, 2006.

Respectfully submitted,


s/G. Patterson Keahey, Jr.
G. PATTERSON KEAHEY, JR.
ASB-6357-A64G
G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Suite 612
Birmingham, AL  35209
(205) 871-0707 (telephone)
(205) 871-0801 (fax)
info@mesohelp.com (e-mail)


## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record and by the United States Mail, postage prepaid.

s/G. Patterson Keahey, Jr.
G. PATTERSON KEAHEY, JR.

American Standard, Inc.
1201 Peachtree Street NE
Atlanta, GA 30361

Asten Johnson, Inc.
4399 Corporate Road
Charleston, SC 29405

Bayer Cropscience, Inc.
C. T. Corporation System
1201 Peachtree Street
Atlanta, GA 30361

Bell & Gossett
8200 N. Austin Avenue
Morton Grove, IL 60053

Bondex International Inc.
50 W. Broad Street
Columbus, OH 43215

Borg Warner Corporation
3850 Hamlin Road
Auburn Hills, MI 48326

Buffalo Pump Inc.
874 Oliver Street
North Tonawanda, NY 14120

Clark-Reliance Corporation
16633 Foltz Industrial Parkway
Strongsville, OH 44136

Cleaver Brooks
11950 West Lake Park Drive
Milwaukee, WI 53224

Conwed Corporation
315 Park Avenue South 20th Floor
New York, NY 10010

Crane Co.
CT Corporation
1201 Peachtree Street NE
Atlanta, GA 30361

Crane Pumps Systems
420 Third Street
Piqua, OH 45356

American Standard, Inc.
1201 Peachtree Street NE
Atlanta, GA 30361

Asten Johnson, Inc.
4399 Corporate Road
Charleston, SC 29405

Bayer Cropscience, Inc.
C. T. Corporation System
1201 Peachtree Street
Atlanta, GA 30361

Bell & Gossett
8200 N. Austin Avenue
Morton Grove, IL 60053

Bondex International Inc.
50 W. Broad Street
Columbus, OH 43215

Borg Warner Corporation
3850 Hamlin Road
Auburn Hills, MI 48326

Buffalo Pump Inc.
874 Oliver Street
North Tonawanda, NY 14120

Clark-Reliance Corporation
16633 Foltz Industrial Parkway
Strongsville, OH 44136

Cleaver Brooks
11950 West Lake Park Drive
Milwaukee, WI 53224

Conwed Corporation
315 Park Avenue South 20th Floor
New York, NY 10010

Crane Co.
CT Corporation
1201 Peachtree Street NE
Atlanta, GA 30361

Crane Pumps Systems
420 Third Street
Piqua, OH 45356

Cutler H! ammer
c/o The Corporation Company
2000 Intersate Park Drive Suite 204
Montgomery, AL 36109

Eaton Corporation
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

Emerson Electric Co.
180 Cherokee Street NE
Marietta, GA 30060

Exteco, Inc.
109 North Fifth Street
Saddle Brook, NJ 07663

FMC Corporation
1201 Peachtree Street, NE
Atlanta, GA 30301

Flame Refractories, Inc.
200 Interstate Park Drive, Suite 204
Montgomery, AL 36109

Foseco, Inc.
1209 N. Orange Street
Wilmington, DE 19801

Foster-Wheeler Corporation
830 Bear Tavern Road
Trenton, NJ 08628

Garlock Sealing Technologies L.L.C.
225 Hillsborough Street
Raleigh, NC 27603

Goodyear Tire and Rubber Co,
CSC Lawyers Incorporating Service Inc.
150 South Perry Street
Montgomery, AL 36104

Hobart Brothers Company
500 W. Main Street
Troy, OH 45373!

ITT Industries, Inc.
111 Eighth Avenue
New York! , NY 100 11

Imo Industries, Inc.
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Industrial Holdings Corporation
Prentice-Hall Corporation Systems, Inc.
89 State Street
Albany, NY 12207

Ingersoll-Rand Company
180 Cherokee Street NE
Marietta, GA 30060

John Crane, Inc.
1201 Orange Street
Wilmington, DE 19801

Kaiser Gypsum Company, Inc.
818 West 7th Street
Los Angeles, CA 90017

Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101

Nikko Materials USA, Inc.
34929 Curtis Boulevard
Eastlake, OH 44909

Oglebay Norton Company
1001 Lakeside Avenue, 15th Floor
Cleveland, OH 44114

P&H Cranes
4400 W. National Avenue
Milwaukee, WI 53201

Rockwell Automation
1201 S. 2nd Street
Milwaukee, WI 53204

Sunbeam Products Incorporated
631 Lakeland East Dr.
Flowood, MS 39232-!8815

Surface Combustion
1700 Indian Wood Circle
Maumee, OH 43537

The Lincoln Electric Company
22801 St. Clair Avenue
Cleveland, OH 44117

The Marley-Wylain Company
500 Blaine Street
Michigan City, IN 46360-2388

Union Carbide Corporation
30600 Telegraph Road
Bingham Farms, MI 4805

Uniroyal Fiber and Textile & Division of Uniroyal, Inc.
830 Bear Tavern Road
West Trenton, NJ 08608

Viacom Inc.
Westinghouse Building, Gateway Center
11 Stanwix Street
Pittsburgh, PA 15222