**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 14, 2006

## NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

**Case Style:   Robert D. Belue et al v. A. O. Smith Electrical Products Co., et al**

**Case Number: 2:06cv1034-WKW**

**Referenced Pleading: Notice and Amended Complaint**

**Docket Entry Numbers: #62 and #64**

**The referenced pleadings electronically filed on 12/13/06 in this case are STRICKEN from the records for the following reasons: Doc. #62 was filed in error and Doc. #64 Amended Complaint must have leave of court since an Answer has been filed in this case**

**The pleadings are hereby STRICKEN from the record and the parties are instructed to disregard the entry of these pleading on the court's docket.**