IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT D. BELUE, et al.,           ) | |
|                                                      ) | |
|         Plaintiffs,                           ) | |
|                                                      ) | |
| v.                                                 ) | CASE NO.: 2:06-CV-1034-WKW |
|                                                      ) | |
| ALBANY INTERNATIONAL CORP., et al., ) | |
|                                                      ) | |
|         Defendants.                         ) | |

**DEFENDANT ALBANY INTERNATIONAL'S DISCLOSURE STATEMENT**

COMES NOW the defendant, Albany International Corporation, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure hereby submits its Disclosure Statement, and shows unto the Court as follows:

1. Whether the named defendant has a parent company, and if so, what company.

    **RESPONSE:** No.

2. Whether the named defendant has publicly traded stock.

    **RESPONSE:** Yes.

3. Whether a publicly traded entity owns ten percent or more of the named defendant's company stock, and if so, what entity.

    **RESPONSE:** No.

Respectfully submitted,

**s/Keith J. Pflaum**
Keith J. Pflaum
Bar Number: ASB-3002-A54K
Attorney for Defendant, Albany International
Porterfield, Harper, Mills & Motlow, P.A.

          22 Inverness Center Parkway, Suite 600
          P.O. Box 530790
          Birmingham, AL 35253-0790
          Telephone: (205) 980-5000
          Fax: (205) 980-5001
          E-mail: kjp@phm-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Stephen Christopher Collier, Esq.**
**Richard M. Crump, Esq.**
**Laura D. Goodson, Esq.**
**G. Pattern Keahey, Jr., Esq.**
**Frank E. Lankford, Jr., Esq.**
**Donald C. Partridge, Esq.**
**James L. Pattillo, Esq.**

          s/Keith J. Pflaum
          Keith J. Pflaum
          Bar Number: ASB-3002-A54K
          Attorney for Albany International
          Porterfield, Harper, Mills & Motlow, P.A.
          22 Inverness Center Parkway, Suite 600
          P.O. Box 530790
          Birmingham, AL 35253-0790
          Telephone: (205) 980-5000
          Fax: (205) 980-5001
          E-mail: kjp@phm-law.com