IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. BELUE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>A.O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 2:06-CV-1034-WKW<br>)<br>)<br>)<br>)<br>) |

**RULE 7.1 DISCLOSURE OF DEFENDANTS
CUTLER HAMMER, CURRENTLY REFERRED TO AS
EATON ELECTRICAL, INC., AND EATON CORPORATION**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys for Defendant Eaton Corporation and Eaton Electrical, Inc. state that there is no parent corporation to Eaton Corporation and that no publicly held corporation owns ten percent (10%) or more of Eaton Corporation's stock.

Respectfully submitted by,

    s/ E. Bryan Nichols
H. Thomas Wells, Jr.
David P. Donahue
E. Bryan Nichols

Attorneys for Defendants
EATON ELECTRICAL, INC.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

- 2 -

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct electronic version of the foregoing has been filed with the CM/ECF system, which will electronically serve all counsel of record on this the 15th day of December, 2006.

              _____s/ E. Bryan Nichols_____
              Of Counsel