# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ROBERT BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | **Civil Action No.:** |
| ) | |
| vs. ) | **2:06-CV-1034-WKW** |
| ) | |
| **A.O. SMITH ELECTRICAL** ) | |
| **PRODUCTS COMPANY, et al.** ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT OF
## GOODYEAR TIRE & RUBBER CO.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, Goodyear Tire & Rubber Co., discloses that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

                        Respectfully submitted,

                        /s/ William L. Waudby_____
                        One of the Attorneys for Defendant,
                        Goodyear Tire and Rubber Co.

Of Counsel:

William L. Waudby
BAKER, DONELSON, BEARMAN
  CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203
bwaudby@bakerdonelson.com
205.244.3894 - direct telephone
205.488.3737 - direct facsimile

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 18, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to counsel of record.

                                      /s/ William L. Waudby
                                      Of Counsel

B WLW 733068 v1
2902295-000044