THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT BELUE; et al.,         )
                                   )
        Plaintiffs,         )
                                   )
vs.                          )        Civil Action No. 06-CV 0134-WKW
                                 )
A.O. SMITH ELECTRICAL PRODUCTS  )
COMPANY, a division of A.O. SMITH   )
CORPORATION; et al.;         )
                                 )
        Defendants.       )

## <u>DEFENDANT AMERICAN STANDARD, INC'S</u><br><u>CORPORATE DISCLOSURE STATEMENT</u>

COMES NOW Defendant **American Standard, Inc.,** and pursuant to Rule 7.1 of

the Federal Rules of Civil Procedure, submits its Disclosure Statement as follows:

American Standard, Inc. is wholly owned by American Standard Companies, Inc.,

which is a publicly traded corporation.

                       ___s/Timothy W. Knight
                       Timothy W. Knight. ASB5824I70T
                       Lucy W. Jordan, ASB-4426-U69J
                       Attorneys for Defendant
                       American Standard, Inc.

OF COUNSEL:
**KEE & SELBY, LLP**
1900 Internationl Park Drive, Suite 220
Birmingham, AL 35243
Tel: (205) 968-9900
Fax: (205) 968-9909
Email: tk@keeselby.com
       lj@keeselby.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this    day of December, 2006, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

 s/ Timothy W. Knight
OF COUNSEL