THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT BELUE; et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 06-CV 0134-WKW |
| ) | |
| A.O. SMITH ELECTRICAL PRODUCTS ) | |
| COMPANY, a division of A.O. SMITH ) | |
| CORPORATION; et al.; ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT LINCOLN ELECTRIC COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant **Lincoln Electric Company,** and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits its Disclosure Statement as follows:

Lincoln Electric Company is a wholly owned subsidiary of Lincoln Electric Holdings, Inc.

                                           Respectfully submitted,

                                           __s/Timothy W. Knight_____
                                           Timothy W. Knight, ASB5824I70T
                                           Lucy W. Jordan, ASB-4426-U69J
                                           Attorneys for Defendant,
                                           Lincoln Electric Company

OF COUNSEL:

**KEE & SELBY, LLP**
1900 International Park Drive, Suite 220
Birmingham, AL  35243
Tel:  (205) 968-9900
Fax: (205) 968-9909
Email:  tk@keeselby.com
         lj@keeselby.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this the __ day of December, 2006, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                   s/ Timothy W. Knight  
                                                   OF COUNSEL