IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, ET AL.,**

                                        **PLAINTIFFS**

**vs.**                          **CIVIL ACTION No. 2:06CV1034-WKW**

**A.O. SMITH ELECTRICAL
PRODUCTS COMPANY, a division of
A.O. SMITH CORPORATION; et al**           **DEFENDANT**

**DISCLOSURE STATEMENT FORM**

Please check one box:

☒    The non-governmental corporate party, <u>Asten, Inc.</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❑    the non-governmental corporate party, _____,
in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____

    12/19/2006                                            //s// Laura D. Goodson
        Date                                        Clifton W. Jefferis (ASB-5293-Y88C)
                                                       Laura D. Goodson (ASB-0579-R81G)

                                                    Counsel for:    Asten, Inc.