**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**                                **MDL DOCKET NO. 875**

**This Document Relates To:**
**ROBERT D. BELUE, ET AL. VS.**
**A. O. SMITH ELECTRICAL**
**PRODUCTS COMPANY, ET AL.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **ROBERT D. BELUE, ET AL.** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **VS.** ) | **2:06-CV-1034-WJW** |
| ) | |
| **A. O. SMITH ELECTRICAL** ) | |
| **PRODUCTS COMPANY, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

**DISCLOSURE STATEMENT**

Please check one box:

[✓]  The nongovernmental corporate party, <u>INGERSOLL-RAND COMPANY</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

<u>December 19, 2006</u>                       <u>//s// Laura D. Goodson</u>
      Date                                         Richard M. Crump, Esq. (ASB-6839-C44R)
                                                   Donald C. Partridge (ASB-6713-T83D)
                                                   Laura D. Goodson (ASB-0579-R81G)
                                                   Attorneys for Defendant
                                                   INGERSOLL-RAND COMPANY
                                                   Forman Perry Watkins Krutz & Tardy LLP
                                                   Post Office Box 22608
                                                   Jackson, Mississippi 39225-2608
                                                   (601) 960-8600