BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY      CIVIL ACTION NO. MDL 875
LITIGATION (NO. VI)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

This Document Relates To:

ROBERT D. BELUE, ET AL.,

      PLAINTIFFS        FILE NO. 2:06CV1034-WKW

VS.

A.O. SMITH ELECTRICAL
PRODUCTS, ET AL.,

      DEFENDANTS

---

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT INDUSTRIAL HOLDINGS CORPORATION
f/k/a THE CARBORUNDUM COMPANY**

---

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Industrial Holdings Corporation, f/k/a The Carborundum Company, through the undersigned counsel, states that the nongovernmental corporate party, Industrial Holdings Corporation, f/k/a The Carborundum Company, has the following parent corporation and publicly held corporation that owns 10% or more of its stock: Lehman Brothers Holdings Inc.

This the 18th day of December, 2006.

                                 /s/ Laura D. Goodson
                                 Richard M. Crump (CRUMR6839)
                                 Donald C. Partridge (PARTD6713)
                                 Laura D. Goodson (ASB-0579-R81G)
                                 200 South Lamar Street, Suite 100
                                 Post Office Box 22608
                                 Jackson, Mississippi 39225-2608
                                 Telephone: (601) 960-8600

                                 Attorneys for Defendant Industrial Holdings
                                 Corporation f/k/a/ The Carborundum Company

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

**ROBERT D. BELUE, ET AL.**,

    **PLAINTIFFS**                                   **CIVIL ACTION NUMBER:
                                                                    2:06CV1034-WKW**

**VS.**

**A.O. SMITH ELECTRICAL
PRODUCTS, ET AL.,**

    **DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., counsel for plaintiffs, and all defense counsel of record, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

    Respectfully submitted,

    /s/ Laura D. Goodson
    Richard M. Crump (CRUMR6839)
    Donald C. Partridge (PARTD6713)
    Laura D. Goodson (ASB-0579-R81G)