**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **ROBERT E. BELUE, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | **CIVIL ACTION NO.:** |
| | * | **2:06-CV-1034-WKW** |
| **A. O. SMITH ELECTRICL PRODUCTS,** | * | |
| **COMPANY, et al.,** | * | |
| | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Bondex International, Inc. states that RPM, Inc. is the parent of Bondex International, Inc. and that no publicly traded company owns 10% or more of Bondex International, Inc.

Respectfully submitted,

/s/ Timothy A. Clarke
F. GREY REDDITT, JR. (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)
*Attorneys for Defendant Bondex International, Inc.*

OF COUNSEL:
Vickers, Riis, Murray and Curran, LLC
Regions Bank Building – 11th Floor
106 St. Francis Street
Post Office Drawer 2568
Mobile, Alabama  36652-2568
Telephone:     (251) 432-9772
Facsimile:       (251) 432-9781
Email:             gredditt@vickersriis.com
                       tclarke@vickersriis.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants.

                                            /s/ Timothy A. Clarke