**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

**ROBERT D. BELUE, et al.**                                                                **PLAINTIFFS**

**vs.**                                                                 **CIVIL ACTION NO. 2:06CV1034-WKW**

**A. O. SMITH ELECTRICAL PRODUCTS**
**COMPANY, a division of A. O. SMITH**
**CORPORATION, et al.,**                                                      **DEFENDANTS**

---

**OGLEBAY NORTON COMPANY'S JOINDER IN MOTION TO DISMISS**
**COMPLAINT FILED BY BONDEX INTERNATIONAL, INC.**

---

COMES NOW, Defendant, Oglebay Norton Company, without waiving its Affirmative Defenses or any other Defenses, and reserving all rights, hereby joins in and adopts by reference Bondex International, Inc.'s Motion to Dismiss filed on or about December 19, 2006. Oglebay Norton Company also adopts all briefs and exhibits filed in conjunction with said Motion.

WHEREFORE, Oglebay Norton Company respectfully requests this Court grant Bondex International, Inc.'s Motion to Dismiss. Oglebay Norton Company requests such other relief as the Court deems just and proper.

THIS 20th day of December, 2006.

          Respectfully submitted,

          Oglebay Norton Company

          By: s/ Cyrus C. Barger, III
             Cyrus C. Barger, III, AL Bar #BAR137

JUDE & JUDE, PLLC
6424 U. S. Hwy 98 West, Suite 50
P. O. Box 17468
Hattiesburg, MS 39404-7468
Telephone: (601) 579-8411
Facsimile:   (601) 579-8461

## CERTIFICATE OF SERVICE

  I, Cyrus C. Barger, III, counsel for Oglebay Norton Company do hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all known counsel of record.

  THIS, 20th day of December, 2006.

s/ Cyrus C. Barger, III_____<br>
Cyrus C. Barger, III

F:\FILES\FEI\Al\Motions\Belue_Robert_Joinder_Severance_Motion_121906.doc