## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.** |
| ) | **2:06CV1034-WKW** |
| **ASBESTOS DEFENDANTS:** ) | |
| **A.O. SMITH ELECTRICAL PRODUCTS** ) | |
| **COMPANY, a division of A.O. SMITH** ) | |
| **CORPORATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**CORPORATE DISCLOSURE STATEMENT OF ROCKWELL AUTOMATION, INC., SUCCESSOR BY MERGER TO ALLEN-BRADLEY CO., LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Rockwell Automation, Inc., successor by merger to Allen-Bradley Co., LLC, discloses that it has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated this the 21st day of December 2006.

/s/ Helen Kathryn Downs
Helen Kathryn Downs


/s/ William D. Jones III
William D. Jones III


/s/Mary Brunson Whatley
Mary Brunson Whatley

Attorneys for Rockwell Automation, Inc.

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR
      & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL  35203-2618
Telephone: (205) 458-9400
Facsimile:  (205) 458-9500
E-mail:   hkd@jbpp.com
          wdj@jbpp.com
          mbw@jbpp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the above and foregoing by electronically filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this the 21st day of December 2006.

                                    /s/ William D. Jones III
                                    Of Counsel

W0585120.DOC