IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT D. BELUE, ET AL.                                              PLAINTIFFS

V.
                                                  CIVIL ACTION NO.:
                                                  CV 2:06-CV-1034-WKW

A.O. SMITH ELECTRICAL PRODUCTS
COMPANY, ET AL.                                                      DEFENDANTS

**BORG WARNER CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

      PURSUANT TO Rule 26.1(c) of the *Federal Rules of Appellate Procedure*, Borg Warner Corporation states as follows, to-wit:

      The Defendant is Borg Warner Corporation by and through its successor in interest, BorgWarner Morse TEC Inc. Borg Warner Corporation is not a publicly traded company. It is wholly owned by Borg Warner, Inc., which is a publicly traded company.

                                                Respectfully submitted,

                                                BORG WARNER CORPORATION,
                                                Defendant

                                                s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, & RUFFIN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE: 601-583-2671
FACSIMILE: 601-583-2677
E-MAIL: CSHOOK@AULTMANTYNER.COM