IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT D. BELUE, ET AL.                                                        PLAINTIFFS


V.

                                                                    CIVIL ACTION NO.:
                                                                    CV 2:06-CV-1034-WKW


A.O. SMITH ELECTRICAL PRODUCTS
COMPANY, ET AL.                                                               DEFENDANTS

**EXTECO, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**


PURSUANT TO Rule 26.1(c) of the *Federal Rules of Appellate Procedure*,

Exteco, Inc. states as follows, to-wit:

The Defendant is Exteco, Inc. f/k/a Thermo Electric Co., Inc.  Exteco, Inc.

is not a publicly traded company nor does any publicly held corporation hold 10% or

more if its stock.


                                        Respectfully submitted,

                                        EXTECO, INC.
                                        Defendant



                                        _____
                                        s/ Chadwick L. Shook


OF COUNSEL:

AULTMAN, TYNER, & RUFFIN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE:  601-583-2671
FACSIMILE:  601-583-2677
E-MAIL:  CSHOOK@AULTMANTYNER.COM