IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT D. BELUE, ET AL.                                                    PLAINTIFFS

V.
                                                                           CIVIL ACTION NO.:
                                                                           CV 2:06-CV-1034-WKW

A.O. SMITH ELECTRICAL PRODUCTS
COMPANY, ET AL.                                                            DEFENDANTS

**THE MARLEY-WYLAIN COMPANY D/B/A WEIL-MCLAIN
COMPANY, INC. CORPORATE DISCLOSURE STATEMENT**

PURSUANT TO Rule 26.1(c) of the *Federal Rules of Appellate Procedure*, The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. states as follows, to-wit:

The Defendant is The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. is not a publicly traded company. It is wholly owned by SPX Corporation, which is a publicly traded company.

        Respectfully submitted,

        THE MARLEY-WYLAIN COMPANY
        D/B/A WEIL-MCLAIN COMPANY, INC.

        Defendant


        BY:  s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, & RUFFIN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE:  601-583-2671
FACSIMILE:  601-583-2677
E-MAIL:  CSHOOK@AULTMANTYNER.COM