UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. BELUE, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:06 CV 1034-WKW |
| A.O. SMITH ELECTRICAL PRODUCTS COMPANY, et al., | ) |
| Defendants. | ) |

### DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse") makes the following disclosure:

1. The parent companies of the corporation:

    CBS Corporation, a Delaware corporation.

2. Subsidiaries not wholly owned by the corporation?

    None

3. Any publicly held corporation that owns ten percent (10%) or more of the corporation?

    None

_____
James A. Harris, III
**Alabama State Bar ID No. ASB-0683-R74J**
Harris & Harris, LLP
Colonial Bank Building
Suite 450
2501 20th Place South
Birmingham, Alabama 35223
FAX: (205) 871-0029
TEL: (205) 871-5777

OF COUNSEL
Harris & Harris, LLP

Attorneys for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 20th day of December, 2006, served a copy of the above and foregoing pleading upon all parties and counsel of record via electronic email and/or by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed as follows:

G. Patterson Keahey, Jr.
One Independence Plaza
Suite 612
Birmingham, AL 35209

_____
OF COUNSEL