# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) CIVIL ACTION NO. 2:06cv1034-WKW-WC |
| vs. | ) |
| | ) |
| **A.O. SMITH ELECRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION, et al.,** | ) ) ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### DEFENDANT SUNBEAM PRODUCTS, INCORPORATED'S CORPORATE DISCLOSURE STATEMENT

Defendant Sunbeam Products, Incorporated ("Sunbeam"), by and through its undersigned attorneys, files the following Corporate Disclosure Statement:

1. Sunbeam is not a publicly traded company.

2. Sunbeam's parent company is Jarden Corporation.

3. Jarden Corporation is a publicly traded corporation that owns 10% or more of Sunbeam.

Respectfully Submitted,

**SUNBEAM PRODUCTS INCORPORATED**

BY:    */s/Randi Peresich Mueller*
      **RANDI PERESICH MUELLER, ASB# 7546-R71M**
      **PAGE, MANNINO, PERESICH &**
      **MCDERMOTT, P.L.L.C.**
      **460 BRIARWOOD DRIVE, SUITE 415**
      **POST OFFICE BOX 16450**
      **JACKSON, MS  39236**
      **(601) 896-0114/FAX (601) 896-0145**

## CERTIFICATE OF SERVICE

I, RANDI PERESICH MUELLER, of the law firm of Page, Mannino, Peresich & McDermott, P.L.L.C., have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Dated: December 22, 2006.

                               /s/Randi Peresich Mueller
                               **PAGE, MANNINO, PERESICH & MCDERMOTT, P.L.L.C.**
                               **POST OFFICE BOX 16450**
                               **JACKSON, MS 39236**
                               **TELEPHONE: (601) 896-0114**
                               **FACSIMILE: (601) 896-0145**