IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. BELUE, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION, et al.,<br><br>    Defendants. | Civil Action No.<br><br>2:06 CV1034-WKW |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to 7.1 of the Federal Rules of Civil Procedure, Defendant SURFACE COMBUSTION, INC. makes the following disclosures:

1. Surface Combustion, Inc. has no "parent" corporation.

2. There is no publicly held corporation that owns Ten Percent or more of Surface Combustion, Inc.'s stock.

Respectfully submitted on the 22 day of December, 2006.

/s/ David W. McDowell
G. STEVEN HENRY
(ASB - 4718N68)
DAVID W. McDOWELL
(ASB - 7713-L69D)
Attorneys for Surface Combustion, Inc.

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:  (205) 328-0480
Facsimile:   (205) 322-8007

B DWM 733672 v1
1038405-000006 12/22/2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 22 day of December, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

> BAKER, DONELSON, BEARMAN,
> CALDWELL & BERKOWITS, P.C.
>
> By: /s/ David W. McDowell
> (ASB- 7713-L69D)
> One of the Attorneys for Surface Combustion, Inc.