IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ROBERT E. BELUE, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | 2:06-CV-1034-WKW |
| **A. O. SMITH ELECTRICAL PRODUCTS,** | * | |
| **COMPANY, et al.,** | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

**GOULDS PUMPS, INC. CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for GOULDS PUMPS, INC. certifies that Goulds Pumps, Inc. is a wholly owned subsidiary of ITT INDUSTRIES, INC. and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

/s/ Timothy A. Clarke
F. GREY REDDITT, JR. (REDDF5142)
TIMOTHY A. CLARKE (CLART1440)
*Attorneys for Defendant Goulds Pumps, Inc.*

OF COUNSEL:
Vickers, Riis, Murray and Curran, LLC
106 St. Francis Street
Post Office Drawer 2568
Mobile, Alabama  36652-2568
Telephone:    (251) 432-9772
Facsimile:    (251) 432-9781
Email:    gredditt@vickersriis.com
          tclarke@vickersriis.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants.

                                                      /s/ Timothy A. Clarke