IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. BELUE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 2:06-CV-1034-WKW |
| | ) |
| v. | ) |
| | ) |
| A.O. SMITH ELECTRICAL | ) |
| PRODUCTS COMPANY, a division | ) |
| of A.O. SMITH CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

## BUFFALO PUMPS, INC.'S DISCLOSURE STATEMENT

COMES NOW Defendant, BUFFALO PUMPS, INC., by and through its attorneys of record, and pursuant to *Federal Rule of Civil Procedure* 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

1.   Whether the named Defendant has a parent company, and if so, what company.

   **The parent company of Buffalo Pumps, Inc. is Ampco-Pittsburgh Corporation.**

2.   Whether the named Defendant has publicly traded stock.

   **The named defendant does not have any publicly traded stock.**

3.   Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

   **Ampco-Pittsburgh Corporation owns 100% of the named defendant's stock and is a publicly traded entity.**

>s/Edward B. McDonough, Jr.
>Edward B. McDonough, Jr.(MCDOE0149)
>Gary W. Fillingim (FILLG1161)
>Attorneys for Defendant,
>BUFFALO PUMPS, INC.

OF COUNSEL:

EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

>s/Edward B. McDonough, Jr.
>Edward B. McDonough, Jr.