THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. BELUE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO. 2:06-cv-01034-WKW-WC |
| | ) |
| A.O. SMITH ELECTRICAL PRODUCTS COMPANY, et al., | ) ) |
| | ) |
| Defendants. | ) |

**METROPOLITAN LIFE INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney for Defendant, Metropolitan Life Insurance Company, states that Metropolitan Life Insurance Company is a wholly owned subsidiary of MetLife, Inc. MetLife, Inc. is a publicly traded company.

/s/ Michael A. Vercher
Michael A. Vercher
Bar Number: ASB-4976-H32M
One of the Attorneys for Defendant
Metropolitan Life Insurance Company

OF COUNSEL:

CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203
Telephone:    (205) 795-6588
Facsimile:    (205) 328-7234
Electronic Mail:  mavercher@csattorneys.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

                /s/ Michael A. Vercher