THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | **CIVIL ACTION NO.** |
| **A. O. SMITH ELECTRICAL** ) | |
| **PRODUCTS COMPANY, a division** ) | 2:06-cv-1034-WKW |
| **of A.O. SMITH CORPORATION, et** ) | |
| **al,,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

Plaintiff requests a 10 day extension of time to respond to Order dated December 14, 2006 to respond to Doc. #57, and Order dated December 15, 2006 to respond to and Doc. #58, both due on January 4, 2007.

The Defendants do not oppose Plaintiffs request for an extension to respond as follows:

(57) Motion to Dismiss or In the Alternative Motion to Transfer to MDL filed by Defendant, John Crane, Inc., do not oppose an extension.

(58) Certain Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction filed by Defendants, Asten Johnson, Inc., Industrial

Holdings Corporation f/k/a The Carborundum Company, and Ingersoll-rand Company do not oppose a 10 day extension.

THEREFORE, Plaintiffs requests a 10 day extension to respond.

Requested this the 29th day of December, 2006.

                                              Respectfully submitted,

                                              s/G. Patterson Keahey, Jr.
                                              G. PATTERSON KEAHEY, JR.
                                              ASB-6357-A64G
                                              G. PATTERSON KEAHEY, P.C.
                                              One Independence Plaza, Suite 612
                                              Birmingham, AL  35209
                                              (205) 871-0707 (telephone)
                                              (205) 871-0801 (fax)
                                              info@mesohelp.com (e-mail)

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record by e-mail, and by U.S. Mail, postage prepaid as follows:

    Cyrus C Barger, III    tresbarger@judelawfirm.com, amyers@judelawfirm.com

    Nathan A. Bosio    nbosio@doganwilkinson.com, smason@doganwilkinson.com

    C. Paul Cavender    pcavende@burr.com, jmcmicha@burr.com

    Timothy A. Clarke    tclarke@vickersriis.com, cmiller@vickersriis.com,
                                    llods@vickersriis.com, ajackson@vickersriis.com

Stephen Christopher Collier    ccollier@hplegal.com, vberrong@hplegal.com

Richard M. Crump    crumprm@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

David Patrick Donahue    ddonahue@mcglaw.com, emburt@maynardcooper.com

Helen Kathryn Downs    hkdowns@jbpp.com, aap@jbpp.com

Melody Hurdle Eagan    meagan@lfwlaw.com

Jenelle Rae Evans    jevans@balch.com,

Laura DeVaughn Goodson    goodsonld@fpwk.com, aleservice@fpwk.com

James Addison Harris, III    jamey@harris-harris.com, jameyharris2003@hotmail.com

Glen Steven Henry    shenry@bakerdonelson.com

William Donald Jones, III    wjones@jbpp.com

Lucy Westover Jordan    ljordan@clarkdolan.com, lucyjoy1975@yahoo.com

Timothy Wade Knight    tk@keeselby.com, analley@keeselby.com

Frank E. Lankford, Jr    fel@hfsllp.com, tdc@hfsllp.com

David Whittington McDowell    dmcdowell@bakerdonelson.com

Edward B. Mcdonough, Jr    ebm@emcdonoughlaw.com, mjm@emcdonoughlaw.com

William T. Mills, II    phm@phm-law.com

Randi Peresich Mueller    rmueller@pmp.org, Trish.Harbour@pmp.org

Vincent A. Noletto, Jr    van@carrallison.com, ars@carrallison.com, lls@carrallison.com

Brandy Reshaun Owens    bowens@lfwlaw.com, amyhe@lfwlaw.com

Donald C. Partridge    partridgedc@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

James Laurens Pattillo     jpattillo@nwkt.com

Keith James Pflaum     cec@phm-law.com

Caroline T. Pryor     ctp@carrallison.com, kcv@carrallison.com

William Larkin Radney , IV     lradney@lfwlaw.com

F. Grey Redditt , Jr     gredditt@vickersriis.com, lsanford@vickersriis.com; llods@vickersriis.com

Tom Steven Roper     tsr@carrallison.com,

Chadwick L Shook     cshook@aultmantyner.com

Gregory M. Taube     greg.taube@nelsonmullins.com, jeff.mapen@nelsonmullins.com

Michael Anthony Vercher     mavercher@csattorneys.com

William L. Waudby     bwaudby@bakerdonelson.com, callen@bakerdonelson.com

H. Thomas Wells, Jr     twells@mcglaw.com

Mary Brunson Whatley     mbw@jbpp.com, mbwhatley@hotmail.com

Allan R. Wheeler     awheeler@burr.com

Natasha Lynke Wilson     nwilson@lfwlaw.com

Dan R. Alexander
Carr Allison
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Bayer Cropscience, Inc.
C. T. Corporation System
1201 Peachtree Street
Atlanta, GA 30361

Clark-Reliance Corporation
16633 Foltz Industrial Parkway
Strongsville, OH 44136

Crane Pumps Systems
420 Third Street
Piqua, OH 45356

Gary W. Fillingim
Burns Cunningham Mackey & Fillingim, PC
PO Box 1583
Mobile, AL 36633-1583

Foseco, Inc.
1209 N. Orange Street
Wilmington, DE 19801

Foster-Wheeler Corporation
830 Bear Tavern Road
Trenton, NJ 08628

IMO Industries, Inc.
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Clifton Wayne Jefferis
Forman Perry Watkins Krutz & Tardy PLLC
1200 One Jackson Place
188 East Capitol Street
Jackson, MS 39201-2131

Jeffrey L. Mapen
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101

Sara S. Turnipseed
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Union Carbide Corporation
30600 Telegraph Road
Bingham Farms, MI 48025

Uniroyal Fiber and Textile & Division of Uniroyal, Inc.
830 Bear Tavern Road
West Trenton, NJ 08608

s/G. Patterson Keahey, Jr.
G. PATTERSON KEAHEY, JR.
