# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. BELUE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 2:06-CV-1034-WKW |
| | ) |
| v. | ) |
| | ) |
| A.O. SMITH ELECTRICAL | ) |
| PRODUCTS COMPANY, a division | ) |
| of A.O. SMITH CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

## STANDARD EQUIPMENT COMPANY, INC.'S
## DISCLOSURE STATEMENT

COMES NOW Defendant, STANDARD EQUIPMENT COMPANY, INC., by and through its attorneys of record, and pursuant to *Federal Rules of Civil Procedure 7.1*, hereby submits this, its Disclosure Statement, and shows the Court as follows:

1.  Whether the named Defendant has a parent company, and if so, what company.

   **No.**

2.  Whether the named Defendant has publicly traded stock.

   **No.**

3.  Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

   **No.**

                s/Edward B. McDonough, Jr.
                EDWARD B. McDONOUGH, JR. (MCDOE0149)
                GARY W. FILLINGIM (FILLG1161)
                Attorneys for Defendant,
                STANDARD EQUIPMENT COMPANY, INC.

OF COUNSEL:
EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on December 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                s/Edward B. McDonough, Jr.
                Edward B. McDonough, Jr. (MCD020)