THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | CIVIL ACTION NO. |
| **A.O. SMITH ELECTRICAL** ) | |
| **PRODUCTS COMPANY, a division** ) | 2:06-CV-1034-WKW |
| **of A.O. SMITH CORPORATION, et** ) | |
| **al,,** ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DISMISSAL OF DEFENDANT
A.O. SMITH CORPORATION WITHOUT PREJUDICE**

Plaintiffs, by and through their undersigned counsel, notices this Court of their dismissal of Defendant A.O. Smith Corporation without prejudice in this action.

This 29th Day of December, 2006.

Respectfully submitted,

__s/__ G. Patterson Keahey, Jr.____
G. PATTERSON KEAHEY, JR.
ASB-6357-A64G
G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama  35209
205-871-0707 (telephone)
205-871-0801 (fax)
info@mesohelp.com (e-mail)

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing is being filed electronically with the Clerk of the Court using the CM/ECF system on this 29th day of December, 2006, and will be served by electronic mail or by US Mail postage prepaid to the following:

    Cyrus C Barger, III    tresbarger@judelawfirm.com, amyers@judelawfirm.com

    Nathan A. Bosio    nbosio@doganwilkinson.com, smason@doganwilkinson.com

    C. Paul Cavender    pcavende@burr.com, jmcmicha@burr.com

    Timothy A. Clarke    tclarke@vickersriis.com, cmiller@vickersriis.com, llods@vickersriis.com, ajackson@vickersriis.com

    Stephen Christopher Collier    ccollier@hplegal.com, vberrong@hplegal.com

    Richard M. Crump    crumprm@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

    David Patrick Donahue    ddonahue@mcglaw.com, emburt@maynardcooper.com

    Helen Kathryn Downs    hkdowns@jbpp.com, aap@jbpp.com

    Melody Hurdle Eagan    meagan@lfwlaw.com

    Jenelle Rae Evans    jevans@balch.com,

    Laura DeVaughn Goodson    goodsonld@fpwk.com, aleservice@fpwk.com

    James Addison Harris, III    jamey@harris-harris.com, jameyharris2003@hotmail.com

    Glen Steven Henry    shenry@bakerdonelson.com

    William Donald Jones, III    wjones@jbpp.com

    Lucy Westover Jordan    ljordan@clarkdolan.com, lucyjoy1975@yahoo.com

    Timothy Wade Knight    tk@keeselby.com, analley@keeselby.com

Frank E. Lankford, Jr     fel@hfsllp.com, tdc@hfsllp.com

David Whittington McDowell     dmcdowell@bakerdonelson.com

Edward B. Mcdonough, Jr     ebm@emcdonoughlaw.com, mjm@emcdonoughlaw.com

William T. Mills, II     phm@phm-law.com

Randi Peresich Mueller     rmueller@pmp.org, Trish.Harbour@pmp.org

Vincent A. Noletto, Jr     van@carrallison.com, ars@carrallison.com, lls@carrallison.com

Brandy Reshaun Owens     bowens@lfwlaw.com, amyhe@lfwlaw.com

Donald C. Partridge     partridgedc@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

James Laurens Pattillo     jpattillo@nwkt.com

Keith James Pflaum     cec@phm-law.com

Caroline T. Pryor     ctp@carrallison.com, kcv@carrallison.com

William Larkin Radney , IV     lradney@lfwlaw.com

F. Grey Redditt , Jr     gredditt@vickersriis.com, lsanford@vickersriis.com; llods@vickersriis.com

Tom Steven Roper     tsr@carrallison.com,

Chadwick L Shook     cshook@aultmantyner.com

Gregory M. Taube     greg.taube@nelsonmullins.com, jeff.mapen@nelsonmullins.com

Michael Anthony Vercher     mavercher@csattorneys.com

William L. Waudby     bwaudby@bakerdonelson.com, callen@bakerdonelson.com

H. Thomas Wells, Jr     twells@mcglaw.com

Mary Brunson Whatley     mbw@jbpp.com, mbwhatley@hotmail.com

Allan R. Wheeler     awheeler@burr.com

Natasha Lynke Wilson   nwilson@lfwlaw.com

Dan R. Alexander
Carr Allison
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Bayer Cropscience, Inc.
C. T. Corporation System
1201 Peachtree Street
Atlanta, GA 30361

Clark-Reliance Corporation
16633 Foltz Industrial Parkway
Strongsville, OH 44136

Crane Pumps Systems
420 Third Street
Piqua, OH 45356

Gary W. Fillingim
Burns Cunningham Mackey & Fillingim, PC
PO Box 1583
Mobile, AL 36633-1583

Foseco, Inc.
1209 N. Orange Street
Wilmington, DE 19801

Foster-Wheeler Corporation
830 Bear Tavern Road
Trenton, NJ 08628

IMO Industries, Inc.
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Clifton Wayne Jefferis
Forman Perry Watkins Krutz & Tardy PLLC
1200 One Jackson Place
188 East Capitol Street
Jackson, MS 39201-2131

Jeffrey L. Mapen
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101

Sara S. Turnipseed
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Union Carbide Corporation
30600 Telegraph Road
Bingham Farms, MI 48025

Uniroyal Fiber and Textile & Division of Uniroyal, Inc.
830 Bear Tavern Road
West Trenton, NJ 08608

　　　　　　　　　　　　　　　　　　　　　__s/__G. Patterson Keahey, Jr.___