THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | **CIVIL ACTION NO.** |
| **A.O. SMITH ELECTRICAL** ) | |
| **PRODUCTS COMPANY, a division** ) | 2:06-CV-1034-WKW |
| **of A.O. SMITH CORPORATION, et** ) | |
| **al,,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL OF DEFENDANT
## A.O. SMITH ELECTRIAL PRODUCTS COMPANY COMPANY
## WITHOUT PREJUDICE

Plaintiffs, by and through their undersigned counsel, notices this Court of their dismissal of Defendant A.O. Smith Electrical Products Company without prejudice in this action.

This 29th Day of December, 2006.

                                          Respectfully submitted,

                                        __s/__ G. Patterson Keahey, Jr.____
                                        G. PATTERSON KEAHEY, JR.
                                        ASB-6357-A64G
                                        G. PATTERSON KEAHEY, P.C.
                                        One Independence Plaza, Suite 612
                                        Birmingham, Alabama  35209
                                        205-871-0707 (telephone)
                                        205-871-0801 (fax)
                                        info@mesohelp.com (e-mail)

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing is being filed electronically with the Clerk of the Court using the CM/ECF system on this 29th day of December, 2006, and will be served by electronic mail or by US Mail postage prepaid to the following:

    Cyrus C Barger, III     tresbarger@judelawfirm.com, amyers@judelawfirm.com

    Nathan A. Bosio     nbosio@doganwilkinson.com, smason@doganwilkinson.com

    C. Paul Cavender     pcavende@burr.com, jmcmicha@burr.com

    Timothy A. Clarke     tclarke@vickersriis.com, cmiller@vickersriis.com, llods@vickersriis.com, ajackson@vickersriis.com

    Stephen Christopher Collier     ccollier@hplegal.com, vberrong@hplegal.com

    Richard M. Crump     crumprm@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

    David Patrick Donahue     ddonahue@mcglaw.com, emburt@maynardcooper.com

    Helen Kathryn Downs     hkdowns@jbpp.com, aap@jbpp.com

    Melody Hurdle Eagan     meagan@lfwlaw.com

    Jenelle Rae Evans     jevans@balch.com,

    Laura DeVaughn Goodson     goodsonld@fpwk.com, aleservice@fpwk.com

    James Addison Harris, III     jamey@harris-harris.com, jameyharris2003@hotmail.com

    Glen Steven Henry     shenry@bakerdonelson.com

    William Donald Jones, III     wjones@jbpp.com

    Lucy Westover Jordan     ljordan@clarkdolan.com, lucyjoy1975@yahoo.com

    Timothy Wade Knight     tk@keeselby.com, analley@keeselby.com

Frank E. Lankford, Jr    fel@hfsllp.com, tdc@hfsllp.com

David Whittington McDowell    dmcdowell@bakerdonelson.com

Edward B. Mcdonough, Jr    ebm@emcdonoughlaw.com, mjm@emcdonoughlaw.com

William T. Mills, II    phm@phm-law.com

Randi Peresich Mueller    rmueller@pmp.org, Trish.Harbour@pmp.org

Vincent A. Noletto, Jr    van@carrallison.com, ars@carrallison.com, lls@carrallison.com

Brandy Reshaun Owens    bowens@lfwlaw.com, amyhe@lfwlaw.com

Donald C. Partridge    partridgedc@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

James Laurens Pattillo    jpattillo@nwkt.com

Keith James Pflaum    cec@phm-law.com

Caroline T. Pryor    ctp@carrallison.com, kcv@carrallison.com

William Larkin Radney , IV    lradney@lfwlaw.com

F. Grey Redditt , Jr    gredditt@vickersriis.com, lsanford@vickersriis.com; llods@vickersriis.com

Tom Steven Roper    tsr@carrallison.com,

Chadwick L Shook    cshook@aultmantyner.com

Gregory M. Taube    greg.taube@nelsonmullins.com, jeff.mapen@nelsonmullins.com

Michael Anthony Vercher    mavercher@csattorneys.com

William L. Waudby    bwaudby@bakerdonelson.com, callen@bakerdonelson.com

H. Thomas Wells, Jr    twells@mcglaw.com

Mary Brunson Whatley    mbw@jbpp.com, mbwhatley@hotmail.com

Allan R. Wheeler    awheeler@burr.com

3

Natasha Lynke Wilson    nwilson@lfwlaw.com

Dan R. Alexander
Carr Allison
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Bayer Cropscience, Inc.
C. T. Corporation System
1201 Peachtree Street
Atlanta, GA 30361

Clark-Reliance Corporation
16633 Foltz Industrial Parkway
Strongsville, OH 44136

Crane Pumps Systems
420 Third Street
Piqua, OH 45356

Gary W. Fillingim
Burns Cunningham Mackey & Fillingim, PC
PO Box 1583
Mobile, AL 36633-1583

Foseco, Inc.
1209 N. Orange Street
Wilmington, DE 19801

Foster-Wheeler Corporation
830 Bear Tavern Road
Trenton, NJ 08628

IMO Industries, Inc.
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Clifton Wayne Jefferis
Forman Perry Watkins Krutz & Tardy PLLC
1200 One Jackson Place
188 East Capitol Street
Jackson, MS 39201-2131

Jeffrey L. Mapen
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101

Sara S. Turnipseed
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Union Carbide Corporation
30600 Telegraph Road
Bingham Farms, MI 48025

Uniroyal Fiber and Textile & Division of Uniroyal, Inc.
830 Bear Tavern Road
West Trenton, NJ 08608

    __s/__G. Patterson Keahey, Jr.____