THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT D. BELUE, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **CIVIL ACTION NO.** |
| **A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION, et al,,** | ) | 2:06-cv-1034-WKW |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' RESPONSE TO MOTION TO DISMISS**

Plaintiffs in response to the Motion to Dismiss dated December 8, 2006, filed Notice of Dismissal, dismissing defendants A.O. Smith Corporation, and A.O. Smith Electrical Products Company, from this action. Therefore, this action fulfills the pleading requirements set forth by Rule 8 of the Federal Rule of Civil Procedure and should not be dismissed for failure to state a claim.

Requested this the 2nd day of January, 2007.

Respectfully submitted,

s/G. Patterson Keahey, Jr.
G. PATTERSON KEAHEY, JR.

ASB-6357-A64G
G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Suite 612
Birmingham, AL 35209
(205) 871-0707 (telephone)
(205) 871-0801 (fax)
info@mesohelp.com (e-mail)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record by e-mail, and by U.S. Mail, postage prepaid as follows:

Cyrus C Barger, III tresbarger@judelawfirm.com, amyers@judelawfirm.com

Nathan A. Bosio nbosio@doganwilkinson.com, smason@doganwilkinson.com

C. Paul Cavender pcavende@burr.com, jmcmicha@burr.com

Timothy A. Clarke tclarke@vickersriis.com, cmiller@vickersriis.com, llods@vickersriis.com, ajackson@vickersriis.com

Stephen Christopher Collier ccollier@hplegal.com, vberrong@hplegal.com

Richard M. Crump crumprm@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

David Patrick Donahue ddonahue@mcglaw.com, emburt@maynardcooper.com

Helen Kathryn Downs hkdowns@jbpp.com, aap@jbpp.com

Melody Hurdle Eagan meagan@lfwlaw.com

Jenelle Rae Evans jevans@balch.com,

Laura DeVaughn Goodson goodsonld@fpwk.com, aleservice@fpwk.com

James Addison Harris, III     jamey@harris-harris.com, jameyharris2003@hotmail.com

Glen Steven Henry     shenry@bakerdonelson.com

William Donald Jones, III     wjones@jbpp.com

Lucy Westover Jordan     ljordan@clarkdolan.com, lucyjoy1975@yahoo.com

Timothy Wade Knight     tk@keeselby.com, analley@keeselby.com

Frank E. Lankford, Jr     fel@hfsllp.com, tdc@hfsllp.com

David Whittington McDowell     dmcdowell@bakerdonelson.com

Edward B. Mcdonough, Jr     ebm@emcdonoughlaw.com, mjm@emcdonoughlaw.com

William T. Mills, II     phm@phm-law.com

Randi Peresich Mueller     rmueller@pmp.org, Trish.Harbour@pmp.org

Vincent A. Noletto, Jr     van@carrallison.com, ars@carrallison.com, lls@carrallison.com

Brandy Reshaun Owens     bowens@lfwlaw.com, amyhe@lfwlaw.com

Donald C. Partridge     partridgedc@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

James Laurens Pattillo     jpattillo@nwkt.com

Keith James Pflaum     cec@phm-law.com

Caroline T. Pryor     ctp@carrallison.com, kcv@carrallison.com

William Larkin Radney , IV     lradney@lfwlaw.com

F. Grey Redditt , Jr     gredditt@vickersriis.com, lsanford@vickersriis.com; llods@vickersriis.com

Tom Steven Roper     tsr@carrallison.com,

Chadwick L Shook     cshook@aultmantyner.com

Gregory M. Taube     greg.taube@nelsonmullins.com,
jeff.mapen@nelsonmullins.com

Michael Anthony Vercher     mavercher@csattorneys.com

William L. Waudby     bwaudby@bakerdonelson.com,
callen@bakerdonelson.com

H. Thomas Wells, Jr     twells@mcglaw.com

Mary Brunson Whatley     mbw@jbpp.com, mbwhatley@hotmail.com

Allan R. Wheeler     awheeler@burr.com

Natasha Lynke Wilson     nwilson@lfwlaw.com

Dan R. Alexander
Carr Allison
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Bayer Cropscience, Inc.
C. T. Corporation System
1201 Peachtree Street
Atlanta, GA 30361

Clark-Reliance Corporation
16633 Foltz Industrial Parkway
Strongsville, OH 44136

Crane Pumps Systems
420 Third Street
Piqua, OH 45356

Gary W. Fillingim
Burns Cunningham Mackey & Fillingim, PC
PO Box 1583
Mobile, AL 36633-1583

Foseco, Inc.
1209 N. Orange Street
Wilmington, DE 19801

Foster-Wheeler Corporation

830 Bear Tavern Road
Trenton, NJ 08628

IMO Industries, Inc.
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Clifton Wayne Jefferis
Forman Perry Watkins Krutz & Tardy PLLC
1200 One Jackson Place
188 East Capitol Street
Jackson, MS 39201-2131

Jeffrey L. Mapen
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101

Sara S. Turnipseed
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309


Union Carbide Corporation
30600 Telegraph Road
Bingham Farms, MI 48025

Uniroyal Fiber and Textile & Division of Uniroyal, Inc.
830 Bear Tavern Road
West Trenton, NJ 08608

                                                s/G. Patterson Keahey, Jr.
                                                G. PATTERSON KEAHEY, JR.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**

Plaintiffs,

vs.

**A.O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION, et al,,**

Defendants.

**CIVIL ACTION NO.**

2:06-CV-1034-WKW

**NOTICE OF DISMISSAL OF DEFENDANT A.O. SMITH CORPORATION WITHOUT PREJUDICE**

Plaintiffs, by and through their undersigned counsel, notices this Court of their dismissal of Defendant A.O. Smith Corporation without prejudice in this action.

This 29th Day of December, 2006.

Respectfully submitted,

__s/__G. Patterson Keahey, Jr.___

G. PATTERSON KEAHEY, JR.
ASB-6357-A64G
G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
205-871-0707 (telephone)
205-871-0801 (fax)
info@mesohelp.com (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is being filed electronically with the Clerk of the Court using the CM/ECF system on this 29th day of December, 2006, and will be served by electronic mail or by US Mail postage prepaid to the following:

Cyrus C Barger, III tresbarger@judelawfirm.com, amyers@judelawfirm.com

Nathan A. Bosio nbosio@doganwilkinson.com, smason@doganwilkinson.com

C. Paul Cavender pcavende@burr.com, jmcmicha@burr.com

Timothy A. Clarke tclarke@vickersriis.com, cmiller@vickersriis.com, llods@vickersriis.com, ajackson@vickersriis.com

Stephen Christopher Collier ccollier@hplegal.com, vberrong@hplegal.com

Richard M. Crump crumprm@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

David Patrick Donahue ddonahue@mcglaw.com, emburt@maynardcooper.com

Helen Kathryn Downs hkdowns@jbpp.com, aap@jbpp.com

Melody Hurdle Eagan meagan@lfwlaw.com

Jenelle Rae Evans jevans@balch.com,

Laura DeVaughn Goodson goodsonld@fpwk.com, aleservice@fpwk.com

James Addison Harris, III jamey@harris-harris.com, jameyharris2003@hotmail.com

Glen Steven Henry shenry@bakerdonelson.com

William Donald Jones, III wjones@jbpp.com

Lucy Westover Jordan ljordan@clarkdolan.com, lucyjoy1975@yahoo.com

Timothy Wade Knight tk@keeselby.com, analley@keeselby.com

Frank E. Lankford, Jr fel@hfsllp.com, tdc@hfsllp.com

David Whittington McDowell dmcdowell@bakerdonelson.com

Edward B. Mcdonough, Jr ebm@emcdonoughlaw.com, mjm@emcdonoughlaw.com

William T. Mills, II phm@phm-law.com

Randi Peresich Mueller rmueller@pmp.org, Trish.Harbour@pmp.org

Vincent A. Noletto, Jr van@carrallison.com, ars@carrallison.com, lls@carrallison.com

Brandy Reshaun Owens bowens@lfwlaw.com, amyhe@lfwlaw.com

Donald C. Partridge partridgedc@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

James Laurens Pattillo jpattillo@nwkt.com

Keith James Pflaum cec@phm-law.com

Caroline T. Pryor ctp@carrallison.com, kcv@carrallison.com

William Larkin Radney , IV lradney@lfwlaw.com

F. Grey Redditt , Jr greddítt@vickersriis.com, lsanford@vickersriis.com; llods@vickersriis.com

Tom Steven Roper tsr@carrallison.com,

Chadwick L Shook cshook@aultmantyner.com

Gregory M. Taube greg.taube@nelsonmullins.com, jeff.mapen@nelsonmullins.com

Michael Anthony Vercher mavercher@csattorneys.com

William L. Waudby bwaudby@bakerdonelson.com, callen@bakerdonelson.com

H. Thomas Wells, Jr twells@mcglaw.com

Mary Brunson Whatley mbw@jbpp.com, mbwhatley@hotmail.com

Allan R. Wheeler awheeler@burr.com

Case 2:06-cv-01034-WKW-WC Document 124 Filed 12/12/2007 Page 4 of 5

Natasha Lynke Wilson nwilson@lfwlaw.com

Dan R. Alexander
Carr Allison
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Bayer Cropscience, Inc.
C. T. Corporation System
1201 Peachtree Street
Atlanta, GA 30361

Clark-Reliance Corporation
16633 Foltz Industrial Parkway
Strongsville, OH 44136

Crane Pumps Systems
420 Third Street
Piqua, OH 45356

Gary W. Fillingim
Burns Cunningham Mackey & Fillingim, PC
PO Box 1583
Mobile, AL 36633-1583

Foseco, Inc.
1209 N. Orange Street
Wilmington, DE 19801

Foster-Wheeler Corporation
830 Bear Tavern Road
Trenton, NJ 08628

IMO Industries, Inc.
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Clifton Wayne Jefferis
Forman Perry Watkins Krutz & Tardy PLLC
1200 One Jackson Place
188 East Capitol Street
Jackson, MS 39201-2131

Jeffrey L. Mapen
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101

Sara S. Turnipseed
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Union Carbide Corporation
30600 Telegraph Road
Bingham Farms, MI 48025

Uniroyal Fiber and Textile & Division of Uniroyal, Inc.
830 Bear Tavern Road
West Trenton, NJ 08608

s/ G. Patterson Keahey, Jr.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,** )
)
Plaintiffs, )
vs. )
) **CIVIL ACTION NO.**
**A.O. SMITH ELECTRICAL** )
**PRODUCTS COMPANY, a division** ) 2:06-CV-1034-WKW
**of A.O. SMITH CORPORATION, et** )
**al,,** )
)
Defendants. )

**NOTICE OF DISMISSAL OF DEFENDANT**
**A.O. SMITH ELECTRIAL PRODUCTS COMPANY COMPANY**
**WITHOUT PREJUDICE**

Plaintiffs, by and through their undersigned counsel, notices this Court of their dismissal of Defendant A.O. Smith Electrical Products Company without prejudice in this action.

This 29th Day of December, 2006.

Respectfully submitted,

__s/__G. Patterson Keahey, Jr.___
G. PATTERSON KEAHEY, JR.
ASB-6357-A64G
G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
205-871-0707 (telephone)
205-871-0801 (fax)
info@mesohelp.com (e-mail)

Case 2:06-cv-01034-WKW-WC Document 125 Filed 01/09/2007 Page 2 of 15

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing is being filed electronically with the Clerk of the Court using the CM/ECF system on this 29th day of December, 2006, and will be served by electronic mail or by US Mail postage prepaid to the following:

Cyrus C Barger, III tresbarger@judelawfirm.com, amyers@judelawfirm.com

Nathan A. Bosio nbosio@doganwilkinson.com, smason@doganwilkinson.com

C. Paul Cavender pcavende@burr.com, jmcmicha@burr.com

Timothy A. Clarke tclarke@vickersriis.com, cmiller@vickersriis.com, llods@vickersriis.com, ajackson@vickersriis.com

Stephen Christopher Collier ccollier@hplegal.com, vberrong@hplegal.com

Richard M. Crump crumprm@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

David Patrick Donahue ddonahue@mcglaw.com, emburt@maynardcooper.com

Helen Kathryn Downs hkdowns@jbpp.com, aap@jbpp.com

Melody Hurdle Eagan meagan@lfwlaw.com

Jenelle Rae Evans jevans@balch.com,

Laura DeVaughn Goodson goodsonld@fpwk.com, aleservice@fpwk.com

James Addison Harris, III jamey@harris-harris.com, jameyharris2003@hotmail.com

Glen Steven Henry shenry@bakerdonelson.com

William Donald Jones, III wjones@jbpp.com

Lucy Westover Jordan ljordan@clarkdolan.com, lucyjoy1975@yahoo.com

Timothy Wade Knight tk@keeselby.com, analley@keeselby.com

Case 2:06-cv-01034-WKW-WC Document 126-3 Filed 01/09/2007 Page 3 of 5

Frank E. Lankford, Jr fel@hfsllp.com, tdc@hfsllp.com

David Whittington McDowell dmcdowell@bakerdonelson.com

Edward B. Mcdonough, Jr ebm@emcdonoughlaw.com, mjm@emcdonoughlaw.com

William T. Mills, II phm@phm-law.com

Randi Peresich Mueller rmueller@pmp.org, Trish.Harbour@pmp.org

Vincent A. Noletto, Jr van@carrallison.com, ars@carrallison.com, lls@carrallison.com

Brandy Reshaun Owens bowens@lfwlaw.com, amyhe@lfwlaw.com

Donald C. Partridge partridgedc@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

James Laurens Pattillo jpattillo@nwkt.com

Keith James Pflaum cec@phm-law.com

Caroline T. Pryor ctp@carrallison.com, kcv@carrallison.com

William Larkin Radney , IV lradney@lfwlaw.com

F. Grey Redditt , Jr gredditt@vickersriis.com, lsanford@vickersriis.com; llods@vickersriis.com

Tom Steven Roper tsr@carrallison.com,

Chadwick L Shook cshook@aultmantyner.com

Gregory M. Taube greg.taube@nelsonmullins.com, jeff.mapen@nelsonmullins.com

Michael Anthony Vercher mavercher@csattorneys.com

William L. Waudby bwaudby@bakerdonelson.com, callen@bakerdonelson.com

H. Thomas Wells, Jr twells@mcglaw.com

Mary Brunson Whatley mbw@jbpp.com, mbwhatley@hotmail.com

Allan R. Wheeler awheeler@burr.com

Natasha Lynke Wilson nwilson@lfwlaw.com

Dan R. Alexander
Carr Allison
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Bayer Cropscience, Inc.
C. T. Corporation System
1201 Peachtree Street
Atlanta, GA 30361

Clark-Reliance Corporation
16633 Foltz Industrial Parkway
Strongsville, OH 44136

Crane Pumps Systems
420 Third Street
Piqua, OH 45356

Gary W. Fillingim
Burns Cunningham Mackey & Fillingim, PC
PO Box 1583
Mobile, AL 36633-1583

Foseco, Inc.
1209 N. Orange Street
Wilmington, DE 19801

Foster-Wheeler Corporation
830 Bear Tavern Road
Trenton, NJ 08628

IMO Industries, Inc.
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Clifton Wayne Jefferis
Forman Perry Watkins Krutz & Tardy PLLC
1200 One Jackson Place
188 East Capitol Street
Jackson, MS 39201-2131

Jeffrey L. Mapen
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101

Sara S. Turnipseed
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Union Carbide Corporation
30600 Telegraph Road
Bingham Farms, MI 48025

Uniroyal Fiber and Textile & Division of Uniroyal, Inc.
830 Bear Tavern Road
West Trenton, NJ 08608

s/ G. Patterson Keahey, Jr.