**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 3, 2007

# NOTICE OF VOLUNTARY DISMISSAL

Re:  Robert D. Belue, et al. v. A.O. Smith Electrical Products Company, et al.
Civil Action No. 2:06-cv-1034-WKW

Pursuant to the Notices of Dismissal (documents #124 and #125) filed by the plaintiffs on 12/29/2006, parties A.O. Smith Corporation and A.O. Smith Electrical Products Company have been dismissed from this case.