THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT D. BELUE, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **CIVIL ACTION NO.** |
| **A. O. SMITH ELECTRICAL** | ) | |
| **PRODUCTS COMPANY, a division** | ) | 2:06-cv-1034-WKW |
| **of A.O. SMITH CORPORATION, et** | ) | |
| **al,,** | ) | |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER
JURISDICTION**

Plaintiffs Robert D. Belue, et al., by and through counsel, respectfully submits this response in opposition to Asten Johnson, Inc., Industrial Holdings Corporation f/k/a The Carborundum Company, and Ingersoll-Rand Company's [hereinafter Certain Defendants] Motion to Dismiss for Lack of Subject Matter Jurisdiction. Defendants' argument that the Court lacks diversity jurisdiction is wholly without merit and should be dismissed. Diversity jurisdiction exists today pursuant to 28 U.S.C.A. § 1332.

ARGUMENT

On November 17, 2006, Plaintiffs filed the original complaint in this matter, seeking compensatory and punitive damages arising from Plaintiffs' exposure to asbestos-containing products manufactured, sold, supplied, distributed, installed or otherwise associated with Defendants. The complaint was filed in the United States District Court for the Middle District of Alabama, which has jurisdiction based on diversity of citizenship under 28 U.S.C.A. §1332. Plaintiffs filed a Motion for Leave of Court to File Amended Complaint on December 15, 2006, attaching the Amended Complaint as Exhibit A to the motion. The Amended Complaint adequately proffers the following jurisdictional allegations: (i) Plaintiffs are residents of Alabama, Georgia, Massachusetts, Pennsylvania, Texas, and Utah; and (ii) Defendants are corporations whose principal places of business are in states other than those listed. "In order for a federal court to assert diversity jurisdiction, diversity must be complete; the citizenship of all the plaintiffs must be different from all of the defendants." *Stafford v. Mobil Oil Corp.*, 945 F.2d 803, 804 (5th Cir. 1991). Defendant Standard Equipment Co. improperly named and served, was voluntarily dismissed from this action on December 13, 2006, that Corporation's citizenship has no effect on diversity jurisdiction. Therefore this Court has diversity

jurisdiction over this action. Once this Court has diversity jurisdiction over these claims, there is no need to inquire if a federal question appears in the Plaintiff's complaint, and there is no suggestion that any theory other than §1332 might support federal jurisdiction over this action.

In their Federal Rules of Civil Procedure Rule 12(b)(1) Motion, Certain Defendants challenged §1332 jurisdiction, claiming that there was not complete diversity of the parties. Since complete diversity only requires that no Plaintiff and Defendant are citizens of the same state, multiple Plaintiffs with citizenship in the same state do not destroy diversity jurisdiction.

## CONCLUSION

For all the foregoing reasons, Plaintiffs' respectfully request that the Court deny Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, as this Court properly has diversity jurisdiction over this matter pursuant to 28 U.S.C.A. §1332.

This 4th Day of January, 2007.

Respectfully submitted,

__s/__G. Patterson Keahey, Jr.____
G. PATTERSON KEAHEY, JR.
ASB-6357-A64G
G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama  35209

                                  205-871-0707 (telephone)
                                  205-871-0801 (fax)
                                  info@mesohelp.com (e-mail)

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record by e-mail, and by U.S. Mail, postage prepaid as follows:

- Cyrus C Barger, III    tresbarger@judelawfirm.com, amyers@judelawfirm.com

- Nathan A. Bosio    nbosio@doganwilkinson.com, smason@doganwilkinson.com

- C. Paul Cavender    pcavende@burr.com, jmcmicha@burr.com

- Timothy A. Clarke    tclarke@vickersriis.com, cmiller@vickersriis.com, llods@vickersriis.com, ajackson@vickersriis.com

- Stephen Christopher Collier    ccollier@hplegal.com, vberrong@hplegal.com

- Richard M. Crump    crumprm@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

- David Patrick Donahue    ddonahue@mcglaw.com, emburt@maynardcooper.com

- Helen Kathryn Downs    hkdowns@jbpp.com, aap@jbpp.com

- Melody Hurdle Eagan    meagan@lfwlaw.com

- Jenelle Rae Evans    jevans@balch.com,

- Laura DeVaughn Goodson    goodsonld@fpwk.com, aleservice@fpwk.com

- James Addison Harris, III    jamey@harris-harris.com, jameyharris2003@hotmail.com

- Glen Steven Henry    shenry@bakerdonelson.com

William Donald Jones, III    wjones@jbpp.com

Lucy Westover Jordan    ljordan@clarkdolan.com, lucyjoy1975@yahoo.com

Timothy Wade Knight    tk@keeselby.com, analley@keeselby.com

Frank E. Lankford, Jr    fel@hfsllp.com, tdc@hfsllp.com

David Whittington McDowell    dmcdowell@bakerdonelson.com

Edward B. Mcdonough, Jr    ebm@emcdonoughlaw.com, mjm@emcdonoughlaw.com

William T. Mills, II    phm@phm-law.com

Randi Peresich Mueller    rmueller@pmp.org, Trish.Harbour@pmp.org

Vincent A. Noletto, Jr    van@carrallison.com, ars@carrallison.com, lls@carrallison.com

Brandy Reshaun Owens    bowens@lfwlaw.com, amyhe@lfwlaw.com

Donald C. Partridge    partridgedc@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

James Laurens Pattillo    jpattillo@nwkt.com

Keith James Pflaum    cec@phm-law.com

Caroline T. Pryor    ctp@carrallison.com, kcv@carrallison.com

William Larkin Radney , IV    lradney@lfwlaw.com

F. Grey Redditt , Jr    gredditt@vickersriis.com, lsanford@vickersriis.com; llods@vickersriis.com

Tom Steven Roper    tsr@carrallison.com,

Chadwick L Shook    cshook@aultmantyner.com

Gregory M. Taube    greg.taube@nelsonmullins.com, jeff.mapen@nelsonmullins.com

Michael Anthony Vercher    mavercher@csattorneys.com

William L. Waudby     bwaudby@bakerdonelson.com, callen@bakerdonelson.com

H. Thomas Wells, Jr     twells@mcglaw.com

Mary Brunson Whatley     mbw@jbpp.com, mbwhatley@hotmail.com

Allan R. Wheeler     awheeler@burr.com

Natasha Lynke Wilson     nwilson@lfwlaw.com

Dan R. Alexander
Carr Allison
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Bayer Cropscience, Inc.
C. T. Corporation System
1201 Peachtree Street
Atlanta, GA 30361

Clark-Reliance Corporation
16633 Foltz Industrial Parkway
Strongsville, OH 44136

Crane Pumps Systems
420 Third Street
Piqua, OH 45356

Gary W. Fillingim
Burns Cunningham Mackey & Fillingim, PC
PO Box 1583
Mobile, AL 36633-1583

Foseco, Inc.
1209 N. Orange Street
Wilmington, DE 19801

Foster-Wheeler Corporation
830 Bear Tavern Road
Trenton, NJ 08628

IMO Industries, Inc.
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Clifton Wayne Jefferis
Forman Perry Watkins Krutz & Tardy PLLC
1200 One Jackson Place
188 East Capitol Street
Jackson, MS 39201-2131

Jeffrey L. Mapen
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101

Sara S. Turnipseed
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Union Carbide Corporation
30600 Telegraph Road
Bingham Farms, MI 48025

Uniroyal Fiber and Textile & Division of Uniroyal, Inc.
830 Bear Tavern Road
West Trenton, NJ 08608

<u>s/G. Patterson Keahey, Jr.</u>
G. PATTERSON KEAHEY, JR.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | CIVIL ACTION NO. |
| **A.O. SMITH ELECTRICAL** ) | |
| **PRODUCTS COMPANY, a division** ) | 2:06-CV-1034-WKW |
| **of A.O. SMITH CORPORATION, et** ) | |
| **al,,** ) | |
| ) | |
| Defendants. ) | |

# NOTICE OF DISMISSAL OF DEFENDANT STANDARD EQUIPMENT COMPANY, INC. WITHOUT PREJUDICE

Plaintiffs, by and through their undersigned counsel, notices this Court of their dismissal of Defendant Standard Equipment Company, Inc. without prejudice in this action.

This 13th Day of December, 2006.

                                        Respectfully submitted,

                                        __s/__ G. Patterson Keahey, Jr.____
                                        G. PATTERSON KEAHEY, JR.
                                        ASB-6357-A64G
                                        G. PATTERSON KEAHEY, P.C.
                                        One Independence Plaza, Suite 612
                                        Birmingham, Alabama  35209
                                        205-871-0707 (telephone)
                                        205-871-0801 (fax)
                                        info@mesohelp.com (e-mail)

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing is being filed electronically with the Clerk of the Court using the CM/ECF system on this 13th day of December, 2006, and will be served by electronic mail or by US Mail postage prepaid to the following:

Stephen Christopher Collier   ccollier@hplegal.com, vberrong@hplegal.com

Laura DeVaughn Goodson   goodsonld@fpwk.com, aleservice@fpwk.com

G. Patterson Keahey, Jr   info@mesohelp.com

Frank E. Lankford, Jr   fel@hfsllp.com, tdc@hfsllp.com

James Laurens Pattillo   jpattillo@nwkt.com

American Standard, Inc.
1201 Peachtree Street NE
Atlanta, GA 30361

Asten Johnson, Inc.
4399 Corporate Road
Charleston, SC 29405

Bayer Cropscience, Inc.
C. T. Corporation System
1201 Peachtree Street
Atlanta, GA 30361

Bell & Gossett
8200 N. Austin Avenue
Morton Grove, IL 60053

Bondex International Inc.
50 W. Broad Street
Columbus, OH 43215

Borg Warner Corporation
3850 Hamlin Road
Auburn Hills, MI 48326

Buffalo Pump Inc.
874 Oliver Street
North Tonawanda, NY 14120

Clark-Reliance Corporation
16633 Foltz Industrial Parkway
Strongsville, OH 44136

Cleaver Brooks
11950 West Lake Park Drive
Milwaukee, WI 53224

Conwed Corporation
315 Park Avenue South 20th Floor
New York, NY 10010

Crane Co.
CT Corporation
1201 Peachtree Street NE
Atlanta, GA 30361

Crane Pumps Systems
420 Third Street
Piqua, OH 45356

Cutler H! ammer
c/o The Corporation Company
2000 Intersate Park Drive Suite 204
Montgomery, AL 36109

Eaton Corporation
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

Emerson Electric Co.
180 Cherokee Street NE
Marietta, GA 30060

Exteco, Inc.
109 North Fifth Street
Saddle Brook, NJ 07663

FMC Corporation
1201 Peachtree Street, NE
Atlanta, GA 30301

3

Flame Refractories, Inc.
200 Interstate Park Drive, Suite 204
Montgomery, AL 36109

Foseco, Inc.
1209 N. Orange Street
Wilmington, DE 19801

Foster-Wheeler Corporation
830 Bear Tavern Road
Trenton, NJ 08628

Garlock Sealing Technologies L.L.C.
225 Hillsborough Street
Raleigh, NC 27603

Goodyear Tire and Rubber Co,
CSC Lawyers Incorporating Service Inc.
150 South Perry Street
Montgomery, AL 36104

Hobart Brothers Company
500 W. Main Street
Troy, OH 45373!

ITT Industries, Inc.
111 Eighth Avenue
New York! , NY 100 11

Imo Industries, Inc.
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Industrial Holdings Corporation
Prentice-Hall Corporation Systems, Inc.
89 State Street
Albany, NY 12207

Ingersoll-Rand Company
180 Cherokee Street NE
Marietta, GA 30060

John Crane, Inc.
1201 Orange Street
Wilmington, DE 19801

4

Kaiser Gypsum Company, Inc.
818 West 7th Street
Los Angeles, CA 90017

Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101

Nikko Materials USA, Inc.
34929 Curtis Boulevard
Eastlake, OH 44909

Oglebay Norton Company
1001 Lakeside Avenue, 15th Floor
Cleveland, OH 44114

P&H Cranes
4400 W. National Avenue
Milwaukee, WI 53201

Rockwell Automation
1201 S. 2nd Street
Milwaukee, WI 53204

Sunbeam Products Incorporated
631 Lakeland East Dr.
Flowood, MS 39232-! 8815

Surface Combustion
1700 Indian Wood Circle
Maumee, OH 43537

The Lincoln Electric Company
22801 St. Clair Avenue
Cleveland, OH 44117

The Marley-Wylain Company
500 Blaine Street
Michigan City, IN 46360-2388

Union Carbide Corporation
30600 Telegraph Road
Bingham Farms, MI 4805

5

6

Uniroyal Fiber and Textile & Division of Uniroyal, Inc.
830 Bear Tavern Road
West Trenton, NJ 08608

Viacom Inc.
Westinghouse Building, Gateway Center
11 Stanwix Street
Pittsburgh, PA 15222

                                             __s/__G. Patterson Keahey, Jr.____