THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | **CIVIL ACTION NO.** |
| **A. O. SMITH ELECTRICAL** ) | |
| **PRODUCTS COMPANY, a division** ) | 2:06-cv-1034-WKW |
| **of A.O. SMITH CORPORATION, et** ) | |
| **al,,** ) | |
| ) | **JURY DEMAND** |
| Defendants. ) | |
| ) | |

PLAINTIFFS' RESPONSE TO MOTION TO DISMISS OR THE
ALTERNATIVE MOTION TO TRANSFER TO THE MDL

Plaintiffs Robert D. Belue, et al., by and through counsel, respectfully submits this response to Defendant John Crane Inc.'s Motion to Dismiss or in the alternative Motion to Transfer to the MDL.

I.  PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO DISMISS

Pursuant to Rule 8 of the Federal Rules of Civil Procedure the complaint filed against Defendant John Crane Inc. properly contained a "short and plain statement of the claim showing that the pleader is entitled to

relief." F.R.C.P. 8. Thus the complaint adequately states a claim upon which relief can be granted.

Specifically, the complaint alleges that Defendant John Crane Inc.'s products, including but not limited to asbestos-containing packing and gaskets, were produced and/or manufactured by Defendant and placed into the stream of commerce. The court should not grant a motion to dismiss merely because the complaint does not state with precision every element of the offense necessary for recovery. *Federal Trade Commission v. Citigroup Inc.,* 239 F.Supp.2d 1302 (N.D. Ga. 2001).

Furthermore, the complaint specifies that the products and/or materials attributed to Defendant have been identified at Plaintiffs' workplace during their employment years there. This adds to the sufficiency of the complaint by alleging facts "from which an inference can be drawn that evidence on these material points will be introduced at trial." 5 Wright & Miller, § 1216 at 154, 156-59.

The Supreme Court has determined that a complaint should not be dismissed for failure to state a claim "unless it appears beyond a doubt that the plaintiff can prove no set of facts" that would entitle relief. *Conley v. Gibson,* 355 U.S. 41, 45-46, (1957). Considering that the complaint's allegations must be accepted as true and construed in a light favorable to the Plaintiff when considering a motion to dismiss, Defendant has not met the burden of proof showing that no facts support the claim in the complaint, and thus the motion to dismiss for failure to state a claim must be denied. *See Powell v. United States,* 945 F.2d 374, 375 (11th Cir. 1991).

II.  PLAINTIFFS' RESPONSE TO MOTION TO TRANSFER TO THE MDL

Plaintiffs' have no objection to Defendant John Crane's Motion to Transfer Venue to the United States District Court, Eastern District of Pennsylvania for coordinated or consolidated pre-trial proceedings pursuant to 28 U.S.C. § 1407 as a "tag along action" pursuant to the order entered on July 29, 1999 by the Judicial Panel on Multi-District Litigation. Venue is proper as this action could have been initially brought in that court.

Requested this the 4th day of January, 2007.

                                              Respectfully submitted,

                                              <u>s/G. Patterson Keahey, Jr.</u>
                                              G. PATTERSON KEAHEY, JR.
                                              ASB-6357-A64G
                                              G. PATTERSON KEAHEY, P.C.
                                              One Independence Plaza, Suite 612
                                              Birmingham, AL  35209
                                              (205) 871-0707 (telephone)
                                              (205) 871-0801 (fax)
                                              info@mesohelp.com (e-mail)

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record by e-mail, and by U.S. Mail, postage prepaid as follows:

    Cyrus C Barger, III    tresbarger@judelawfirm.com, amyers@judelawfirm.com

    Nathan A. Bosio    nbosio@doganwilkinson.com, smason@doganwilkinson.com

    C. Paul Cavender    pcavende@burr.com, jmcmicha@burr.com

Timothy A. Clarke	tclarke@vickersriis.com, cmiller@vickersriis.com, llods@vickersriis.com, ajackson@vickersriis.com

Stephen Christopher Collier	ccollier@hplegal.com, vberrong@hplegal.com

Richard M. Crump	crumprm@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

David Patrick Donahue	ddonahue@mcglaw.com, emburt@maynardcooper.com

Helen Kathryn Downs	hkdowns@jbpp.com, aap@jbpp.com

Melody Hurdle Eagan	meagan@lfwlaw.com

Jenelle Rae Evans	jevans@balch.com,

Laura DeVaughn Goodson	goodsonld@fpwk.com, aleservice@fpwk.com

James Addison Harris, III	jamey@harris-harris.com, jameyharris2003@hotmail.com

Glen Steven Henry	shenry@bakerdonelson.com

William Donald Jones, III	wjones@jbpp.com

Lucy Westover Jordan	ljordan@clarkdolan.com, lucyjoy1975@yahoo.com

Timothy Wade Knight	tk@keeselby.com, analley@keeselby.com

Frank E. Lankford, Jr	fel@hfsllp.com, tdc@hfsllp.com

David Whittington McDowell	dmcdowell@bakerdonelson.com

Edward B. Mcdonough, Jr	ebm@emcdonoughlaw.com, mjm@emcdonoughlaw.com

William T. Mills, II	phm@phm-law.com

Randi Peresich Mueller	rmueller@pmp.org, Trish.Harbour@pmp.org

Vincent A. Noletto, Jr	van@carrallison.com, ars@carrallison.com, lls@carrallison.com

Brandy Reshaun Owens	bowens@lfwlaw.com, amyhe@lfwlaw.com

Donald C. Partridge   partridgedc@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

James Laurens Pattillo   jpattillo@nwkt.com

Keith James Pflaum   cec@phm-law.com

Caroline T. Pryor   ctp@carrallison.com, kcv@carrallison.com

William Larkin Radney , IV   lradney@lfwlaw.com

F. Grey Redditt , Jr   gredditt@vickersriis.com, lsanford@vickersriis.com; llods@vickersriis.com

Tom Steven Roper   tsr@carrallison.com,

Chadwick L Shook   cshook@aultmantyner.com

Gregory M. Taube   greg.taube@nelsonmullins.com, jeff.mapen@nelsonmullins.com

Michael Anthony Vercher   mavercher@csattorneys.com

William L. Waudby   bwaudby@bakerdonelson.com, callen@bakerdonelson.com

H. Thomas Wells, Jr   twells@mcglaw.com

Mary Brunson Whatley   mbw@jbpp.com, mbwhatley@hotmail.com

Allan R. Wheeler   awheeler@burr.com

Natasha Lynke Wilson   nwilson@lfwlaw.com

Dan R. Alexander
Carr Allison
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Bayer Cropscience, Inc.
C. T. Corporation System
1201 Peachtree Street
Atlanta, GA 30361

Clark-Reliance Corporation

16633 Foltz Industrial Parkway
Strongsville, OH 44136

Crane Pumps Systems
420 Third Street
Piqua, OH 45356

Gary W. Fillingim
Burns Cunningham Mackey & Fillingim, PC
PO Box 1583
Mobile, AL 36633-1583

Foseco, Inc.
1209 N. Orange Street
Wilmington, DE 19801

Foster-Wheeler Corporation
830 Bear Tavern Road
Trenton, NJ 08628

IMO Industries, Inc.
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Clifton Wayne Jefferis
Forman Perry Watkins Krutz & Tardy PLLC
1200 One Jackson Place
188 East Capitol Street
Jackson, MS 39201-2131

Jeffrey L. Mapen
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101

Sara S. Turnipseed
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Union Carbide Corporation
30600 Telegraph Road
Bingham Farms, MI 48025

Uniroyal Fiber and Textile & Division of Uniroyal, Inc.
830 Bear Tavern Road
West Trenton, NJ 08608

s/G. Patterson Keahey, Jr.
G. PATTERSON KEAHEY, JR.