**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 9, 2007

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Robert D. Belue, et al. v. A.O. Smith Electrical Products Company, et al.
Civil Action No. 2:06-cv-1034-WKW

Pursuant to #63 Notice of Dismissal filed by the plaintiff on 12/13/2006, defendant Standard Equipment Company, Inc. is dismissed without prejudice as a party to this action.