IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT D. BELUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-1034-WKW |
| | ) |
| JACK BOYER, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The court is aware that a conditional transfer order has been entered in this case by the Judicial Panel on Multidistrict Litigation. It is hereby

ORDERED that any motions to stay this case pending a decision from the Judicial Panel on Multidistrict Litigation shall be filed on or before January 16, 2007. Any party objecting to such motion shall file their objection on or before January 23, 2007.

DONE this 9th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE