IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT D. BELUE, et al.,

       Plaintiffs,

v.

ASBESTOS DEFENDANTS:
A.O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.

       Defendants.
_____/

Civil Action No. 06-CV 1034-WKW

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FOSECO, INC.

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    None.

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.)   the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

This 8th day of September, 2006.

                    HAWKINS & PARNELL, LLP

                    /s/ Stephen Christopher Collier
                    Stephen Christopher Collier
                    AL Bar No. ASB-2343-C56S

                    Counsel for Foseco, Inc.

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243

10286183-1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT D. BELUE, et al.,

        Plaintiffs,

Civil Action No. 06-CV 1034-WKW

v.

ASBESTOS DEFENDANTS:
A.O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.

        Defendants.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served all counsel of record with the CM/ECF system.

This the 10th day of January, 2007.

        HAWKINS & PARNELL, LLP

        /s/ Stephen Christopher Collier

        Stephen Christopher Collier
        AL Bar No. ASB-2343-C56S

303 Peachtree St. NE, Suite 4000
Atlanta, GA 30308
404-614-7400

10286183-1