IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS<br>LIABILITY LITIGATION<br>(NO. VI)<br><br><br>This Document Relates To: | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§   MDL NO. |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.**

    **Plaintiffs,**

**vs.**                                                      **CIVIL ACTION NO.**
                                                             **CV-06-1034 WKW**

**ASBESTOS DEFENDANTS:**
**A. O. SMITH ELECTRICAL PRODUCTS**
**COMPANY, a division of A.O. SMITH**
**CORPORATION, et al.,**

    **Defendants.**
_____/

## NOTICE OF TAG-ALONG ACTION

      PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel of Multidistrict Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Transfer Order").  The MDL Transfer Order also applies to "tag-along actions", or actions involving common questions of fact filed after the January 17, 1991 entry of the Panel's Order to Show Cause.  Multidistrict Litigation Rule 13(e) provides:

      Any party or counsel in actions previously transferred under section 1407 or under

10286554-1

consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a); or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Respectfully submitted this the 11th of January, 2007.

                 **HAWKINS & PARNELL, LLP**

                 /s/ Stephen Christopher Collier
                 Alabama Bar No. ASB-2343-C56S
                 Counsel for Foseco Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400

10286554-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served the foregoing Notice of Tag-Along Action to Plaintiffs' counsel, G. Patterson Keahey, Jr., Esq., at his respective address, The Judicial Panel of Multidistrict Litigation, and to all other counsel of record by U.S. Mail, with proper postage affixed.

This the 11th day of January, 2007.

Respectfully submitted,

**HAWKINS & PARNELL, LLP**

/s/Stephen Christopher Collier
Alabama Bar No. ASB-2343-C56S
Counsel for Foseco Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400

10286554v.1

10286554-1