## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **ROBERT E. BELUE, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **Civil Action No:** |
| ) | **2:06-cv-01034-WKW-WC** |
| ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** ) | |
| **COMPANY, a Division of A.O.** ) | |
| **SMITH CORPORATION, et al.** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANT OWENS-ILLINOIS, INC. JOINDER IN DEFENDANT BONDEX INTERNATIONAL, INC.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT OR SEVER, AND MEMORANDUM IN SUPPORT THEREOF

Comes the defendant, Owens-Illinois, Inc. ("OI"), by and through counsel and respectfully moves this Court to dismiss this case pursuant to Rules 8, 9(b), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure. In the alternative, OI moves this Court for an Order requiring plaintiffs to file a more definite statement as to the basis for the claims against OI pursuant to Rule 12(e) of the Federal Rules of Civil Procedure and for severance pursuant to Rule 21 of the Federal Rules of Civil Procedure. As grounds for this motion, OI expressly incorporates by reference as if set forth herein the factual and legal arguments contained in the Motion to Dismiss, or in the Alternative, Motion for More Definite Statement or Severance filed by Defendant Bondex International, Inc. on December 19, 2006.

Respectfully submitted this 16th day of January, 2007.

By: __/s/ Anthony C. Harlow_____

Anthony C. Harlow – Bar Number: ASB-5692-W474
Attorneys for Owens-Illinois, Inc.

STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, AL 35259-8512
Email: ach@starneslaw.com
(205) 868-6000

## CERTIFICATE OF SERVICE

    I hereby certify that on January 16, 2007, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Anthony C. Harlow
Anthony C. Harlow – Bar Number: ASB-5692-W474
Attorneys for Owens-Illinois, Inc.
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, AL 35259-8512
Email: ach@starneslaw.com
(205) 868-6000