# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ROBERT E. BELUE, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No: |
| ) | 2:06-cv-01034-WKW-WC |
| ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** ) | |
| **COMPANY, a Division of A.O.** ) | |
| **SMITH CORPORATION, et al.** ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT OWENS-ILLINOIS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Owens-Illinois, Inc., a nongovernmental corporate party, in the above listed civil action discloses the following: The common stock of defendant Owens-Illinois, Inc. is traded on the New York Stock Exchange. Owens-Illinois, Inc. does not have any parent corporations. As of February 15, 2006, FMR Corporation owned 15.0% and Massachusetts Financial Service Company owned 11.4% of the outstanding shares of Owens-Illinois, Inc.'s common stock. No publicly held corporation owned 10% or more of the outstanding shares of Owens-Illinois, Inc.'s common stock.

Respectfully submitted this 16th day of January, 2007.

By: __/s/ Anthony C. Harlow_____

Anthony C. Harlow – Bar Number: ASB-5692-W474
Attorneys for Owens-Illinois, Inc.
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, AL 35259-8512
Email: ach@starneslaw.com
(205) 868-6000

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 16, 2007, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

          /s/  Anthony C. Harlow
Anthony C. Harlow – Bar Number: ASB-5692-W474
Attorneys for Owens-Illinois, Inc.
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, AL 35259-8512
Email: ach@starneslaw.com
(205) 868-6000