THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | **CIVIL ACTION NO.** |
| **A. O. SMITH ELECTRICAL** ) | |
| **PRODUCTS COMPANY, a division** ) | 2:06-cv-1034-WKW |
| **of A.O. SMITH CORPORATION, et** ) | |
| **al,,** ) | |
| ) | **JURY DEMAND** |
| Defendants. ) | |
| ) | |

## MOTION TO STAY

**COMES NOW** the Plaintiffs, by and through counsel, and files this, their Motion to Stay the case pending a decision from the Judicial Panel on Multidistrict Litigation. As grounds for the stay, Plaintiffs state a conditional transfer order has been entered in this above referenced case and request the case be stayed by this honorable court until the Judicial Panel on Multidistrict Litigation has an opportunity to review and rule on the case. For purposes of judicial economy and continuity, all further activity in this case should be conducted though the federally created Multidistrict Litigation Court with extensive experience and expertise in handling asbestos-related cases.

**WHEREFORE PREMISES CONSIDERED,** Plaintiffs respectfully request this Honorable Court to stay this case pending a decision from the Judicial Panel on Multidistrict Litigation.

                              Respectfully submitted,

                              <u>s/G. Patterson Keahey, Jr.</u>
                              G. PATTERSON KEAHEY, JR.
                              ASB-6357-A64G
                              G. PATTERSON KEAHEY, P.C.
                              One Independence Plaza, Suite 612
                              Birmingham, AL  35209
                              (205) 871-0707 (telephone)
                              (205) 871-0801 (fax)
                              <u>info@mesohelp.com</u> (e-mail)

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing is being filed electronically with the Clerk of the Court using the CM/ECF system on this 15th day of December, 2006, and will be served by electronic mail or by US Mail postage prepaid to the following:

        Daniel Ray Alexander    dra@carrallison.com, jcb@carrallison.com

        Schuyler Allen Baker, Jr    abaker@balch.com

        Cyrus C Barger, III    tresbarger@judelawfirm.com,
                                    amyers@judelawfirm.com

        Nathan A. Bosio    nbosio@doganwilkinson.com,
                               smason@doganwilkinson.com

C. Paul Cavender    pcavende@burr.com, jmcmicha@burr.com

Timothy A. Clarke    tclarke@vickersriis.com, cmiller@vickersriis.com, llods@vickersriis.com, ajackson@vickersriis.com

Stephen Christopher Collier    ccollier@hplegal.com, vberrong@hplegal.com

Richard M. Crump    crumprm@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

David Patrick Donahue    ddonahue@mcglaw.com, emburt@maynardcooper.com

Helen Kathryn Downs    hkdowns@jbpp.com, aap@jbpp.com

Melody Hurdle Eagan    meagan@lfwlaw.com

Jenelle Rae Evans    jevans@balch.com,

Gary W. Fillingim    gwf@emcdonoughlaw.com

Laura DeVaughn Goodson    goodsonld@fpwk.com, aleservice@fpwk.com

James Addison Harris, III    jamey@harris-harris.com, jameyharris2003@hotmail.com

Glen Steven Henry    shenry@bakerdonelson.com

William Donald Jones, III    wjones@jbpp.com

Lucy Westover Jordan    ljordan@clarkdolan.com, lucyjoy1975@yahoo.com

G. Patterson Keahey, Jr    info@mesohelp.com

Timothy Wade Knight    tk@keeselby.com, analley@keeselby.com

Frank E. Lankford, Jr    fel@hfsllp.com,
                        tdc@hfsllp.com

David Whittington McDowell    dmcdowell@bakerdonelson.com

Edward B. Mcdonough, Jr    ebm@emcdonoughlaw.com,
                          mjm@emcdonoughlaw.com

William T. Mills, II    phm@phm-law.com

Randi Peresich Mueller    rmueller@pmp.org,
                         Trish.Harbour@pmp.org

Vincent A. Noletto, Jr    van@carrallison.com,
                         ars@carrallison.com,
                         lls@carrallison.com

Brandy Reshaun Owens    bowens@lfwlaw.com,
                       amyhe@lfwlaw.com

Donald C. Partridge    partridgedc@fpwk.com,
                      annaw@fpwk.com,
                      gwatkins@fpwk.com

Keith James Pflaum    cec@phm-law.com

Caroline T. Pryor    ctp@carrallison.com,
                    kcv@carrallison.com

William Larkin Radne, IV    lradney@lfwlaw.com

F. Grey Redditt, Jr    gredditt@vickersriis.com,
                      lsanford@vickersriis.com;
                      llods@vickersriis.com

Tom Steven Roper    tsr@carrallison.com,

Chadwick L Shook    cshook@aultmantyner.com

Gregory M. Taube    greg.taube@nelsonmullins.com,
                   jeff.mapen@nelsonmullins.com

Michael Anthony Vercher    mavercher@csattorneys.com

      William L. Waudby    bwaudby@bakerdonelson.com, callen@bakerdonelson.com

      H. Thomas Wells, Jr    twells@mcglaw.com

      Mary Brunson Whatley    mbw@jbpp.com, mbwhatley@hotmail.com

      Allan R. Wheeler    awheeler@burr.com

      Natasha Lynke Wilson    nwilson@lfwlaw.com

Bayer Cropscience, Inc.
C. T. Corporation System
1201 Peachtree Street
Atlanta, GA 30361

Clark-Reliance Corporation
16633 Foltz Industrial Parkway
Strongsville, OH 44136

Crane Pumps Systems
420 Third Street
Piqua, OH 45356

Foster-Wheeler Corporation
830 Bear Tavern Road
Trenton, NJ 08628

Clifton Wayne Jefferis
Forman Perry Watkins Krutz & Tardy PLLC
1200 One Jackson Place
188 East Capitol Street
Jackson, MS 39201-2131

Jeffrey L. Mapen
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Sara S. Turnipseed
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

5

Uniroyal Fiber and Textile & Division of Uniroyal, Inc.
830 Bear Tavern Road
West Trenton, NJ 08608

<u>s/G. Patterson Keahey, Jr.</u>