IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action Number:** |
| v. ) | |
| ) | **2:06-CV-1034-WKW** |
| **P&H CRANES, HARNISCHFEGER, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANTS HARNISCHFEGER AND P&H CRANE'S
CORPORATE DISCLOSURE STATEMENT**

COME NOW Harnischfeger Corporation and P&H Cranes and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure hereby submit their Disclosure Statement and show unto the Court as follows:

1. P&H Mining Equipment, Inc. is a wholly owned subsidiary of Joy Global, Inc., a publically traded company, and is the appropriate legal entity of the Defendants designated as Harnischfeger Corporation and P&H Cranes.

Respectfully submitted,

s/**William T. Mills, II**
William T. Mills, II
ASB-0402-L72W
Attorney for P&H Mining Equipment
PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
Post Office Box 530790
Birmingham, Alabama 35253-0790
Telephone (205) 980-5000
Fax (205) 980-5001
E-mail: phm@phm-law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** )   | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | **Civil Action Number:** |
| **v.** ) | |
| ) | **2:06-CV-1034-WKW** |
| **P&H CRANES, HARNISCHFEGER, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 17, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                      Respectfully submitted,

                                      s/**William T. Mills, II**
                                      William T. Mills, II
                                      ASB-0402-L72W
                                      Attorney for P&H Mining Equipment
                                      PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
                                      22 Inverness Center Parkway, Suite 600
                                      Post Office Box 530790
                                      Birmingham, Alabama 35253-0790
                                      Telephone (205) 980-5000
                                      Fax (205) 980-5001
                                      E-mail: phm@phm-law.com