UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. BELUE, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | *   Civil Action No. 2:06CV1034-WCW |
| | * |
| A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A. O. SMITH CORPORATION, et al., | * |
| | * |
| | * |
| | * |
| Defendants. | * |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CRANE PUMPS & SYSTEMS, INC.**

COMES NOW defendant CRANE PUMPS & SYSTEMS, INC. (incorrectly identified in the style of the Complaint as CRANE PUMPS SYSTEMS) pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that CRANE PUMPS & SYSTEMS, INC. has no parent corporation and no publicly held corporation that owns ten percent (10%) or more of its stock.

    /s/ Timothy A. Clarke
F. GREY REDDITT, JR. (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)
Attorneys for Defendant Crane Pumps & Systems, Inc.

*OF COUNSEL*:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, AL 36652-2568
Telephone: 251-432-9772
Facsimile: 251-432-9781

00149596.WPD-1

## CERTIFICATE OF SERVICE

    I hereby certify on this 23rd day of January, 2007, that the foregoing Corporate Disclosure Statement has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                    /s/ Timothy A. Clarke
                                    OF COUNSEL