21 March 2007

Mr. Jeffery N. Luthi
Clerk of the Judicial Panel
  on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002-8004

Re:     MDL-875- In re Asbestos Products Liability (No. VI)
        Conditional Transfer Order CTO-272

Dear Mr. Luthi:

      Pursuant to Rule 5.2(c) of the Rules of Civil Procedure of the Judicial Panel on Multidistrict Litigation, I am herein providing notification of designation of the attorney for Defendant John Crane, Inc. in connection with the following case included within Conditional Transfer Order CTO-272.

      <u>Robert D. Belue v. A. O. Smith Electrical Products, et al.</u>
      In the United States District Court, Middle District of Alabama,
      Northern Division, Civil Action No.: 06-01034-WKW-WC

Mr. Jeffery N. Luthi
21 March 2007
Page 2

_____

      The undersigned attorney has been designated to receive service of all pleadings, notices, court orders and other papers on behalf of John Crane, Inc. in relation to the above multidistrict litigation:

Frank E. Lankford, Jr., Esquire
Huie, Fernambucq & Stewart, LLC
The Protective Center, Bldg. 3
2801 Hwy. 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone:   205-251-1193
Fax:         205-251-1256
E-mail:      fel@hfsllp.com

      A copy of this notice is being provided to all counsel of record.  Please call me if you should have any questions.

                              Sincerely yours,

                              HUIE, FERNAMBUCQ AND STEWART, LLP


                              By:
                                Frank E. Lankford, Jr.

FELjr/tc

cc:    All Counsel of Record