**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 22, 2007

# NOTICE OF ERROR

To:   All Counsel of Record

Case Style:   Belue et al v. A.O. Smith Electrical Products Company et al

Case Number:   2:06cv01034-WKW

Referenced Pleading:   Notice of Designation of Attorney

Docket Entry Number:   155

**The referenced letter pleading was filed on \*\*\*March 21, 2007\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry.**

**Parties are instructed to disregard #155 docketing entry, which has been stricken from the record as a docketing error.**