IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT BELUE, et al.,

              Plaintiffs,                        CIVIL ACTION NO.
                                              CV-06- 1034-WKW

vs.

                                              Eastern District of Pennsylvania,
A. O. SMITH ELECTRICAL                 <u>In Re:  Asbestos Products Liability</u>
PRODUCTS COMPANY, a division of     <u>Legislation (No. VI), Civil Action</u>
A.O. SMITH CORPORATION, et al.,       <u>No. MDL 875</u>

              Defendants.

_____

## <u>NOTICE OF WITHDRAWAL</u>

      COMES NOW Nathan M. Thompson of the law firm of Hawkins & Parnell, LLP. and hereby gives this Court his notice of withdrawal as counsel on behalf of Defendants Foseco, Inc., Maremont Corporation and Union Carbide Corporation in this matter.

      Evelyn M. Fletcher of the law firm of Hawkins & Parnell LLP, 303 Peachtree Street, N.E., 4000 SunTrust Plaza, Atlanta, Georgia 30308 will continue to serve as counsel of record for said Defendants.  Henceforth, all notices should be sent to Evelyn M. Fletcher at the above address.

      Respectfully submitted, this 11th  day of May, 2007.

                         [SIGNATURES BEGIN ON NEXT PAGE]

Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308

/s/ Nathan M. Thompson
Nathan M. Thompson
ASB 9240-H57T

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT BELUE, et al.,

          Plaintiffs,

vs.

A. O. SMITH ELECTRICAL
PRODUCTS COMPANY, a division of
A.O. SMITH CORPORATION, et al.,

          Defendants.

_____

CIVIL ACTION NO.
CV-06- 1034-WKW

Eastern District of Pennsylvania,
In Re:  Asbestos Products Liability
Legislation (No. VI), Civil Action
No. MDL 875

## **CERTIFICATE OF SERVICE**

       This is to certify that I have this day served all counsel of record in the foregoing matter with a copy of **NOTICE OF WITHDRAWAL** via electronic filing.

       This 11th day of May, 2007.

/s/ Nathan M. Thompson
Nathan M. Thompson
ASB 9240-H57T


Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243

10312118-1