THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **Robert D. Belue, et al** | ( ( ) | **Civil Action No.** |
| **Plaintiffs** | ( ) | **2:06-CV-1034-WKW** |
| vs. | ( ( ) | |
| **A.O. Smith Electrical Products Company, et al** | ( ) ( | |
| **Defendants** | ) | |

**NOTICE OF WITHDRAWAL**

COMES now the undersigned counsel for Kaiser Gypsum and hereby notifies the Court and the clerk that Dan R. Alexander will be withdrawing from representation of Kaiser Gypsum. As grounds for his withdrawal, the undersigned states that Dan R. Alexander is no longer associated with the law firm of CARR, ALLISON, PUGH, HOWARD, OLIVER & SISSON, and further that Kaiser Gypsum continues to be represented in this case by Van A. Noletto of the law firm of CARR, ALLISON, PUGH, HOWARD, OLIVER & SISSON.

                     /s/ Dan R. Alexander
                     Dan R. Alexander
                     Van A. Noletto (NOL008)
                     Attorney for Kaiser Gypsum Company, Incorporated

**OF COUNSEL:**

**CARR, ALLISON, PUGH, HOWARD,
OLIVER & SISSON, P.C.**

**Van Noletto**
P.O. Box 1126
Daphne, Alabama 36526-1126
Email: van@carrallison.com

## CERTIFICATE OF SERVICE

_____I hereby certify that on14th day of <u>September</u>, 2007, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

G. Patterson Keahey
One Independence Plaza Suite 612
Birmingham, AL 365209

Thomas Kendrick
Norman, Wood, Kendrick & Turner
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203

James L. Pattilllo
Norman, Wood, Kendrick & Turner
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203

Edward B. McDonough, Jr.
P.O. Box 1943
Mobile, AL 36633

William T. Mills
Keith J. Pfalum
Porterfield, Harper & Mills, P.A.
P.O. Box 530790
Birmingham, AL 35253-0970

William A. Scott, Jr.
Freddie N. Harrington, JR.
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Rd
Birmingham, AL 35244

Timothy W. Knight
Jon M. Hughes
Kee & Selby, LLP
1900 International Park Drive, Suite 200
Birmingham, AL 35243

Clif Jefferis
James G. House, III
Forman, Perry, Watkins, Krutz & Tardy, LLP
Suite 100 City Centre

200 South Lamar Street
P.O. Box 22608
Jackson, MS 39225-2608

C. Paul Cavender
Allan R. Wheeler
Burr & Forman, LLP
3100 Southtrust Tower
420 North 20th Street
Birmingham, AL 35203

Blane H. Crutchfield
Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601

Grey Redditt
Tim Clarke
Vickers, Riis, Murray & Curran, LLC
P.O. Box 2568
Mobile, AL 36652-2568

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd
P.O. Box 750
Hattiesburg, MS 39403-0750

Matthew Robinett
Norman, Wood, Kendrick & Turner
505 20th Street North
Birmingham, AL 35203

Evelyn Fletcher
Nathan M. Thompson
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street N.E.
Atlanta, GA 30308

Connie Ray Stockham
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, AL 35209

S. Christopher Collier
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street N.E.
Atlanta, GA 30308

Walter T. Gilmer, Jr.
McDowell, Knight, Roedder & Sledge, LLC
P.O. Box 350
Mobile, AL 36601

David P. Donahue
H. Thomas Wells, Jr.
Maynard, Cooper & Gale, PC
1901 6th Avenue North
Birmingham, AL 35203-2618

W. Larkin Radney, IV
Adam K. Peck
Melody H. Eagan
Natasha L. Wilson
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203

S. Allen Baker, Jr.
Jenelle R. Evans
Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL 35201-0306

James C. Simpson, Jr.
Montgomery, Barnett, Brown, Read, Hammond & Mintz
3200 Energy Center
1100 Poydras Street
New Orleans, LA 70136-3200

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart, LLP
Three Protective Center, Suite 200
2801 Highway 280 South
Birmingham, AL 35223-2484

Richard Crump
Donald C. Partridge
James G. House
Forman, Perry, Watkins, Krutz & Tardy, LLP

P.O. Box 22608
Jackson, MS 39225-2608

Michael A. Vercher
Thomas W. Christian
Christian & Small, LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203

Anthony C. Harlow
Starnes & Atchison, LLP
7th Floor 100 Brookwood Place
P.O. Box 598512
Birmingham, AL 35259-8512

James Ford Little
Woolf, McClane, Bright, Allen & Carpenter
P.O. Box 900
Knoxville, TN 37901-0900

T. Michael Browd
Joel M. Kuehnert
Bradley, Arant, Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

Helen K. Downs
Shayana B. Davis
Johnston, Barton, Proctor & Powell, LLP
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203-2618

Roger C. Foster
Laney & Foster, P.C.
Two Perimeter Park South, Suite 404E
Birmingham, AL 35243

William L. Waudby
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1600 South Trust Tower
420 20th Street North
Birmingham, Alabama 35203

James A. Harris, III
Harris & Harris, LLP
2501 20th Place S Ste 450
Birmingham, AL 35223-1751

s/ Dan R. Alexander
OF COUNSEL