## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ROBERT D. BELUE, et al.,** | ) | |
| | ) | |
| **Plaintiffs.** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:06cv1034-WKW-WC** |
| | ) | |
| **A.O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **CO. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF APPEARANCE

Come now John A. Smyth III and E. Bryan Nichols of the law firm Maynard, Cooper &

Gale, P.C. and enter their appearance as counsel of record for Defendants Cutler Hammer, Inc.

and Eaton Corporation.

On this __4th__ day of October, 2007.

Respectfully submitted,

/s/ John A. Smyth III
John A. Smyth III
E. Bryan Nichols
Attorneys for Defendants
Cutler Hammer, Inc. and Eaton Corp.

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Regions Plaza
Birmingham, Alabama 35203-2618
(205) 254-1000
Fax (205) 254-1999

01550412.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, AL 35209

* All other parties will be served electronically.

On this 4<u>th</u> day of October, 2007.

<u>/s/ John A. Smyth III</u>
OF COUNSEL

01550412.1