### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| Plaintiffs. ) | |
| ) | |
| v. ) | Case No. 2:06cv1034-WKW-WC |
| ) | |
| **A.O. SMITH ELECTRICAL PRODUCTS** ) | |
| **CO. et al.,** ) | |
| ) | |
| Defendants. ) | |

### MOTION TO WITHDRAW

Comes now the undersigned counsel for Defendants and respectfully moves this Honorable Court to withdraw David P. Donahue as counsel of record for Cutler Hammer, Inc. and Eaton Corporation. In support of this Motion, the undersigned states that the law firm of Maynard, Cooper & Gale, P.C. will still represent said Defendants after Mr. Donahue's withdrawal.

Done this __4th__ day of October, 2007.

                     Respectfully submitted,

                     /s/ John A. Smyth III
                     John A. Smyth III
                     E. Bryan Nichols
                     Attorneys for Defendants
                     Cutler Hammer, Inc. and Eaton Corp.

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Regions Plaza
Birmingham, Alabama 35203-2618
(205) 254-1000
Fax (205) 254-1999

01550528.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, AL 35209

* All other parties will be served electronically.

      On this 4th day of October, 2007.

                                               /s/ John A. Smyth III
                                               OF COUNSEL

01550528.1