**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 5, 2007

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Belue et al v. A.O. Smith Electrical Products Company et al**

**Case Number:    2:06-cv-01034-WKW**

**This Notice of Correction was filed in the referenced case this date to correct the erroneous PDF document previously attached by E-Filer.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 160  filed on   October 4, 2007.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** )<br>)<br>  **Plaintiffs.** )<br>)<br>v. )<br>)<br>**A.O. SMITH ELECTRICAL PRODUCTS** )<br>**CO. et al.,** )<br>)<br>  **Defendants.** ) | Case No. 2:06cv1034-WKW-WC |

## NOTICE OF APPEARANCE

Come now John A. Smyth III and E. Bryan Nichols of the law firm Maynard, Cooper & Gale, P.C. and enter their appearance as counsel of record for Defendants Cutler Hammer, Inc. and Eaton Corporation.

On this __4th__ day of October, 2007.

Respectfully submitted,

/s/ John A. Smyth III
John A. Smyth III
E. Bryan Nichols
Attorneys for Defendants
Cutler Hammer, Inc. and Eaton Corp.

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Regions Plaza
Birmingham, Alabama 35203-2618
(205) 254-1000
Fax (205) 254-1999

01550412.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, AL 35209

\* All other parties will be served electronically.

On this 4th day of October, 2007.

/s/ John A. Smyth III
OF COUNSEL

01550412.1