**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 9, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Belue et al v. A.O. Smith Electrical Products Company et al

Case Number:   2:06cv01034-WKW

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to include the electronic signatures.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 163  filed on    October 08, 2007.**

IN THE U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROBERT D. BELUE, et al., | * | |
| Plaintiffs, | * | |
| | | CIVIL ACTION NUMBER |
| VS. | * | 2:06-CV-1034-WKW |
| A.O. SMITH ELECTRICAL PRODUCTS COMPANY, et al., | * | |
| | * | |
| Defendants. | | |
| | * | |

NOTICE OF APPEARANCE AND FOR SUBSTITUTION OF COUNSEL

Defendant Kaiser Gypsum Company, Inc., by and through counsel of record, Vincent A. Noletto, of the law firm of Carr Allison, hereby moves to withdraw Tom Roper as counsel of record and substitutes David Howard and Justin Sherer of the law firm of Carr Allison as additional counsel of record for this Defendant. Vincent Noletto will remain counsel for this Defendant.

Accordingly, Defendant Kaiser Gypsum Company, Inc. requests the Court enter an Order withdrawing Tom Roper as counsel of record and that David Howard and Justin Sherer be substituted as counsel of record for this Defendant.

                                                                           Respectfully submitted,

                                                                           /s/ David K. Howard
                                                                           /s/ Justin Sherer
                                                                           DAVID K. HOWARD (HOWAD7585)
                                                                            JUSTIN SHERER (SHERJ4942)
                                                                            Attorneys for Kaiser Gypsum Company, Inc.

OF COUNSEL:

CARR ALLISON
212 South Cedar Street
Florence, Alabama 35630
Telephone (256) 718-6040
Facsimile (256) 718-2150

                                      /s/ Vincent A. Noletto, Jr.
                                      VINCENT A. NOLETTO, JR.  (NOLEV3868)
                                      Attorney for Kaiser Gypsum Company, Inc.

OF COUNSEL:

CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama   36526
Telephone: (251) 626-9340
Facsimile: (251) 626-8928

## CERTIFICATE OF SERVICE

     I hereby certify that, on the 8th of October, 2007 served a copy of the foregoing on all counsel of record via the Court's electronic filing system.

                                        /s/ Vincent A. Noletto, Jr.
                                        VINCENT A. NOLETTO, JR.