IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

| | |
|---|---|
| **BELUE et.al.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-01034-WKW |
| | ) |
| **A.O. SMITH ELECTRIC PRODUCTS, et al**, | ) |
| | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW ROBERT D. BELUE; JACK BOYER;BETTY COX, Individually and as Representative of the Estate of HAROLD W. COX, SR.; JOHNNY A. DAVIS; ETHEL EVANS, Individually and as Representative of the Estate of MELVIN EVANS; ISSAC L. GIBSON; PATRICIA HOLCOMBE, Individually and as Representative of the Estate of JOSEPH JAMES HOLCOMBE, SR.; SARA JONES, Individually and as Representative of the Estate of CHARLES R. JONES; BARBARA JONES, Individually and as Representative of the Estate of WALTER JONES; JUDY PARTAIN, Individually and as Representative of the Estate of MAVIS KELLY; WANDA C. MILLER, individually and as Representative for the Estate of FRANK T. MILLER; RONALD NORRIS; PENELOPE PERAKIS; WALTER POWELL; JAMES PRUITT; DONNA CAGLE, Individually and as Representative of the Estate of EDWIN SEMEVOLOS;  ROGER SEYMORE; FRANK WALTHER; LILLIAN H. WILLIAMS, Individually and as Representative for the Estate of MANUEL R. WILLIAMS, SR. a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and  managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| | |
|---|---|
|    11/30/2007    | s/ G. Patterson Keahey, Jr.____ |
| Date | *Counsel for All Plaintiffs* |
| | G. Patterson Keahey, Jr. ASB-6357-A64G |
| | Law Offices of G. Patterson Keahey, P.C. |

One Independence Plaza, Suite 612
Birmingham, Alabama 35209
Telephone: (205) 871-0707
Facsimile: (205) 871-0801
E-mail: info@mesohelp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>  DIVISION

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007 I have electronically filed the foregoing with the Clerk of the Court using the CM/EMF system.

      S/G Patterson Keahey
      _____
      G. PATTERSON KEAHEY, P.C.
      *Attorney for Plaintiff*