| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>*[signature] Ann Whiting*    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): ANN WHITING    C. Date of Delivery: 1-22 |
| 1. Article Addressed to:<br><br>Allis-Chalmers Corporation Product Liability Trust<br>c/o Margaret Barr Bruemmer, Trustee<br>3500 Corben Court<br>Madison, WI 53704<br><br>06cv1034 Alias S+C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0004 0800 3644 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540