| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Vera Roseler_  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Vera Roseler   1/24/08 |
| 1. Article Addressed to:<br><br>Honeywell, Inc. specifically excluding liability NARCO<br>c/o Corporation Service Co.<br>380 Jackson Street, Suite 700<br>St. Paul, MN 55101<br><br>06cv1034 Alias S&C | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>  ☑ Certified Mail   ☐ Express Mail<br>  ☐ Registered     ☑ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7003 3110 0004 0800 3699 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540