THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. BELUE, et al. )<br>)<br>  Plaintiffs, )<br>)<br>vs. )<br>)<br> ) CIVIL ACTION CASE NO.:<br>)<br> ) 2:06-CV-1034-WKW<br>ASBESTOS DEFENDANTS: )<br>)<br>A.O. SMITH ELECTRICAL PRODUCTS, et al. )<br>)<br>  Defendants. ) | |

## **CONFLICT DISCLOSURE STATEMENT**

COMES NOW Bechtel Construction Company, a Defendant in the above-captioned matter, and in accordance with the order of this Court, does hereby make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

**X**   The following entities and their relationship to the party are hereby reported:

| Reportable Entity: | Relationship to Party: |
|---|---|
| Bechtel Construction Operations Incorporated (BCOI) | Parent Corporation |
| Bechtel Corporation | Affiliate (100% owner of BCOI) |

823844-1

| | |
|---|---|
| Becon Construction Company, Inc. | Affiliate – 100% owned by BCOI |

                                                    s/James A. Harris, III
James A. Harris, III
Bar Id # ASB-0683-R74J
Nicole M. Hardee
Bar Id# ASB-0073-P71G
2501 20th Place South
Suite 450
Birmingham, AL  35209
FAX:  (205) 871-0029
TEL:  (205) 871-5777
Email: jamey@harris-harris.com
Email: nicole@harris-harris.com

OF COUNSEL:

Harris & Harris, LLP                            Attorneys for Bechtel


## CERTIFICATE OF SERVICE

     I hereby certify that on the 1st day of February, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                   s/James A. Harris, III
                                                   OF COUNSEL