IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No.: CV-06-1034 |
| | ) |
| **A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A. O. SMITH CORPORATION; et al.,** | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## CORPORATE DISCLOSURE STATEMENT ON BEHALF OF DEFENDANT HONEYWELL, INC.

Defendant Honeywell, Inc., pursuant to Federal Rule of Civil Procedure 7.1 states as follows:

Honeywell, Inc. is a publicly traded corporation. It has no parent corporation, nor does any entity own ten percent (10%) or more of its stock.

s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for Defendant, Honeywell, Inc.

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

## **CERTIFICATE OF SERVICE**

     I hereby certify that on__1__ of _February_____, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties.

                                            s/Frank E. Lankford, Jr._____
                                            Frank E. Lankford, Jr., Esquire