## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROBERT D. BELUE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | 2:06-CV-1034 |
| A.O. SMITH ELECTRICAL, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

G. Steven Henry moves this Court for leave to withdraw as counsel of record for Defendant Surface Combustion in the above-referenced matter. Surface Combustion will continue to be represented by David W. McDowell, of Baker, Donelson, Bearman, Caldwell & Berkowitz. Mr. McDowell previously entered an appearance in this matter.

/s/ G. Steven Henry  
G. Steven Henry  
David W. McDowell  
Attorneys for Surface Combustion

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
1600 Wachovia Tower
420 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007

**Certificate of Service**

    I hereby certify that I have served a copy of the foregoing document upon all parties by filing via the CM/ECF electronic filing system on February 4, 2008.


                                      /s/ G. Steven Henry
                                      Of Counsel