IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| ROBERT D. BELUE, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06cv-1034-wkw |
| ) | |
| ASBESTOS DEFENDANTS: ) | |
| A.O. SMITH ELECTRICAL PRODUCTS ) | |
| COMPANY, a division of A.O. SMITH ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendant, ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW ARVINMERITOR, INC., a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Maremont Corporation | Subsidiary |

 2-5-2008                    /s/ Elizabeth B. Padgett
      Date                    Counsel Signature

                              ARVINMERITOR, INC.
                              Counsel for (print names of all parties)

                              4000 SunTrust Plaza
                              303 Peachtree Street   Atlanta GA 30308
                              Address, City, State Zip Code

                               404-614-7400
                              Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**CERTIFICATE OF SERVICE**

I, Elizabeth B. Padgett, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 5TH day of February 2008, to:

All counsel of record as provided by the CM/ECF system.


2-5-2008                                                                /s/ Elizabeth B. Padgett
   Date                                                                        Signature