IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT D. BELUE, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

    Defendants.

CIVIL ACTION NO.
2:06CV1034-WKW

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Oakfabco, Inc., f/k/a Kewanee Boiler Corporation, incorrectly named herein as Oakfabco, Inc., successor-in-interest to Kewanee Boiler, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

☐     This party is a governmental entity, or

☒     There are no entities to be reported, or

☐     The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

10367006v.1

February 6, 2008
Date

/s/ Stephen Christopher Collier
Counsel Signature

Stephen Christopher Collier
Counsel for Oakfabco, Inc., f/k/a Kewanee Boiler Corporation, incorrectly named herein as Oakfabco, Inc., successor-in-interest to Kewanee Boiler

4000 SunTrust Plaza, 303 Peachtree Street
Address, City, State Zip Code

Atlanta, Georgia 30308-3243
404-614-7400
Telephone Number

10367006v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ROBERT D. BELUE, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

    Defendants.

CIVIL ACTION NO.
2:06CV1034-WKW

/

## CERTIFICATE OF SERVICE

I, Stephen Christopher Collier do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 6th day of February 2008, to:

All counsel of record as provided by the CM/ECF system.

February 6, 2008
Date

/s/ Stephen Christopher Collier
Signature

10367006v.1