**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                    TELEPHONE (334) 954-3600

February 7, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Belue et al v. A.O. Smith Electrical Products Company et al

Case Number:   2:06-cv-01034-WKW

Referenced Pleading:   Corporate/Conflict Disclosure & Motion to Dismiss

Docket Entry Number:   192 and 193

The referenced pleadings were filed on ***February 07, 2008*** in this case and are hereby STRICKEN as duplicate docket entries.  These pleading were E-filed by counsel after the Clerk's Office made the necessary corrections.  In the future, counsel is advised to contact the help desk at 334-954-3935 before e-filing any corrections.

Docket Entries 192 and 193 were erroneous duplicate docket entries.  Parties are instructed to disregard #192 and #193 docketing entries and refer to docket entries # 188 and #189 for correct entry.