## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   2:06-CV-01034-WKW |
| | ) |
| **A.O. SMITH ELECTRICAL PRODUCTS COMPANY, et al.** | ) |
| | ) |
| **Defendants.** | ) |

### GENERAL ELECTRIC COMPANY'S CONFLICT/ CORPORATE DISCLOSURE STATEMENT

In accordance with the order of this Court and pursuant to Federal Rule of Civil Procedure 7.1, defendant General Electric Company ("GE"), by and through its attorneys of record, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. GE does not have a parent corporation; and

2. No publicly-held corporation owns more than 10% of GE.

/s Jenelle R. Evans
Jenelle R. Evans, ASB-2403-A35J
S. Allen Baker, Jr.,  ASB-5990-E68S
Attorneys for Defendant, General Electric Company
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
E-mail: jevans@balch.com
E-mail: abaker@balch.com

955254.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

        Respectfully submitted,

        /s Jenelle R. Evans
        Jenelle R. Evans, ASB-2403-A35J
        S. Allen Baker, Jr., ASB-5990-E68S
        Attorney for Defendant, General Electric Company
        BALCH & BINGHAM LLP
        Post Office Box 306
        Birmingham, AL 35201-0306
        Telephone: (205) 251-8100
        Facsimile: (205) 488-5686
        E-mail: jevans@balch.com
        E-mail: abaker@balch.com