IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT D. BELUE, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

    Defendants.

CIVIL ACTION NO.
2:06CV1034-WKW

_____/

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Cleaver Brooks, a division of Aqua-Chem, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

☐     This party is a governmental entity, or

☒     There are no entities to be reported, or

☐     The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |
| | |
| | |

10368012v.1

| | |
|---|---|
| February 7, 2008 <br> Date | /s/ Stephen Christopher Collier <br> Counsel Signature <br><br> Stephen Christopher Collier <br> Counsel for Cleaver Brooks, a division of Aqua-Chem, Inc. <br><br> 4000 SunTrust Plaza, 303 Peachtree Street <br> Address, City, State Zip Code <br><br> Atlanta, Georgia 30308-3243 <br> 404-614-7400 <br> Telephone Number |

10368012v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**CERTIFICATE OF SERVICE**

I, Stephen Christopher Collier do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 7th day of February, 2008, to:

All counsel of record as provided by the CM/ECF system.

| February 7, 2008 | /s/ Stephen Christopher Collier |
|---|---|
| Date | Signature |

10368012v.1