IN THE U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROBERT D. BELUE, et al., | * | |
| Plaintiffs, | * | |
| | | CIVIL ACTION NUMBER |
| VS. | * | 2:06-CV-1034-WKW |
| A.O. SMITH ELECTRICAL PRODUCTS COMPANY, et al., | * | |
| | * | |
| Defendants. | | |
| | * | |

**CORPORATE DISCLOSURE STATEMENT
OF KAISER GYPSUM COMPANY, INC.**

COMES NOW, Kaiser Gypsum Company, Inc. ("Kaiser Gypsum"), and makes this following disclosure statement pursuant to Fed. R. Civ. P. 7.1.  The non-governmental corporate entity, Kaiser Gypsum Company, Inc., in the above listed civil action is a direct subsidiary of HeidelbergCement, which is family controlled, although a small percentage of its stock is publicly traded exclusively on various German stock exchanges.

Dated this the 7th date of   February  , 2008.

Respectfully submitted,

/s/ Vincent A. Noletto, Jr.
VINCENT A. NOLETTO, JR.  (NOLEV3868)
Attorney for Kaiser Gypsum Company, Inc.

OF COUNSEL:

CARR, ALLISON, PUGH, HOWARD,
OLIVER & SISSION, P.C.
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - fax
E-mail:  vnoletto@carrallison.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the  7th  day of  February , 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/EFC system which will send notification of such filing to all counsel of record.

                                                  /s/ Vincent A. Noletto, Jr.
                                                  OF COUNSEL