THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Civil Action Number:** |
| ) | |
| **ASBESTOS DEFENDANTS, et al.** ) | **2:06-cv-1034-WKW** |
| ) | |
| **Defendants.** ) | |

**DEFENDANT T H AGRICULTURE & NUTRITION, LLC's
CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Middle District of Alabama's General Order No. 3047 and Federal Rules of Civil Procedure 7.1, Defendant T H Agriculture & Nutrition, LLC hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditor's committee, or other reportable entities:

1. T H Agriculture & Nutrition, LLC is not publicly traded;

2. Philips Electronics North America Corporation is the parent company of T H Agriculture & Nutrition, LLC; and

3. No publically held company owns 10% or more of its stock.

/s/ *Roger C. Foster*
ROGER C. FOSTER, ESQ. (FOS005)
Attorney for Defendant
*T H Agriculture & Nutrition, LLC*

OF COUNSEL:

**LANEY & FOSTER, P.C.**
Post Office Box 43798
Birmingham, Alabama 35243-0798
Telephone: (205) 986-4405
Facsimile: (205) 298-8441
RCFoster@laneyfoster.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that a copy of the above and foregoing pleading has been served upon **all counsel of record** by electronic mail provided by the United States District Court on February 8, 2008.

      /s/ *Roger C. Foster*
      ROGER C. FOSTER, ESQ. (FOS005)