IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROBERT D. BELUE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: |
| vs. | ) | 2:06-CV-1034-WKW |
| | ) | |
| A. O. SMITH ELECTRICAL PRODUCTS | ) | |
| COMPANY., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### CONWED CORPORATION'S CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant Conwed Corporation, and makes this following disclosure statement pursuant to Fed. Civ. P. 7. 1:

1.    Whether the named Defendant has a parent company, and if so, what company.

**Yes, Leucadia, Inc.**

2.    Whether the named Defendant has publicly traded stock.

**No.**

3.    Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

**No.**

Respectfully submitted,

DOGAN & WILKINSON, PLLC


s/ Nathan A. Bosio
NATHAN A. BOSIO

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT D. BELUE, et al.,                    )
                                            )
            Plaintiffs,                     )
                                            )        Civil Action No.:
vs.                                         )        2:06-CV-1034-WKW
                                            )
A. O. SMITH ELECTRICAL PRODUCTS             )
COMPANY., et al.,                           )
                                            )
            Defendants.                     )

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2008 I electronically filed the foregoing with the clerk of

the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                    Respectfully submitted,

                                    s/ Nathan A. Bosio
                                    NATHAN A. BOSIO
                                    AL Bar # 4003-A55B
                                    Attorney for Defendant Conwed Corporation
                                    DOGAN & WILKINSON, PLLC
                                    P.O. Box 1618
                                    Pascagoula, MS 39568
                                    Telephone: (228)762-2272
                                    Facsimile: (228) 762-3223

W:\ASBESTOS\STATE\Alabama\Complaint Answers\Conwed\Belue, Robert Corporate Disclosure.wpd