## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ROBERT D. BELUE, et al.**, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| vs. | ) | 2:06CV1034-WKW |
| | ) | |
| **A.O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. Smith CORPORATION; et al.**, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

COMES NOW Haley A. Andrews of the law firm of Lightfoot, Franklin & White, L.L.C. and enters an appearance as additional counsel for defendants Emerson Electric Co.

/s/ Haley A. Andrews
One of the Attorneys for Defendant
Emerson Electric Co.

OF COUNSEL:
Melody H. Eagan (HUR009)
W. Larkin Radney IV (RAD008)
Natasha L. Wilson (WIL326)
Haley A. Andrews (AND095)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (fax)

**CERTIFICATE OF SERVICE**

      This is to certify that on this 8th day of February 2008, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Alabama using the CM/ECF system.

    G. Patterson Keahey, Jr., Esq.
    Law Offices of G. Patterson Keahey, P.C.
    One Independence Plaza
    Suite 612
    Birmingham, AL  35209


                        /s/ Haley A. Andrews
                        OF COUNSEL