THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT BELUE; et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV 0134-WKW |
| ) | |
| A.O. SMITH ELECTRICAL PRODUCTS ) | |
| COMPANY, et al., ) | |
| ) | |
|     Defendants. ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

      COMES NOW the Defendant Hobart Brothers Company, and in accordance with Federal Rule of Civil Procedure 7.1 and the Middle District of Alabama's General Order Miscellaneous Case No. 00-3047, does hereby make the following disclosures concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable:

      **Hobart Brothers Company** is a wholly owned subsidiary of Illinois Tool Works, Inc., a publicly traded company. No publicly traded company owns more than ten percent of the stock of Illinois Tool Works, Inc.

      /s Timothy W. Knight
      Timothy W. Knight (KNI021)
      Attorney for Defendant
      Hobart Brothers Company

**OF COUNSEL:**
Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900
fax (205) 968-9909
email: tk@keeselby.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 11, 2008, a copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

                                                                                                                                     \_\_\_\_s/ Timothy W. Knight_____
                                                                                                                                     OF COUNSEL