THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROBERT BELUE; et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV 0134-WKW |
| | ) | |
| A.O. SMITH ELECTRICAL PRODUCTS COMPANY, et al., | ) ) | |
| | ) | |
|     Defendants. | ) | |

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

COME NOW the Defendants ITT Corporation, f/k/a ITT Industries, Inc., and Bell & Gossett, a subsidiary of ITT Corporation, f/k/a ITT Industries, Inc., and in accordance with Federal Rule of Civil Procedure 7.1 and the Middle District of Alabama's General Order Miscellaneous Case No. 00-3047, do hereby make the following disclosures concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable:

    **ITT Corporation** is a publicly traded corporation. It does not have a parent company, and no publicly-held corporation owns ten per cent or more of its stock.

    **Bell & Gossett** is a wholly owned subsidiary of ITT Corporation, f/k/a ITT Industries, Inc.

    /s Timothy W. Knight
    Timothy W. Knight (KNI021)
    Attorney for Defendants
    ITT Corporation, f/k/a ITT Industries, Inc.
    and Bell & Gossett, a subsidiary of ITT Corporation, f/k/a ITT Industries, Inc.

**OF COUNSEL:**
Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900
fax (205) 968-9909
email: tk@keeselby.com

## CERTIFICATE OF SERVICE

  I hereby certify that on February 11, 2008, a copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

               /s Timothy W. Knight _____
               OF COUNSEL