IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. BELUE, ET AL.          ) | |
| )                                  | |
| PLAINTIFFS            ) | |
| )                                  | |
| V.                               ) | CIVIL ACTION NO.  2:06-1034 |
| )                                  | |
| A.O. SMITH ELECTRICAL            ) | |
| PRODUCTS, CO., ET AL.            ) | |
| )                                  | |
| DEFENDANTS            ) | |

**<u>STATEMENT NOTING A PARTY'S DEATH – PENELOPE PERAKIS</u>**

In accordance with Rule 25(a), Borg-Warner Corporation by its Successor, BorgWarner Morse TEC, Inc.; Exteco, Inc. f/k/a Thermo Electric Co. Inc.; and the Marley-Wylain Company d/b/a Weil-McLain Company, Inc., who are Defendants to this action note the death during the pendency of this action of Plaintiff Penelope Perakis on May 19, 2007.  See Exhibit 1.

Respectfully submitted,

BORG-WARNER CORPORATION BY ITS
SUCCESSOR, BORGWARNER MORSE TEC,
INC.; EXTECO, INC. F/K/A THERMO
ELECTRIC CO. INC.; and THE MARLEY-
WYLAIN COMPANY D/B/A WEIL-MCLAIN
COMPANY, INC.


s/ Rocky W. Eaton
COUNSEL FOR SAID DEFENDANT

1

Of Counsel:

Rocky W. Eaton, EAT002

Aultman, Tyner, Ruffin & Swetman, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Phone:  601-583-2671
Facsimile:  601-583-2677

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 1st day of April, 2008 served a copy of the above and foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.


s/ Rocky W. Eaton

# Exhibit 1





Welcome to RootsWeb.com Sign in

| Home | Searches | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | Help |

# Social Security Death Index Search Results

81,074,156 Records
last updated on 2-22-2008

The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|---|---|---|---|
| SSN | ▇▇▇-▇▇-0987 | 1 | |

Viewing **1-1** of **1**

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|---|---|---|---|---|---|---|---|---|
| PENELOPE PERAKIS | ▇ 1924 | 19 May 2007 (V) | 02155 (Medford, Middlesex, MA) | 01902 (Lynn, Essex, MA) | ▇▇▇-▇▇-0987 | Massachusetts | SS-5 Letter<br>Add Post-em<br>Search Ancestry.com | 🛒 |

Viewing **1-1** of **1**

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

---

| Last name | | Exact |
|---|---|---|
| First Name | | |
| Middle Name | | (initial) |
| SSN | | |

**Last Residence**          **Last Benefit**

| | Last Residence | Last Benefit |
|---|---|---|
| Zip | | |
| State | | |
| County | | |
| City | | |

Birth
Year [    ]    Month [Any]    Day [Any]

Death
Year [    ]    Month [Any]

Issue [Any State]

[Submit]  [Clear]  [Simple Search]