IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROBERT D. BELUE, ET AL. | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO.  2:06-1034 |
| | ) | |
| A.O. SMITH ELECTRICAL | ) | |
| PRODUCTS, CO., ET AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |

**STATEMENT NOTING A PARTY'S DEATH – FRANK WALTHER**

In accordance with Rule 25(a), Borg-Warner Corporation by its Successor, BorgWarner

Morse TEC, Inc.; Exteco, Inc. f/k/a Thermo Electric Co. Inc.; and the Marley-Wylain Company

d/b/a Weil-McLain Company, Inc., who are Defendants to this action note the death during the

pendency of this action of Plaintiff Penelope Perakis on December 24, 2006.  See Exhibit 1.

Respectfully submitted,

BORG-WARNER CORPORATION BY ITS
SUCCESSOR, BORGWARNER MORSE TEC,
INC.; EXTECO, INC. F/K/A THERMO
ELECTRIC CO. INC.; and THE MARLEY-
WYLAIN COMPANY D/B/A WEIL-MCLAIN
COMPANY, INC.


s/ Rocky W. Eaton
COUNSEL FOR SAID DEFENDANT

1

Of Counsel:

Rocky W. Eaton, EAT002

Aultman, Tyner, Ruffin & Swetman, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Phone:  601-583-2671
Facsimile:  601-583-2677

### **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 1st day of April, 2008 served a copy of the above and

foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.


<u>s/ Rocky W. Eaton</u>

# Exhibit 1





Welcome to RootsWeb.com S

rootsweb — *Finding our roots together.*

| Home | Searches | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | He |

# Social Security Death Index Search Results

81,074,156 Records
last updated on 2-22-2008



The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|---|---|---|---|
| Last Name | WALTHER | 2675 | 2675 |
| First Name | FRANK | 706445 | 21 |

Viewing **1-20** of **21**       1 2 | Next

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|---|---|---|---|---|---|---|---|---|
| ██████ | █ | ██ | ████████ | █████ | ██████ | | ███████ | 🛒 |
| ██████ | █ | █ | ████████ | | █████ | | ███████ | 🛒 |
| ██████ | █ | █ | ██████ | ████ | █████ | | ███████ | 🛒 |
| █████ | █ | ██ | █████ | ███ | ████████ | | SS-5 Letter<br>Add Post-em<br>Search Ancestry.com | 🛒 |
| FRANK J WALTHER | 1938 | 24 Dec 2006 (V) | 75019 (Coppell, Dallas, TX) | (none specified) | ███-0894 | Pennsylvania | SS-5 Letter<br>Add Post-em<br>Search Ancestry.com | 🛒 |
| █████ | █ | ██ | ██████ | | █████████ | | SS-5 Letter<br>Add Post-em<br>Search Ancestry.com | 🛒 |