IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. BELUE, et al., | * |
| | * |
| Plaintiffs, | * |
| | * Civil Action No. 2:06-1034 |
| | * |
| v. | * |
| | * |
| A.O. SMITH ELECTRICAL | * |
| PRODUCTS COMPANY, a division | * |
| of A.O. SMITH CORPORATION, et al. | * |
| | * |
| Defendants. | * |

**BUFFALO PUMPS, INC.'S JOINDER IN MOVING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW Defendant, BUFFALO PUMPS, INC., by and through its attorneys of record, and hereby joins in and adopts by reference as if set forth fully herein, the Motion for Partial Summary Judgment (Doc. 233) and the Brief Supporting the Motion for Partial Summary Judgment (Doc. 234) filed on behalf of Moving Defendants, BORG WARNER MORSE TEC, INC.; EXTECO, INC. F/K/A THERMO ELECTRIC CO., INC., AND THE MARLEY-WYLAIN COMPANY D/B/A WEIL-MCLAIN COMPANY, INC.

    s/Edward B. McDonough, Jr.
    Edward B. McDonough, Jr. (MCDOE0149)
    Gary W. Fillingim (FILLG1161)
    Attorneys for Defendant,
    BUFFALO PUMPS, INC.

OF COUNSEL:

EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com
gwf@emcdonoughlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2nd , 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                    s/Edward B. McDonough, Jr.
                                    Edward B. McDonough, Jr.