IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. BELUE, et al., | * |
| Plaintiffs. | * |
| v. | *   CIVIL ACTION NO.:  2:06-1034 |
| A.O. SMITH ELECTRICAL PRODUCTS CO., et al., | * |
| Defendants. | * |

**NOTICE OF JOINDER IN BORG-WARNER CORPORATION'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW, Kaiser Gypsum Company, Inc., one of the Defendants in the above-styled cause, and gives notice of its joinder in the Motion for Partial Summary Judgment heretofore filed by Borg-Warner Corporation by its Successor, Borg Warner Morse TEC, Inc., Exteco, Inc. f/k/a Thermo Electric Co., Inc., and The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. (hereinafter "Moving Defendants"), adopting all arguments and exhibits filed by said Moving Defendants in the Motion for Partial Summary Judgment.

Respectfully submitted,

/s/ Vincent A. Noletto, Jr.
VINCENT A. NOLETTO, JR. (NOLEV3868)
Attorney for Defendant Kaiser Gypsum
Company, Inc.

OF COUNSEL:
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - fax
vnoletto@carrallison.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have on this  16th  day of April, 2008, served a copy of the above and foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.

                                       /s/ Vincent A. Noletto, Jr.
                                      OF COUNSEL