IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. BELUE, et al., | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION CASE NO. |
| | ) 2:06-cv-1034- WKW |
| VS. | ) |
| | ) |
| A.O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. Smith Corporation, et al., | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF APPEARANCE**

COMES NOW Jennifer M. Thompson, an attorney with the firm of Nelson Mullins Riley & Scarborough LLP, and hereby appears as additional counsel of record for Defendant Nikko Materials USA, Inc. d/b/a Gould Electronics, Inc. It is requested that the Court and counsel for all parties include Jennifer M. Thompson, Nelson Mullins Riley & Scarborough LLP, Atlantic Station, 201 17th Street, NW, Suite 1700, Atlanta, Georgia 30363 on any and all correspondence, pleadings, notices, orders, and all other matters to be served on Defendant Nikko Materials USA, Inc. d/b/a Gould Electronics, Inc.

This 19th day of April, 2008.

/s/ Jennifer M. Thompson
Jennifer M. Thompson
Alabama Bar No. ASB-8287-E37T
COUNSEL FOR GOULD ELECTRONICS INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Gregory M. Taube
Alabama Bar No. ASB-4499-A41G
Sara S. Turnipseed
Admitted Pro Hac Vice
Jeffrey L. Mapen
Admitted Pro Hac Vice
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

COUNSEL FOR GOULD ELECTRONICS INC.

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing **NOTICE OF APPEARANCE** via electronic filing, to all counsel of record, including the following:

    Counsel for Plaintiffs:

    G. Patterson Keahey, Esq.
    One Independence Plaza
    Suite 612
    Birmingham, AL 35209

    All counsel of record in this case

This 19th day of April, 2008.

                      /s/ Jennifer M. Thompson
                      Jennifer M. Thompson
                      Alabama Bar No. ASB-8287-E37T

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)