IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
In Re: Asbestos Products Liability Litigation (No. VI); MDL 875
Regarding:

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. BELUE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No:CV06-1034-WKW |
| | ) |
| GENERAL ELECTRIC | ) |
| COMPANY, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## GENERAL ELECTRIC COMPANY'S JOINDER IN SUNBEAM PRODUCTS, INC.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO SEVER AND FOR MORE DEFINITE STATEMENT AND SUPPORTING MEMORANDUM OF LAW

Defendant General Electric Company gives notice that it joins in Sunbeam Products, Inc.'s Motion to Dismiss, or in the Alternative, Motion to Sever and for More Definite Statement and Supporting Memorandum of Law filed on May 16, 2008, and adopts as if fully set forth herein each of the grounds cited.

Respectfully Submitted

/s Jenelle R. Evans
One of the Attorneys for Defendant
General Electric Company

973422.1

OF COUNSEL
S. Allen Baker, ASB-5990-E68S
Jenelle R. Evans, ASB-2403-A35J
BALCH & BINGHAM, LLC
P.O. Box 306
Birmingham, Alabama 35201
Telephone (205) 251-8100
Facsimile: (205) 226-8799

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. All other parties will be served by regular U.S. Mail.

/s/ Jenelle R. Evans
Of Counsel