IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
**THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **ROBERTH D. BELUE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No.:** |
| vs. | ) | |
| | ) | **2:06-1034** |
| **A.O. SMITH ELECTRICAL** | ) | |
| **PRODUCTS CO., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL

This matter coming before the Court on the Joint Stipulation of Dismissal With Prejudice as to IMO Industries, Inc. and, after due consideration thereof and having been advised of the facts and circumstances of these matters, the Court is of the opinion that said Stipulation is due to be, and hereby is, GRANTED.  The claims of Plaintiffs in the above-captioned cause of action are hereby dismissed, without prejudice, with the plaintiff reserving her rights to pursue any claims she may have against other parties.

SO ORDERED AND ADJUDGED, this the _____ day of _____, 2008.

_____
CIRCUIT COURT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
**THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **ROBERT D. BELUE, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | **Civil Action No.:** |
| vs. ) | |
| ) | **2:06-1034** |
| **A.O. SMITH ELECTRICAL** ) | |
| **PRODUCTS CO., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiffs in the above-captioned cause of action, and the Defendant, IMO Industries, Inc., by and through their respective attorneys of record, and pursuant to ARCP 41(a) (2) hereby jointly move for the dismissal of Defendant, IMO Industries, Inc., from the above-referenced matter, with prejudice, with each party to bear his, her or its own costs.

This Stipulation of Dismissal is effective only as to the above Plaintiffs' claims against IMO Industries, Inc. and Plaintiffs reserve their rights to pursue any other claims he or she may have against any other Defendant. This Stipulation does not alter the Plaintiffs' claims against the remaining Defendants.

Respectfully submitted this  21st  day of May, 2008.

  s/ G. Patterson Keahey, esq            s/ Brian P. McCarthy
G. Patterson Keahey, esq.                Brian P. McCarthy, esq.
Law Office of G. Patterson Keahey        McDowell, Knight, Roedder &
                                         Sledge, L.L.C

<div style="columns:2">

1 Independence Plaza  
Suite 612  
Homewood, AL 35209  
(205) 871-0707  
*Attorney for Plaintiffs*

P.O. Box 350  
Mobile, AL 36601  
(251) 432-5300  
 *Attorney for IMO Industries*

</div>