**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 22, 2008

**NOTICE OF CORRECTION**

**From:   Clerk's Office**

**Case Style:   Belue et al v. A.O. Smith Electrical Products Company et al**

**Case Number:   2:06cv01034-WKW**

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to include the electronic signature for Attorney McCarthy.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 260   filed on   May 21, 2008.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
**THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **ROBERT D. BELUE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No.:** |
| **vs.** | ) | |
| | ) | **2:06-1034** |
| **A.O. SMITH ELECTRICAL** | ) | |
| **PRODUCTS CO., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

COME NOW the Plaintiffs in the above-captioned cause of action, and the Defendant,

IMO Industries, Inc., by and through their respective attorneys of record, and pursuant to ARCP

41(a) (2) hereby jointly move for the dismissal of Defendant, IMO Industries, Inc., from the

above-referenced matter, with prejudice, with each party to bear his, her or its own costs.

This Stipulation of Dismissal is effective only as to the above Plaintiffs' claims against

IMO Industries, Inc. and Plaintiffs reserve their rights to pursue any other claims he or she may

have against any other Defendant.  This Stipulation does not alter the Plaintiffs' claims against

the remaining Defendants.

Respectfully submitted this  _21<u>st</u>_  day of May, 2008.


 s/ G. Patterson Keahey, esq                              s/ Brian P. McCarthy
G. Patterson Keahey, esq.                                  Brian P. McCarthy, esq.
Law Office of G. Patterson Keahey                 McDowell, Knight, Roedder &
                                                                          Sledge, L.L.C

1 Independence Plaza
Suite 612
Homewood, AL 35209
(205) 871-0707
*Attorney for Plaintiffs*

P.O. Box 350
Mobile, AL 36601
(251) 432-5300
 *Attorney for IMO Industries*