**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **ROBERT D. BELUE, et al.**, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| vs. | ) | 2:06CV1034-WKW |
| | ) | |
| **A.O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. Smith CORPORATION; et al.**, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**EMERSON ELECTRIC CO.'S JOINDER
IN SUNBEAM PRODUCTS INCORPORATED'S MOTION TO DISMISS, OR IN THE
ALTERNATIVE, MOTION TO SEVER AND FOR MORE DEFINITE STATEMENT AND
SUPPORTING MEMORANDUM OF LAW**

Defendant Emerson Electric Co. hereby joins in the **Motion to Dismiss, or In the Alternative, Motion to Sever and for More Definite Statement and Supporting Memorandum of Law** filed by Sunbeam Products Incorporated (Doc. 258) on May 16, 2008. Sunbeam Products Incorporated's motion and supporting materials are hereby adopted and incorporated by reference as if fully set forth herein.

WHEREFORE, PREMISES CONSIDERED, Defendant Emerson Electric Co. prays that Sunbeam Products Incorporated's Motion to Dismiss, or In the Alternative, Motion to Sever and for More Definite Statement and Supporting Memorandum of Law (Doc. 258) be granted.

/s/ Haley Andrews Cox
One of the Attorneys for Defendant
Emerson Electric Co.

OF COUNSEL:
Melody H. Eagan (HUR009)
W. Larkin Radney IV (RAD008)
Haley Andrews Cox (AND095)

LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
(205) 581-0700
(205) 581-0799 (fax)

**CERTIFICATE OF SERVICE**

      This is to certify that on this 3rd day of June, 2008, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Alabama using the CM/ECF system, which will provide notice to all counsel of record.

      I further certify that I mailed a copy of the foregoing, by United States Mail, to the following counsel of record:

G. Patterson Keahey, Jr., Esq.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza
Suite 612
Birmingham, AL  35209


                                         /s/ Haley Andrews Cox
                                         OF COUNSEL