**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 3, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Belue et al v. A.O. Smith Electrical Products Company et al

Case Number:    2:06cv01034-WKW

Referenced Pleading:    Motion to Dismiss

Docket Entry Number:    263

**The referenced pleading was filed on \*\*\*June 03, 2008\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry. Counsel for Emerson Electric Co. electronically filed this pleading in error and requested that it be STRICKEN from the docket.**

**Parties are instructed to disregard #263 docketing entry, which has been stricken from the record as a docketing error.**