## IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ROBERT D. BELUE, et al.**, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| vs. | ) | 2:06-CV-1034-WKW |
| | ) | |
| **A.O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. Smith** | ) | |
| **CORPORATION; et al.**, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>CONFLICT DISCLOSURE STATEMENT</u>

Defendant, **Allis-Chalmers Corporation Product Liability Trust**, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

Dated: June 3, 2008

/s/ Haley Andrews Cox
One of the Attorneys for Defendant
Allis-Chalmers Corporation Product Liability Trust

OF COUNSEL:
W. Larkin Radney IV (RADNL5271)
Haley Andrews Cox (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this  3rd day of June , 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. And I hereby certify that I have mailed by United States Postal Service the document to the following counsel;

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama  35209

*Attorney for Plaintiffs*


/s/ Haley Andrews Cox
OF COUNSEL