# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, et al.**,  )<br>)<br>Plaintiffs,  )<br>vs.  )<br>)<br>**A.O. SMITH ELECTRICAL PRODUCTS**  )<br>**COMPANY, a division of A.O. Smith**  )<br>**CORPORATION; et al.**,  )<br>)<br>Defendant.  ) | CIVIL ACTION NO.<br>2:06CV1034-WKW |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that attorney Brandy Owens is hereby withdrawn as counsel of record for Emerson Electric Co. in the above-referenced case. Attorney Owens is no longer with the firm of Lightfoot, Franklin & White, and she is no longer counsel for Emerson Electric Co. in this matter. Emerson Electric Co. will continue to be represented by the firm of Lightfoot, Franklin & White, L.L.C.

/s/ Haley Andrews Cox
One of the Attorneys for Defendant
Emerson Electric Co.

OF COUNSEL:
Melody H. Eagan (HUR009)
W. Larkin Radney IV (RAD008)
Haley Andrews Cox (AND095)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (fax)

**CERTIFICATE OF SERVICE**

This is to certify that on this 4th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Alabama using the CM/ECF system, which will provide notice to all counsel of record.

I further certify that I mailed a copy of the foregoing, by United States Mail, to the following counsel of record:

G. Patterson Keahey, Jr., Esq.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza
Suite 612
Birmingham, AL  35209


/s/ Haley Andrews Cox
OF COUNSEL