IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigations (No. VI); MDL 875

Regarding:
The United States District Court
Middle District of Alabama

| | | |
|---|---|---|
| **ROBERT D. BELUE, et al.,** | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.:** |
| | ) | **2:06-1034** |
| **A.O. SMITH ELECTRICAL** | ) | |
| **PRODUCTS, CO., et al.,** | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**OGLEBAY NORTON COMPANY'S JOINDER IN SUNBEAM PRODUCTS, INC.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO SEVER AND FOR MORE DEFINITE STATEMENT AND SUPPORTING MEMORANDUM OF LAW**

Defendant Oglebay Norton Company gives notice that it joins in Sunbeam Products, Inc.'s Motion to Dismiss, or in the Alternative, Motion to Sever and for More Definite Statement and Supporting Memorandum of Law filed on May 16, 2008, and adopts as if fully set forth herein each of the grounds cited.

THIS the 18th day of June, 2008.

Respectfully submitted,

Oglebay Norton Company

By: s/ Cyrus C. Barger, III
Cyrus C. Barger, III, AL Bar #BAR137

JUDE & JUDE, PLLC
6424 U. S. Hwy 98 West, Suite 50
P. O. Box 17468
Hattiesburg, MS 39404-7468
Telephone: (601) 579-8411
Facsimile:  (601) 579-8461

## CERTIFICATE OF SERVICE

I, Cyrus C. Barger, III, counsel for Oglebay Norton Company, do hereby certify that I have this day electronically filed, a true and correct copy of the above and foregoing Oglebay Norton Company's Joinder in Sunbeam Products, Inc.'s Motion to Dismiss, or in the Alternative, Motion to Sever and for More Definite Statement and Supporting Memorandum of Law with the Clerk of the Court and Plaintiff's counsel and have served all known Defense counsel via e-transmission.

THIS, the 18th day of June, 2008.

s/ Cyrus C. Barger, III_____
Cyrus C. Barger, III

F:\FILES\FEI\Al\Joinders\Belue_Robert_D_Jndr_Sunbeam_MTD_MTS_MDSSM_052008.doc