UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)      MDL DOCKET NO. 875

This Document Relates To:
ROBERT D. BELUE, ET AL. VS.
A. O. SMITH ELECTRICAL
PRODUCTS CO., ET AL.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. BELUE, ET AL. | ) |
| PLAINTIFFS | ) |
| VS. | ) CIVIL ACTION NUMBER:<br>) 2:06CV1034-WKW |
| A. O. SMITH ELECTRICAL<br>PRODUCTS CO., ET AL., | ) |
| DEFENDANTS | ) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Donald C. Partridge of the law firm Forman Perry Watkins Krutz & Tardy LLP, enters his appearance as counsel of record for Defendant Trane US, Inc. f/k/a American Standard, Inc. in the above-styled and numbered civil action.

RESPECTFULLY SUBMITTED, this the 22th day of August, 2008.

          //s// Donald C. Partridge
          DONALD C. PARTRIDGE (PARTD6713)
          Counsel for American Standard, Inc.

OF COUNSEL:

**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
200 South Lamar Street
City Centre, Suite 100S
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone: (601) 960-8600
Facsimile: (601) 960-3134

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT D. BELUE, ET AL.** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| VS. ) | **2:06CV1034-WKW** |
| ) | |
| **A. O. SMITH ELECTRICAL** ) | |
| **PRODUCTS CO., ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and all Defense Counsel of Record, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

Respectfully submitted,

_//s// Donald C. Partridge_
DONALD C. PARTRIDGE (PARTD6713)